| | |
|---|---|
| 1 | JORDAN ETH (BAR NO. 121617) |
| | JUDSON E. LOBDELL (BAR NO. 146041) |
| 2 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 3 | San Francisco, California 94105-2482 |
| | Telephone: (415) 268-7000 |
| 4 | Facsimile: (415) 268-7522 |
| 5 | Attorneys for Defendants |
| | SUNPOWER CORPORATION, |
| 6 | THOMAS H. WERNER, DENNIS V. ARRIOLA, |
| | EMMANUEL T. HERNANDEZ, AND |
| 7 | MARTY T. NEESE |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY W. PLICHTA, Individually and on Behalf of All Others Similarly Situated, | Case No.: CV-09-05473 CRB |
| Plaintiff, | CLASS ACTION |
| v. | |
| SUNPOWER CORPORATION, THOMAS H. WERNER, and DENNIS V. ARRIOLA, | |
| Defendants. | |
| STEVEN PARRISH, Individually and on Behalf of All Others Similarly Situated, | Case No.: CV-09-05520 CRB |
| Plaintiff, | CLASS ACTION |
| v. | |
| SUNPOWER CORPORATION, THOMAS H. WERNER, and DENNIS V. ARRIOLA, | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
sf-2778316

| | |
|---|---|
| CHENGXIAO CAO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNPOWER CORPORATION, PRICEWATERHOUSECOOPERS LLP, THOMAS H. WERNER, DENNIS V. ARRIOLA, EMMANUEL T. HERNANDEZ, and MARTY T. NEESE,<br><br>Defendants. | Case No.: CV-09-05488 BZ<br><br>CLASS ACTION |

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

WHEREAS, the above-captioned actions are securities class action lawsuits, governed by the Private Securities Litigation Reform Act of 1995, against SunPower Corporation ("SunPower"), certain of its officers, and PricewaterhouseCoopers LLP (collectively "Defendants");

WHEREAS, these three actions are related cases within the meaning of Northern District of California Civil Local Rule 3-12;

WHEREAS, the parties expect the actions will be consolidated pursuant to Federal Rule of Civil Procedure 42(a);

WHEREAS, the Court is expected to designate a Lead Plaintiff, who shall designate a law firm or law firms to serve as Lead Plaintiff's counsel pursuant to 15 U.S.C. § 77aa(a)(3)(B)(v) and/or 5 U.S.C. § 78u-4(a)(3)(B)(v);

WHEREAS, the designated Lead Plaintiff will file a Consolidated Complaint for the consolidated action, which will become the operative complaint and shall supersede all complaints previously filed in these actions;

WHEREAS, it would be duplicative and a waste of judicial resources for Defendants to respond to the individual complaints previously filed in these actions before Lead Plaintiff files a Consolidated Complaint.

///

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as follows: |
| 2 | 1. Defendants' undersigned counsel hereby accept service of the Complaints filed herein |
| 3 | on behalf of Defendants; |
| 4 | 2. Defendants shall not be required to answer or otherwise respond to the individual |
| 5 | complaints previously filed in these actions; |
| 6 | 3. Defendants shall answer or otherwise respond to a Consolidated Complaint after |
| 7 | meeting and conferring with Lead Plaintiff regarding scheduling, or as ordered by the Court. |
| 8 | SO STIPULATED. |
| 9 | Dated: December 17, 2009 |

MORRISON & FOERSTER LLP
JORDAN ETH
JUDSON E. LOBDELL
425 Market Street
San Francisco, CA 94105

By: _____/s/ Jordan Eth_____
JORDAN ETH

Counsel for Defendants SunPower Corp.,
Thomas H. Werner, Dennis V. Arriola,
Emmanuel T. Hernandez and Marty T. Neese

LATHAM & WATKINS LLP
MATTHEW RAWLINSON
MILES RUTHBERG
140 Scott Drive
Menlo Park, CA 94025

By: _____/s/ Matthew Rawlinson_____
MATTHEW RAWLINSON

Counsel for Defendant
PricewaterhouseCoopers LLP

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 2 | SHAWN A. WILLIAMS<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111 |
| 3 | |
| 4 | DARREN J. ROBBINS<br>DAVID C. WALTON |
| 5 | CATHERINE J. KOWALEWSKI<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101 |
| 6 | |
| 7 | By:  /s/ Catherine J. Kowalewski |
| | CATHERINE J. KOWALEWSKI |
| 8 | |
| 9 | Counsel for Plaintiff Harry W. Plichta |
| 10 | GLANCY BINKOW & GOLDBERG LLP |
| 11 | LIONEL Z. GLANCY<br>MICHAEL GOLDBERG |
| 12 | 1801 Avenue Of The Stars, Suite 311<br>Los Angeles, CA 90067 |
| 13 | |
| 14 | By:  /s/ Michael Goldberg<br>MICHAEL GOLDBERG |
| 15 | Counsel for Plaintiff Steven Parrish |
| 16 | |
| 17 | KAHN SWICK & FOTI, LLC<br>LEWIS S. KAHN |
| 18 | 650 Poydras Street, Suite 2150<br>New Orleans, LA 70130 |
| 19 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 20 | REED R. KATHREIN<br>PETER E. BORKON |
| 21 | 715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 |
| 22 | |
| 23 | By:  /s/ Lewis S. Kahn<br>LEWIS S. KAHN |
| 24 | |
| 25 | Counsel for Plaintiff Chengxiao Cao |
| 26 | / / / |
| 27 | / / / |
| 28 | |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
sf-2778316                           3

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: DEC 2 2 2009

UNITED STATES DISTRICT JUDGE