# EXHIBIT B

**CERTIFICATION OF FINN KJÆRGÅRD AND JØRGEN PAGH IN SUPPORT OF DANSKE INVEST MANAGEMENT A/S' MOTION FOR ITS APPOINTMENT AS LEAD PLAINTIFF, AND FOR THE APPROVAL OF ITS SELECTION OF COUNSEL**

Danske Invest Management A/S ("Danske" or "Plaintiff"), on behalf of the managed sub-funds listed in Schedule A (collectively referred to herein as the "Danske Funds"), declares, as to the claims asserted under the federal securities laws, that:

1. Danske did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2. Danske is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3. Attached in Schedule A are the Danske Funds' transactions in SunPower Corporation (NASDAQ: SPWRA & SPWRB) securities during the Class Period.

4. Danske Invest Management A/S has full power and authority to bring suit to recover for investment losses suffered by the managed sub-funds.

5. Danske has fully reviewed the facts and allegations of the complaint filed in this action and has authorized the filing of the motion for appointment as lead plaintiff on its behalf in this action.

6. We, Finn Kjærgård and Jørgen Pagh, Executive Vice President and Senior Vice President respectively of Danske, are authorized to make legal decisions on behalf of Danske.

7. Danske intends to actively monitor and vigorously pursue this action for the benefit of the class, and it has retained the law firm of Barroway Topaz Kessler Meltzer & Check, LLP which has extensive experience in securities litigation and in the representation of institutional investors, to represent Plaintiff in this action.

8.      Danske will endeavor to provide fair and adequate representation and work directly with the efforts of Class counsel to ensure that the largest recovery for the Class consistent with good faith and meritorious judgment is obtained.

9.      During the three years prior to the date of this Certification, Danske has served as a lead plaintiff in a federal securities class action against Eli Lilly & Co. and is currently serving as a lead plaintiff in a federal securities class action against Medtronic, Inc.

10.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___/8^TH___ day of January, 2010.

**Danske Invest Management A/S**

By:_____
    Finn Kjærgård, *Executive Vice President*

By:_____
    Jørgen Pagh, *Senior Vice President*

**SCHEDULE A**

| Fund | Date | Purchase or Sale | Type of Securities | Number of Securities | Price of Securities |
|---|---|---|---|---|---|
| Danske Invest Teknologi | 21-04-2008 | Purchase | com stk - class A | 5 | $91,04 |
| | 19-06-2008 | Purchase | com stk - class A | 1.145 | $85,37 |
| | 10-07-2008 | Purchase | com stk - class A | 5 | $65,68 |
| | 23-09-2008 | Purchase | com stk - class A | 40 | $90,86 |
| | 05-08-2008 | Sale | com stk - class A | 558 | $72,99 |
| | 07-10-2008 | Sale | com stk - class A | 1.180 | $53,73 |
| *Opening balance of 543 shares* | | | | | |
| | 07-10-2008 | Purchase | com stk - class B | 885 | $46,42 |
| | 17-10-2008 | Purchase | com stk - class B | 30 | $43,13 |
| | 18-12-2008 | Purchase | com stk - class B | 1.460 | $29,51 |
| | 26-01-2009 | Purchase | com stk - class B | 45 | $22,65 |
| | 12-03-2009 | Purchase | com stk - class B | 65 | $21,31 |
| | 05-11-2009 | Purchase | com stk - class B | 899 | $23,72 |
| | 06-11-2009 | Purchase | com stk - class B | 378 | $23,49 |
| | 09-11-2009 | Purchase | com stk - class B | 924 | $24,30 |
| | 10-11-2009 | Purchase | com stk - class B | 1.092 | $24,07 |
| | 11-11-2009 | Purchase | com stk - class B | 1.157 | $24,00 |
| | 12-11-2009 | Purchase | com stk - class B | 2.286 | $23,42 |
| | 13-11-2009 | Purchase | com stk - class B | 939 | $23,09 |
| | 06-11-2008 | Sale | com stk - class B | 915 | $26,40 |
| | 13-02-2009 | Sale | com stk - class B | 35 | $28,23 |
| | 03-03-2009 | Sale | com stk - class B | 30 | $23,15 |
| | 18-03-2009 | Sale | com stk - class B | 1.505 | $19,28 |
| Danske Invest USA Valutasikret - Akkumulerende | 17-04-2008 | Purchase | com stk - class A | 1.112 | $96,22 |
| | 01-05-2009 | Sale | com stk - class A | 1.112 | $27,15 |
| Danske Invest Verden | 09-09-2008 | Purchase | com stk - class A | 1.000 | $83,02 |
| | 07-10-2008 | Sale | com stk - class A | 1.000 | $57,37 |
| Danske Invest Verden - Akkumulerende | 09-09-2008 | Purchase | com stk - class A | 1.500 | $83,02 |
| | 07-10-2008 | Sale | com stk - class A | 1.500 | $57,37 |
| Den Professionelle Forening Danske Invest Institutional Afdeling FMS04 - Miljø & Klima | 16-07-2008 | Purchase | com stk - class A | 17.263 | $77,28 |

| | | | | | |
|---|---|---|---|---|---|
| Fåmandsforeningen DI Insti. | 25-02-2009 | Purchase | com stk - class B | 2.443 | $27,90 |
| Danica Pension - Aktier | 05-10-2009 | Purchase | com stk - class B | 1.841 | $23,35 |
| Investeringsfore. LD Invest | 04-11-2008 | Purchase | com stk - class A | 7.034 | $47,19 |
| Miljø & Klima - LD Invest | 20-04-2009 | Sale | com stk - class A | 1.397 | $24,86 |

**CERTIFICATION**

I, Laura Gilson, General Counsel of the Arkansas Teacher Retirement System ("ATRS"), hereby declare that:

1.    I am authorized to make a certification on behalf of ATRS.

2.    I have reviewed a complaint filed in this action alleging violations of the securities laws and ATRS is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it.  I have also reviewed the motion for lead plaintiff and supporting papers filed herewith.

3.    ATRS did not purchase the securities that are the subject of this action at the direction of the plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

4.    ATRS is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial if necessary.  ATRS fully understands the duties and responsibilities of the Lead Plaintiff under the Private Securities Litigation Reform Act of 1995, specifically concerning its selection and retention of counsel and overseeing and directing the prosecution of the action on behalf of the class.

5.    ATRS's transactions in SunPower Corporation securities during the proposed class period are set forth in Schedule A which is attached hereto.

6.    ATRS has sought to serve and either was appointed or is waiting to be appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

- *In re Ambac Financial Group, Inc. Securities Litigation*, Case No. 08-cv-00411 (S.D.N.Y.)
- *In re Schering-Plough Corp./Enhance Sec. Litig.*, No. 2:08-cv-00397-DMC-MF (D.N.J.)
- *In re Colonial Bancgroup, Inc. Sec. Litig.*, Case No. 2:09-cv-104 (M.D.Ala.)
- *Lowinger v. MGM Mirage, et al.*, Case No. 2:09-cv-01558-RCJ (D. Nev.)

7.    ATRS has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws that have been settled during the three-year period preceding the date of this Certification:

- *Atlas, et al v. Accredited Home Lenders Holding Co., et al*, Case No. 07-cv-00488 (S.D. Cal.)

- *In re Openwave Systems Securities Litigation*, Case No. 07-cv-01309 (S.D.N.Y.)

- *In re SFBC International Inc. Securities & Derivative Litigation*, Case No. 06-cv-0165 (D.N.J.)

- *In re EVCI Career Colleges Holding Corp. Securities Litigation*, Case No. 05-cv-10240 (S.D.N.Y.)

8.    ATRS will not accept any payment for serving as a representative party on behalf of a class beyond its pro-rata share of any recovery, except as ordered or approved by the court, including any award to a representative plaintiff of reasonable costs and expense directly related to the representation of the class.

9.    I declare under penalty of perjury that the foregoing is true and correct, executed on this 19th day of January, 2010.

Laura Gilson
General Counsel, ATRS

2

**SCHEDULE A**
**SUNPOWER CORP. - Class period: 4/17/2008-11/16/2009**

| SECURITY NAME | CUSIP | TRANSACTION | TRADE DATE | QUANTITY | PRICE PER SHARE |
|---|---|---|---|---|---|
| **SUNPOWER CORP. CLASS A COMMON STOCK** | | | | | |
| Class period purchases and sales transactions: | | | | | |
| SUNPOWER CORP COM CL A | '867652109 | BUY | 9/18/2008 | 8,500 | $79.2670 |
| SUNPOWER CORP COM CL A | '867652109 | BUY | 6/24/2009 | 27,090 | $27.1987 |
| SUNPOWER CORP COM CL A | '867652109 | BUY | 6/25/2009 | 8,110 | $26.8480 |
| SUNPOWER CORP COM CL A | '867652109 | BUY | 7/15/2009 | 7,400 | $23.6900 |
| SUNPOWER CORP COM CL A | '867652109 | SELL | 5/21/2008 | 2,000 | $87.6094 |
| SUNPOWER CORP COM CL A | '867652109 | SELL | 5/29/2008 | 2,800 | $79.3459 |
| SUNPOWER CORP COM CL A | '867652109 | SELL | 9/23/2008 | 900 | $88.8384 |
| SUNPOWER CORP COM CL A | '867652109 | SELL | 9/24/2008 | 3,600 | $95.4869 |
| SUNPOWER CORP COM CL A | '867652109 | SELL | 9/25/2008 | 300 | $95.7173 |
| SUNPOWER CORP COM CL A | '867652109 | SELL | 9/29/2008 | 600 | $68.2886 |
| SUNPOWER CORP COM CL A | '867652109 | SELL | 10/6/2008 | 600 | $57.7628 |
| SUNPOWER CORP COM CL A | '867652109 | SELL | 10/6/2008 | 200 | $65.9200 |
| SUNPOWER CORP COM CL A | '867652109 | SELL | 10/7/2008 | 300 | $58.5916 |
| SUNPOWER CORP COM CL A | '867652109 | SELL | 10/13/2008 | 2,000 | $48.9801 |
| SUNPOWER CORP COM CL A | '867652109 | SELL | 2/4/2009 | 10,600 | $34.7354 |
| SUNPOWER CORP COM CL A | '867652109 | SELL | 6/25/2009 | 35,200 | $26.4486 |
| SUNPOWER CORP COM CL A | '867652109 | SELL | 7/21/2009 | 7,400 | $23.7251 |
| **SUNPOWER CORP. CLASS B COMMON STOCK** | | | | | |
| Class period purchases and sales transactions: | | | | | |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 9/23/2008 | 900 | $78.5952 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 9/24/2008 | 3,600 | $83.9689 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 9/25/2008 | 300 | $86.4375 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 9/29/2008 | 600 | $55.7090 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 9/29/2008 | 1,900 | $66.0921 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 10/2/2008 | 1,800 | $64.7989 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 10/6/2008 | 600 | $47.3208 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 10/6/2008 | 100 | $49.0089 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 10/6/2008 | 500 | $54.8312 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 10/6/2008 | 1,200 | $49.0089 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 10/6/2008 | 500 | $55.3280 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 10/6/2008 | 200 | $55.3200 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 10/7/2008 | 100 | $48.2885 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 10/7/2008 | 600 | $48.2885 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 10/7/2008 | 300 | $48.5909 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 10/9/2008 | 2,600 | $42.0812 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 10/10/2008 | 2,900 | $34.1591 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 10/13/2008 | 2,600 | $39.0976 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 10/13/2008 | 2,100 | $41.3061 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 10/13/2008 | 2,000 | $40.1495 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 10/13/2008 | 100 | $42.3810 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 10/14/2008 | 400 | $43.4943 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 10/16/2008 | 500 | $39.5352 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 10/16/2008 | 2,100 | $37.1378 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 10/24/2008 | 100 | $29.2049 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 10/24/2008 | 800 | $30.2140 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 10/24/2008 | 2,000 | $29.2049 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 10/24/2008 | 100 | $27.9639 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 10/27/2008 | 1,200 | $28.2729 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 10/29/2008 | 1,800 | $30.1382 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 10/30/2008 | 1,500 | $31.2291 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 11/5/2008 | 100 | $30.5550 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 11/5/2008 | 2,900 | $31.1836 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 11/19/2008 | 700 | $15.9577 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 11/19/2008 | 2,400 | $15.9199 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 11/20/2008 | 2,800 | $14.5259 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 1/22/2009 | 1,200 | $22.6216 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 1/22/2009 | 1,800 | $21.2749 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 1/22/2009 | 1,400 | $21.3607 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 1/30/2009 | 1,600 | $24.9676 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 2/2/2009 | 100 | $24.8500 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 2/4/2009 | 13,100 | $29.1124 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 5/7/2009 | 2,300 | $25.9062 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 5/8/2009 | 900 | $25.8621 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 5/11/2009 | 800 | $25.7203 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 5/12/2009 | 800 | $24.8181 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 6/2/2009 | 1,600 | $26.6339 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 6/10/2009 | 2,800 | $28.3065 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 6/24/2009 | 38,875 | $24.4443 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 6/25/2009 | 36,325 | $24.1252 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 7/8/2009 | 1,000 | $20.0541 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 7/8/2009 | 300 | $20.0541 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 7/8/2009 | 100 | $20.1413 |

Kaplan Fox & Kilsheimer LLP

**SCHEDULE A**
**SUNPOWER CORP. - Class period: 4/17/2008-11/16/2009**

| SECURITY NAME | CUSIP | TRANSACTION | TRADE DATE | QUANTITY | PRICE PER SHARE |
|---|---|---|---|---|---|
| SUNPOWER CORP COM CL B | '867652307 | BUY | 7/8/2009 | 100 | $20.1413 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 7/10/2009 | 100 | $20.1419 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 7/10/2009 | 200 | $20.1419 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 7/10/2009 | 100 | $20.1419 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 7/10/2009 | 400 | $20.2324 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 7/10/2009 | 200 | $20.2324 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 7/10/2009 | 100 | $20.2324 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 7/10/2009 | 100 | $20.2324 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 7/13/2009 | 100 | $20.0136 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 7/13/2009 | 100 | $20.0136 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 7/14/2009 | 100 | $19.8922 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 7/14/2009 | 200 | $19.8922 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 7/14/2009 | 500 | $19.8922 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 7/14/2009 | 100 | $19.8922 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 7/21/2009 | 2,000 | $20.7689 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 8/25/2009 | 22,400 | $22.5199 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 8/27/2009 | 4,100 | $22.2917 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 9/1/2009 | 1,900 | $20.4913 |
| SUNPOWER CORP COM CL B | '867652307 | BUY | 9/18/2009 | 19,200 | $28.6395 |
| SUNPOWER CORP COM CL B | '867652307 | SELL | 7/27/2009 | 2,000 | $27.3000 |
| SUNPOWER CORP COM CL B | '867652307 | SELL | 8/5/2009 | 59,600 | $26.1655 |

**SUNPOWER CORP. 4.75% Senior Convertible Debentures due 2014**

**Class period purchases and sales transactions:**

| SECURITY NAME | CUSIP | TRANSACTION | TRADE DATE | QUANTITY | PRICE PER SHARE |
|---|---|---|---|---|---|
| SUNPOWER CORP 4.75%  15 Apr 2014 | '867652AC3 | BUY | 10/22/2009 | 440,000 | $141.4659 |
| SUNPOWER CORP 4.75%  15 Apr 2014 | '867652AC3 | BUY | 11/5/2009 | 1,010,000 | $123.1184 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Jan Matej, on behalf of Första-AP Fonden ("AP1"), hereby certify, as to the claims asserted under the federal securities laws, that:

1.    I am General Counsel of AP1. I have reviewed a complaint filed in this matter. AP1 has authorized Bernstein Litowitz Berger & Grossmann LLP to file a motion for appointment as lead plaintiff on its behalf.

2.    AP1 did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.    AP1 is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. AP1 fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4.    AP1's transactions in the SunPower Corporation securities that are the subject of this action are set forth in the chart attached hereto.

5.    AP1 has not sought to serve as a representative party on behalf of a class in any action filed under the federal securities laws during the three-year period preceding the date of this Certification.

6.    AP1 will not accept any payment for serving as a representative party on behalf of the Class beyond AP1's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this _____ day of January, 2010.

Jan Matej
General Counsel
*Första-AP Fonden*

**Första-AP Fonden**
**Transactions in SunPower Corporation**

**Class A Common Stock**
**Cusip # 867652109**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 7/7/2008 | 702 | $64.8200 |
| Purchase | 8/29/2008 | 215 | $97.5500 |
| Purchase | 10/17/2008 | 393 | $46.8600 |
| Purchase | 11/6/2008 | 2,736 | $33.5214 |
| Purchase | 11/7/2008 | 45 | $33.4000 |
| Purchase | 12/23/2008 | 567 | $34.1300 |
| Purchase | 1/12/2009 | 1,374 | $34.8900 |
| Purchase | 1/13/2009 | 1,337 | $34.8200 |
| Purchase | 4/1/2009 | 211 | $24.5900 |
| Purchase | 5/29/2009 | 750 | $29.1400 |
| Purchase | 5/29/2009 | 1,627 | $29.1254 |
| Purchase | 6/25/2009 | 5,261 | $26.8548 |
| Purchase | 7/2/2009 | 1,980 | $26.2300 |
| Purchase | 9/22/2009 | 1,334 | $32.5300 |
| Sale | 6/6/2008 | (499) | $79.3300 |
| Sale | 6/18/2008 | (394) | $84.3100 |
| Sale | 10/23/2008 | (2,781) | $40.2350 |
| Sale | 10/31/2008 | (925) | $39.0600 |
| Sale | 10/31/2008 | (1,000) | $39.0600 |
| Sale | 2/27/2009 | (277) | $27.8900 |
| Sale | 6/26/2009 | (5,261) | $26.8100 |

**Class B Common Stock**
**Cusip # 867652307**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Receipt* | 9/30/2008 | 10,752.028 | $69.0500 |
| Purchase | 9/30/2008 | 16,934 | $69.0500 |
| Purchase | 12/23/2008 | 352 | $28.1600 |
| Purchase | 1/12/2009 | 1,413 | $28.5000 |
| Purchase | 1/13/2009 | 1,442 | $27.4900 |
| Purchase | 4/1/2009 | 253 | $20.5400 |
| Purchase | 7/2/2009 | 443 | $23.6700 |
| Purchase | 9/22/2009 | 1,070 | $27.7100 |
| Delivery** | 10/1/2008 | (0.003) | $0.0000 |
| Received cash in lieu of fractional share | 10/15/2008 | (0.025) | $41.1000 |
| Sale | 10/31/2008 | (1,870) | $29.6100 |
| Sale | 2/27/2009 | (1,412) | $24.7700 |
| Sale | 6/16/2009 | (688) | $25.9500 |

*Received as a result of the spin-off from Cypress Semiconductor Corp.

**Delivered as a result of the spin-off from Cypress Semiconductor Corp.