# EXHIBIT C

**Danske Invest**
**FIFO Losses in SunPower Corporation**
Class Period: 4/17/2008 - 11/16/2009
Class A Retained Share Price as of 1/18/2010: $23.3693
Class B Retained Share Price as of 1/18/2010: $20.5220

**Class A Common Stock**
**Cusip # 867652109**

| Transaction | Date | Shares | Price | Cost | Retained Share Price | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| **Danske Invest Teknologi** | | | | | | | | | | |
| *Opening balance* | | 543 | | | | Sale | 8/5/2008 | (543) | $72.9913 | ($39,634.28) |
| | | | | | | *Sales offsetting opening balance:* | | (543) | | ($39,634.28) |
| Purchase | 4/21/2008 | 5 | $91.0400 | $455.20 | | | | | | |
| Purchase | 6/19/2008 | 1,145 | $85.3651 | $97,743.04 | | | | | | |
| Purchase | 7/10/2008 | 5 | $65.6800 | $328.40 | | Sale | 8/5/2008 | (15) | $72.9913 | ($1,094.87) |
| Purchase | 9/23/2008 | 40 | $90.8600 | $3,634.40 | | Sale | 10/7/2008 | (1,180) | $53.7338 | ($63,405.88) |
| | | 1,195 | | $102,161.04 | | | | (1,195) | | ($64,500.75) |
| | | | | | | | | *FIFO Loss (class A):* | | ($37,660.29) |
| **Danske Invest USA Valutasikret - Akkumulerende** | | | | | | | | | | |
| Purchase | 4/17/2008 | 1,112 | $96.2153 | $106,991.41 | | Sale | 5/1/2009 | (1,112) | $27.1520 | ($30,193.02) |
| | | 1,112 | | $106,991.41 | | | | (1,112) | | ($30,193.02) |
| | | | | | | | | *FIFO Loss (class A):* | | ($76,798.39) |
| **Danske Invest Verden** | | | | | | | | | | |
| Purchase | 9/9/2008 | 1,000 | $83.0178 | $83,017.80 | | Sale | 10/7/2008 | (1,000) | $57.3680 | ($57,368.00) |
| | | 1,000 | | $83,017.80 | | | | (1,000) | | ($57,368.00) |
| | | | | | | | | *FIFO Loss (class A):* | | ($25,649.80) |

**Danske Invest**

**FIFO Losses in SunPower Corporation**

Class Period: 4/17/2008 - 11/16/2009
Class A Retained Share Price as of 1/18/2010: $23.3693
Class B Retained Share Price as of 1/18/2010: $20.5220

| Transaction | Date | Shares | Price | Cost | Retained Share Price | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| **Danske Invest Verden - Akkumulerende** | | | | | | | | | | |
| Purchase | 9/9/2008 | 1,500 | $83.0178 | $124,526.70 | | Sale | 10/7/2008 | (1,500) | $57.3680 | ($86,052.00) |
| | | 1,500 | | $124,526.70 | | | | (1,500) | | ($86,052.00) |
| | | | | | | | | | *FIFO Loss (class A):* | ($38,474.70) |
| **Den Professionelle Forening Da Afdeling FMS04 - Miljø & Klima** | | | | | | | | | | |
| Purchase | 7/16/2008 | 17,263 | $77.2772 | $1,334,036.30 | $23.3693 | | | | | ($930,612.08) |
| | | 17,263 | | $1,334,036.30 | | | | | *FIFO Loss (class A):* | ($930,612.08) |
| **Investeringsfore. LD Invest Miljø & Klima - LD Invest** | | | | | | | | | | |
| Purchase | 11/4/2008 | 1,397 | $47.1900 | $65,924.43 | | Sale | 4/20/2009 | (1,397) | $24.8622 | ($34,732.49) |
| | | 1,397 | | $65,924.43 | | | | (1,397) | | ($34,732.49) |
| | | | | | | | | | *Loss on class period sales:* | ($31,191.94) |
| Purchase | 11/4/2008 | 5,637 | $47.1900 | $266,010.03 | $23.3693 | | | | | ($134,277.29) |
| | | 5,637 | | $266,010.03 | | | | | *Loss on retained shares:* | ($134,277.29) |
| | | | | | | | | | *FIFO Loss (class A):* | ($165,469.22) |
| | | | | | | | | | TOTAL FIFO LOSS (class A): | ($1,274,664.48) |

**Danske Invest**

**FIFO Losses in SunPower Corporation**

Class Period: 4/17/2008 - 11/16/2009
Class A Retained Share Price as of 1/18/2010: $23.3693
Class B Retained Share Price as of 1/18/2010: $20.5220

**Class B Common Stock**
**Cusip # 867652307**

| Transaction | Date | Shares | Price | Cost | Retained Share Price | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| **Fåmandsforeningen DI Insti. Danica Pension - Aktier** | | | | | | | | | | |
| Purchase | 2/25/2009 | 2,443 | $27.9009 | $68,161.90 | $20.5220 | | | | | ($18,026.65) |
| Purchase | 10/5/2009 | 1,841 | $23.3467 | $42,981.27 | $20.5220 | | | | | ($5,200.27) |
| | | 4,284 | | $111,143.17 | | | | | *FIFO Loss (class B):* | ($23,226.93) |
| **Danske Invest Teknologi** | | | | | | | | | | |
| Purchase | 10/7/2008 | 885 | $46.4181 | $41,080.02 | | | | | | |
| Purchase | 10/17/2008 | 30 | $43.1300 | $1,293.90 | | Sale | 11/6/2008 | (915) | $26.4000 | ($24,156.00) |
| Purchase | 12/18/2008 | 1,460 | $29.5095 | $43,083.87 | | Sale | 2/13/2009 | (35) | $28.2300 | ($988.05) |
| Purchase | 1/26/2009 | 45 | $22.6500 | $1,019.25 | | Sale | 3/3/2009 | (30) | $23.1500 | ($694.50) |
| Purchase | 3/12/2009 | 65 | $21.3100 | $1,385.15 | | Sale | 3/18/2009 | (1,505) | $19.2800 | ($29,016.40) |
| | | 2,485 | | $87,862.19 | | | | (2,485) | | ($54,854.95) |
| | | | | | | | | | *Loss on class period sales:* | ($33,007.24) |
| Purchase | 11/5/2009 | 899 | $23.7167 | $21,321.31 | $20.5220 | | | | | ($2,872.04) |
| Purchase | 11/6/2009 | 378 | $23.4860 | $8,877.71 | $20.5220 | | | | | ($1,120.39) |
| Purchase | 11/9/2009 | 924 | $24.2984 | $22,451.72 | $20.5220 | | | | | ($3,489.39) |
| Purchase | 11/10/2009 | 1,092 | $24.0723 | $26,286.95 | $20.5220 | | | | | ($3,876.93) |
| Purchase | 11/11/2009 | 1,157 | $24.0036 | $27,772.17 | $20.5220 | | | | | ($4,028.21) |
| Purchase | 11/12/2009 | 2,286 | $23.4194 | $53,536.75 | $20.5220 | | | | | ($6,623.46) |
| Purchase | 11/13/2009 | 939 | $23.0918 | $21,683.20 | $20.5220 | | | | | ($2,413.04) |
| | | 7,675 | | $181,929.81 | | | | | *Loss on retained shares:* | ($24,423.46) |
| | | | | | | | | | *FIFO Loss (class B):* | ($57,430.70) |
| | | | | | | | | | TOTAL FIFO LOSS (class B): | ($80,657.62) |
| | | | | | | | | | **TOTAL FIFO LOSS:** | **($1,355,322.10)** |

**Arkansas Teacher Retirement System**
**FIFO Losses in SunPower Corporation**
Class Period: 4/17/2008 - 11/16/2009
Class A Retained Share Price as of 1/18/2010: $23.3693
Class B Retained Share Price as of 1/18/2010: $20.5220

**Class A Common Stock**
**Cusip # 867652109**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Opening Balance: | | 15,400 | | | Sale | 5/21/2008 | (2,000) | $87.6094 | ($175,218.80) |
| | | | | | Sale | 5/29/2008 | (2,800) | $79.3459 | ($222,168.52) |
| | | | | | Sale | 9/23/2008 | (900) | $88.8384 | ($79,954.56) |
| | | | | | Sale | 9/24/2008 | (3,600) | $95.4869 | ($343,752.84) |
| | | | | | Sale | 9/25/2008 | (300) | $95.7173 | ($28,715.19) |
| | | | | | Sale | 9/29/2008 | (600) | $68.2886 | ($40,973.16) |
| | | | | | Sale | 10/6/2008 | (600) | $57.7628 | ($34,657.68) |
| | | | | | Sale | 10/6/2008 | (200) | $65.9200 | ($13,184.00) |
| | | | | | Sale | 10/7/2008 | (300) | $58.5916 | ($17,577.48) |
| | | | | | Sale | 10/13/2008 | (2,000) | $48.9801 | ($97,960.20) |
| | | | | | Sale | 2/4/2009 | (2,100) | $34.7354 | ($72,944.34) |
| | | | | | *Sales offsetting opening balance:* | | (15,400) | | ($1,127,106.77) |
| Purchase | 9/18/2008 | 8,500 | $79.2670 | $673,769.50 | | | | | |
| Purchase | 6/24/2009 | 27,090 | $27.1987 | $736,812.78 | Sale | 2/4/2009 | (8,500) | $34.7354 | ($295,250.90) |
| Purchase | 6/25/2009 | 8,110 | $26.8480 | $217,737.28 | Sale | 6/25/2009 | (35,200) | $26.4486 | ($930,990.72) |
| Purchase | 7/15/2009 | 7,400 | $23.6900 | $175,306.00 | Sale | 7/21/2009 | (7,400) | $23.7251 | ($175,565.74) |
| | | 51,100 | | $1,803,625.56 | | | (51,100) | | ($1,401,807.36) |

*Total FIFO Loss (class A):*   ($401,818.20)

**Class B Common Stock**
**Cusip # 867652307**

| Transaction | Date | Shares | Price | Cost | Retained Share Price | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 9/23/2008 | 900 | $78.5952 | $70,735.68 | | | | | | |
| Purchase | 9/24/2008 | 3,600 | $83.9689 | $302,288.04 | | | | | | |
| Purchase | 9/25/2008 | 300 | $86.4375 | $25,931.25 | | | | | | |
| Purchase | 9/29/2008 | 600 | $55.7090 | $33,425.40 | | | | | | |

**Arkansas Teacher Retirement System**
**FIFO Losses in SunPower Corporation**
Class Period: 4/17/2008 - 11/16/2009
Class A Retained Share Price as of 1/18/2010: $23.3693
Class B Retained Share Price as of 1/18/2010: $20.5220

| Transaction | Date | Shares | Price | Cost | Retained Share Price | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 9/29/2008 | 1,900 | $66.0921 | $125,574.99 | | | | | | |
| Purchase | 10/2/2008 | 1,800 | $64.7989 | $116,638.02 | | | | | | |
| Purchase | 10/6/2008 | 600 | $47.3208 | $28,392.48 | | | | | | |
| Purchase | 10/6/2008 | 100 | $49.0089 | $4,900.89 | | | | | | |
| Purchase | 10/6/2008 | 500 | $54.8312 | $27,415.60 | | | | | | |
| Purchase | 10/6/2008 | 1,200 | $49.0089 | $58,810.68 | | | | | | |
| Purchase | 10/6/2008 | 500 | $55.3280 | $27,664.00 | | | | | | |
| Purchase | 10/6/2008 | 200 | $55.3200 | $11,064.00 | | | | | | |
| Purchase | 10/7/2008 | 100 | $48.2885 | $4,828.85 | | | | | | |
| Purchase | 10/7/2008 | 600 | $48.2885 | $28,973.10 | | | | | | |
| Purchase | 10/7/2008 | 300 | $48.5909 | $14,577.27 | | | | | | |
| Purchase | 10/9/2008 | 2,600 | $42.0812 | $109,411.12 | | | | | | |
| Purchase | 10/10/2008 | 2,900 | $34.1591 | $99,061.39 | | | | | | |
| Purchase | 10/13/2008 | 2,600 | $39.0976 | $101,653.76 | | | | | | |
| Purchase | 10/13/2008 | 2,100 | $41.3061 | $86,742.81 | | | | | | |
| Purchase | 10/13/2008 | 2,000 | $40.1495 | $80,299.00 | | | | | | |
| Purchase | 10/13/2008 | 100 | $42.3810 | $4,238.10 | | | | | | |
| Purchase | 10/14/2008 | 400 | $43.4943 | $17,397.72 | | | | | | |
| Purchase | 10/16/2008 | 500 | $39.5352 | $19,767.60 | | | | | | |
| Purchase | 10/16/2008 | 2,100 | $37.1378 | $77,989.38 | | | | | | |
| Purchase | 10/24/2008 | 100 | $29.2049 | $2,920.49 | | | | | | |
| Purchase | 10/24/2008 | 800 | $30.2140 | $24,171.20 | | | | | | |
| Purchase | 10/24/2008 | 2,000 | $29.2049 | $58,409.80 | | | | | | |
| Purchase | 10/24/2008 | 100 | $27.9639 | $2,796.39 | | | | | | |
| Purchase | 10/27/2008 | 1,200 | $28.2729 | $33,927.48 | | | | | | |
| Purchase | 10/29/2008 | 1,800 | $30.1382 | $54,248.76 | | | | | | |
| Purchase | 10/30/2008 | 1,500 | $31.2291 | $46,843.65 | | | | | | |
| Purchase | 11/5/2008 | 100 | $30.5550 | $3,055.50 | | | | | | |
| Purchase | 11/5/2008 | 2,900 | $31.1836 | $90,432.44 | | | | | | |
| Purchase | 11/19/2008 | 700 | $15.9577 | $11,170.39 | | | | | | |
| Purchase | 11/19/2008 | 2,400 | $15.9199 | $38,207.76 | | | | | | |
| Purchase | 11/20/2008 | 2,800 | $14.5259 | $40,672.52 | | | | | | |
| Purchase | 1/22/2009 | 1,200 | $22.6216 | $27,145.92 | | | | | | |

**Arkansas Teacher Retirement System**
**FIFO Losses in SunPower Corporation**
Class Period: 4/17/2008 - 11/16/2009
Class A Retained Share Price as of 1/18/2010: $23.3693
Class B Retained Share Price as of 1/18/2010: $20.5220

| Transaction | Date | Shares | Price | Cost | Retained Share Price | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 1/22/2009 | 1,800 | $21.2749 | $38,294.82 | | | | | | |
| Purchase | 1/22/2009 | 1,400 | $21.3607 | $29,904.98 | | | | | | |
| Purchase | 1/30/2009 | 1,600 | $24.9676 | $39,948.16 | | | | | | |
| Purchase | 2/2/2009 | 100 | $24.8500 | $2,485.00 | | Sale | 7/27/2009 | (2,000) | $27.3000 | ($54,600.00) |
| Purchase | 2/4/2009 | 10,600 | $29.1124 | $308,591.44 | | Sale | 8/5/2009 | (59,600) | $26.1655 | ($1,559,463.80) |
| | | 61,600 | | $2,331,007.83 | | | | (61,600) | | ($1,614,063.80) |
| | | | | | | | | Loss on class period sales: | | ($716,944.03) |
| Purchase | 2/4/2009 | 2,500 | $29.1124 | $72,781.00 | | | | | | |
| Purchase | 5/7/2009 | 2,300 | $25.9062 | $59,584.26 | | | | | | |
| Purchase | 5/8/2009 | 900 | $25.8621 | $23,275.89 | | | | | | |
| Purchase | 5/11/2009 | 800 | $25.7203 | $20,576.24 | | | | | | |
| Purchase | 5/12/2009 | 800 | $24.8181 | $19,854.48 | | | | | | |
| Purchase | 6/2/2009 | 1,600 | $26.6339 | $42,614.24 | | Sale* | 11/17/2009 | (7,717) | $19.4700 | ($150,249.99) |
| Purchase | 6/10/2009 | 2,800 | $28.3065 | $79,258.20 | | Sale* | 11/17/2009 | (7,717) | $19.4700 | ($150,249.99) |
| Purchase | 6/24/2009 | 11,800 | $24.4443 | $288,442.74 | | Sale* | 11/17/2009 | (8,066) | $19.4700 | ($157,045.02) |
| | | 23,500 | | $606,387.05 | | | | (23,500) | | ($457,545.00) |
| | | | | | | | | Loss on post-class period sales: | | ($148,842.05) |
| Purchase | 6/24/2009 | 27,075 | $24.4443 | $661,829.42 | $20.5220 | | | | | ($106,196.27) |
| Purchase | 6/25/2009 | 36,325 | $24.1252 | $876,347.89 | $20.5220 | | | | | ($130,886.24) |
| Purchase | 7/8/2009 | 1,000 | $20.0541 | $20,054.10 | $20.5220 | | | | | $467.90 |
| Purchase | 7/8/2009 | 300 | $20.0541 | $6,016.23 | $20.5220 | | | | | $140.37 |
| Purchase | 7/8/2009 | 100 | $20.1413 | $2,014.13 | $20.5220 | | | | | $38.07 |
| Purchase | 7/8/2009 | 100 | $20.1413 | $2,014.13 | $20.5220 | | | | | $38.07 |
| Purchase | 7/10/2009 | 100 | $20.1419 | $2,014.19 | $20.5220 | | | | | $38.01 |
| Purchase | 7/10/2009 | 200 | $20.1419 | $4,028.38 | $20.5220 | | | | | $76.02 |
| Purchase | 7/10/2009 | 100 | $20.1419 | $2,014.19 | $20.5220 | | | | | $38.01 |
| Purchase | 7/10/2009 | 400 | $20.2324 | $8,092.96 | $20.5220 | | | | | $115.84 |
| Purchase | 7/10/2009 | 200 | $20.2324 | $4,046.48 | $20.5220 | | | | | $57.92 |
| Purchase | 7/10/2009 | 100 | $20.2324 | $2,023.24 | $20.5220 | | | | | $28.96 |

**Arkansas Teacher Retirement System**
**FIFO Losses in SunPower Corporation**
Class Period: 4/17/2008 - 11/16/2009
Class A Retained Share Price as of 1/18/2010: $23.3693
Class B Retained Share Price as of 1/18/2010: $20.5220

| Transaction | Date | Shares | Price | Cost | Retained Share Price | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 7/10/2009 | 100 | $20.2324 | $2,023.24 | $20.5220 | | | | | $28.96 |
| Purchase | 7/13/2009 | 100 | $20.0136 | $2,001.36 | $20.5220 | | | | | $50.84 |
| Purchase | 7/13/2009 | 100 | $20.0136 | $2,001.36 | $20.5220 | | | | | $50.84 |
| Purchase | 7/14/2009 | 100 | $19.8922 | $1,989.22 | $20.5220 | | | | | $62.98 |
| Purchase | 7/14/2009 | 200 | $19.8922 | $3,978.44 | $20.5220 | | | | | $125.96 |
| Purchase | 7/14/2009 | 500 | $19.8922 | $9,946.10 | $20.5220 | | | | | $314.90 |
| Purchase | 7/14/2009 | 100 | $19.8922 | $1,989.22 | $20.5220 | | | | | $62.98 |
| Purchase | 7/21/2009 | 2,000 | $20.7689 | $41,537.80 | $20.5220 | | | | | ($493.80) |
| Purchase | 8/25/2009 | 22,400 | $22.5199 | $504,445.76 | $20.5220 | | | | | ($44,752.96) |
| Purchase | 8/27/2009 | 4,100 | $22.2917 | $91,395.97 | $20.5220 | | | | | ($7,255.77) |
| Purchase | 9/1/2009 | 1,900 | $20.4913 | $38,933.47 | $20.5220 | | | | | $58.33 |
| Purchase | 9/18/2009 | 19,200 | $28.6395 | $549,878.40 | $20.5220 | | | | | ($155,856.00) |
| | | 116,800 | | $2,178,786.26 | | | | | *Loss on retained shares:* | ($443,646.08) |

*Total FIFO Loss (class B):* ($1,309,432.16)

**4.75% Senior Convertible Debentures due 2014**
**Cusip # 867652AC3**

| Transaction | Date | Units | Par Value | Cost | Transaction | Date | Units | Par Value | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 10/22/2009 | 440,000 | $141.4659 | $622,449.96 | | | | | |
| Purchase | 11/5/2009 | 1,010,000 | $123.1184 | $1,243,495.84 | Sale* | 11/17/2009 | (1,450,000) | $107.0890 | ($1,552,790.50) |
| | | 1,450,000 | | $1,865,945.80 | | | (1,450,000) | | ($1,552,790.50) |

*Total FIFO Loss (Sr. Convertible Debentures):* ($313,155.30)

| | | (61,600) | | | | | | **TOTAL FIFO LOSS:** | **($2,024,405.67)** |

*Shares sold within 90 days after the end of the class period are calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.

**Första-AP fonden**
**FIFO Losses in SunPower Corporation**
Class Period: 4/17/2008 - 11/16/2009
Class A Retained Share Price as of 1/18/2010: $23.3693
Class B Retained Share Price as of 1/18/2010: $20.5220

**Class A Common Stock**
**Cusip # 867652109**

| Transaction | Date | Shares | Price | Cost | Retained Share Price | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| Opening Balance: | | 15,173 | | | | Sale | 6/6/2008 | (499) | $79.3300 | ($39,585.67) |
| | | | | | | Sale | 6/18/2008 | (394) | $84.3100 | ($33,218.14) |
| | | | | | | Sale | 10/23/2008 | (2,781) | $40.2350 | ($111,893.54) |
| | | | | | | Sale | 10/31/2008 | (925) | $39.0600 | ($36,130.50) |
| | | | | | | Sale | 10/31/2008 | (1,000) | $39.0600 | ($39,060.00) |
| | | | | | | Sale | 2/27/2009 | (277) | $27.8900 | ($7,725.53) |
| | | | | | | Sale | 6/26/2009 | (5,261) | $26.8100 | ($141,047.41) |
| | | | | | | *Sales offsetting opening balance:* | | (11,137) | | ($408,660.79) |
| Purchase | 7/7/2008 | 702 | $64.8200 | $45,503.64 | $23.3693 | | | | | ($29,098.39) |
| Purchase | 8/29/2008 | 215 | $97.5500 | $20,973.25 | $23.3693 | | | | | ($15,948.85) |
| Purchase | 10/17/2008 | 393 | $46.8600 | $18,415.98 | $23.3693 | | | | | ($9,231.85) |
| Purchase | 11/6/2008 | 2,736 | $33.5214 | $91,714.55 | $23.3693 | | | | | ($27,776.15) |
| Purchase | 11/7/2008 | 45 | $33.4000 | $1,503.00 | $23.3693 | | | | | ($451.38) |
| Purchase | 12/23/2008 | 567 | $34.1300 | $19,351.71 | $23.3693 | | | | | ($6,101.32) |
| Purchase | 1/12/2009 | 1,374 | $34.8900 | $47,938.86 | $23.3693 | | | | | ($15,829.44) |
| Purchase | 1/13/2009 | 1,337 | $34.8200 | $46,554.34 | $23.3693 | | | | | ($15,309.59) |
| Purchase | 4/1/2009 | 211 | $24.5900 | $5,188.49 | $23.3693 | | | | | ($257.57) |
| Purchase | 5/29/2009 | 750 | $29.1400 | $21,855.00 | $23.3693 | | | | | ($4,328.03) |
| Purchase | 5/29/2009 | 1,627 | $29.1254 | $47,387.07 | $23.3693 | | | | | ($9,365.22) |
| Purchase | 6/25/2009 | 5,261 | $26.8548 | $141,283.10 | $23.3693 | | | | | ($18,337.22) |
| Purchase | 7/2/2009 | 1,980 | $26.2300 | $51,935.40 | $23.3693 | | | | | ($5,664.19) |
| Purchase | 9/22/2009 | 1,334 | $32.5300 | $43,395.02 | $23.3693 | | | | | ($12,220.37) |
| | | 18,532 | | $602,999.42 | | | | *Total FIFO Loss (class A):* | | ($169,919.55) |

**Första-AP fonden**

**FIFO Losses in SunPower Corporation**

Class Period: 4/17/2008 - 11/16/2009
Class A Retained Share Price as of 1/18/2010: $23.3693
Class B Retained Share Price as of 1/18/2010: $20.5220

**Class B Common Stock**
**Cusip # 867652307**

| Transaction | Date | Shares | Price | Cost | Retained Share Price | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Delivery** | 10/1/2008 | (0.003) | $0.0000 | $0.00 |
| | | | | | | Sale | 10/15/2008 | (0.025) | $41.1000 | ($1.03) |
| | | | | | | Sale | 10/31/2008 | (1,870) | $29.6100 | ($55,370.70) |
| | | | | | | Sale | 2/27/2009 | (1,412) | $24.7700 | ($34,975.24) |
| Receipt* | 9/30/2008 | 3,970.028 | $69.0500 | $274,130.43 | | Sale | 6/16/2009 | (688) | $25.9500 | ($17,853.60) |
| | | 3,970.028 | | $274,130.43 | | | | (3,970.028) | | ($108,200.57) |
| | | | | | | | | Loss on class period sales: | | ($165,929.87) |
| | | | | | | Sale*** | 12/22/2009 | (620) | $21.4136 | ($13,276.43) |
| | | | | | | Sale*** | 12/22/2009 | (3,313) | $21.3380 | ($70,692.79) |
| Receipt* | 9/30/2008 | 6,782 | $69.0500 | $468,297.10 | | Sale*** | 12/23/2009 | (3,410) | $21.2346 | ($72,409.99) |
| Purchase | 9/30/2008 | 3,970 | $69.0500 | $274,128.50 | | Sale*** | 12/23/2009 | (3,409) | $21.2302 | ($72,373.75) |
| | | 10,752 | | $742,425.60 | | | | (10,752) | | ($228,752.96) |
| | | | | | | | | Loss on post-class period sales: | | ($513,672.64) |
| Purchase | 9/30/2008 | 12,964 | $69.0500 | $895,164.20 | $20.5220 | | | | | ($629,116.99) |
| Purchase | 12/23/2008 | 352 | $28.1600 | $9,912.32 | $20.5220 | | | | | ($2,688.58) |
| Purchase | 1/12/2009 | 1,413 | $28.5000 | $40,270.50 | $20.5220 | | | | | ($11,272.91) |
| Purchase | 1/13/2009 | 1,442 | $27.4900 | $39,640.58 | $20.5220 | | | | | ($10,047.86) |
| Purchase | 4/1/2009 | 253 | $20.5400 | $5,196.62 | $20.5220 | | | | | ($4.55) |
| Purchase | 7/2/2009 | 443 | $23.6700 | $10,485.81 | $20.5220 | | | | | ($1,394.56) |
| Purchase | 9/22/2009 | 1,070 | $27.7100 | $29,649.70 | $20.5220 | | | | | ($7,691.16) |
| | | 17,937 | | $1,030,319.73 | | | | Loss on retained shares: | | ($662,216.62) |
| | | | | | | | | Total FIFO Loss (class B): | | ($1,341,819.12) |
| | | | | | | | | **TOTAL FIFO LOSS:** | | **($1,511,738.67)** |

*Received as a result of the spin-off from Cypress Semiconductor Corp.
**Delivered as a result of the spin-off from Cypress Semiconductor Corp.
***Shares sold within 90 days after the end of the class period are calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.