# EXHIBIT D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRY W. PLICHTA, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>SUNPOWER CORPORATION, THOMAS H. WERNER, and DENNIS V. ARRIOLA,<br><br>                    Defendants. | Case No. CV 09-5473-CRB<br><br>THE INSTITUTIONAL INVESTOR FUNDS' JOINT DECLARATION IN SUPPORT OF THEIR MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL |

Case No. CV 09-5473-CRB
JOINT DECLARATION
1747616.1

| | | |
|---|---|---|
| 1 | CHENGXIAO CAO, Individually and On Behalf of All Others Similarly Situated, | Case No. CV 09-5488-BZ |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | SUNPOWER CORPORATION, PRICEWATERHOUSECOOPERS LLP, THOMAS H. WERNER, DENNIS V. | |
| 6 | ARRIOLA, EMMANUEL T. HERNANDEZ, and MARTY NEESE, | |
| 7 | | |
| 8 | Defendants. STEVEN PARRISH, Individually and On Behalf of All Others Similarly Situated, | Case No. CV 09-5520-CRB |
| 9 | | |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | SUNPOWER CORPORATION, THOMAS H. WERNER, and DENNIS V. ARRIOLA, | |
| 13 | Defendants. | |

Case No. CV 09-5473-CRB
1747616.1

1      Laura Gilson, Jan Matej and Jørgen Pagh, pursuant to 28 U.S.C. § 1746, declare as

2  follows:

3      a.     We respectfully submit this Joint Declaration in support of the motion of the

4  Arkansas Teacher Retirement System ("ARTRS"), Första-AP Fonden ("AP1") and Danske Invest

5  Management A/S ("Danske") (collectively, the "Institutional Investor Funds"), for appointment as

6  Lead Plaintiff in the above-captioned securities class actions on behalf of investors in SunPower

7  Corporation ("SunPower") pursuant to the Private Securities Litigation Reform Act of 1995

8  ("PSLRA").   We are informed of and understand the requirements and duties imposed by the

9  PSLRA.   Each of us has personal knowledge about the information in this Joint Declaration

10 relating to the fund with which we are individually associated.

11     b.     I, Laura Gilson, serve as the General Counsel of ARTRS and am

12 authorized to make this declaration on its behalf.   ARTRS was established in 1937 to provide

13 retirement benefits for the employees of Arkansas' education community and manages over $10

14 billion in assets.   As set forth in the Institutional Investor Funds' Memorandum of Law, ARTRS

15 purchased SunPower securities during the Class Period and suffered substantial losses in

16 connection therewith.   I am thoroughly familiar with the responsibilities of serving as a Lead

17 Plaintiff under the PSLRA and have significant experience serving in such a capacity.   After

18 due consideration, ARTRS decided to file a motion seeking Lead Plaintiff appointment with

19 AP1 and Danske.

20     c.     I, Jan Matej, serve as General Counsel to AP1 and am authorized to make this

21 declaration on its behalf.   AP1 is a pension fund with global orientation, whose management

22 contributes to ensuring a high and predictable retirement pension for every person employed in

23 Sweden.   With net assets of over $25 billion, AP1 is one of Sweden's largest pension funds.   As set

24 forth in the Institutional Investor Funds' Memorandum of Law, AP1 purchased SunPower

Case No. CV 09-5473-CRB                                                    2
JOINT DECLARATION
1747616.1

securities and suffered substantial losses in connection therewith.  I am thoroughly familiar with

the responsibilities of serving as a Lead Plaintiff under the PSLRA.  After due consideration, AP1

decided to file a motion seeking Lead Plaintiff appointment with ARTRS and Danske.

       d.     I, Jørgen Pagh, am Senior Vice President of Danske and am authorized to make this

declaration on behalf of Danske.  Danske is based in Copenhagen, Denmark, and with

approximately $45 billion in assets under management, is one of Denmark's largest institutional

investors.  As set forth in the Institutional Investor Funds' Memorandum of Law, Danske

purchased SunPower securities and suffered substantial losses in connection with the events at

issue in this action.  Danske is a sophisticated institutional investor with experience serving as a

Lead Plaintiff in class action lawsuits alleging violations of the federal securities laws, having

previously served as a Lead Plaintiff in *In re Eli Lilly & Co. Sec. Litig.*, 1:07-cv-01310-JBW

(E.D.N.Y. 2007) and currently serving as Lead Plaintiff in *Minneapolis Firefighters' Relief Assoc.

v. Medtronic, et al.*, 0:08-cv-06324-PAM (D. Minn. 2008).  After due consideration, Danske

decided to file a motion for Lead Plaintiff appointment with the ARTRS and AP1.

       e.     Each of us believes that this case requires dedicated and sophisticated institutional

investor leadership committed to achieving the best possible outcome for SunPower investors and

other market participants.  It is for these reasons, among others, that each of the Institutional

Investor Funds has decided to seek appointment as Lead Plaintiff in this action.

       f.     We are each dedicated to maximizing the recovery for the class in this action and to

achieving significant and progressive governance reforms at SunPower, not only to protect its

investors from false and misleading public statements, but also to deter similar misconduct in the

future.  We understand that it is Lead Plaintiff and Lead Counsel's obligation to vigorously

Case No. CV 09-5473-CRB
JOINT DECLARATION

1747616.1

3

prosecute this action on behalf of all class members and to maximize the recovery for all class members from all culpable parties.

g.      Representatives of ARTRS, AP1 and Danske have conferred directly and agree that joint prosecution of this action is in the best interests of the class.  Our discussions addressed the facts and merits of this action and the various legal claims asserted; our common goals in seeking Lead Plaintiff appointment; the importance that this action be led by institutional investors who are committed to protecting all investors; and the obligation of the Lead Plaintiff to actively supervise class counsel to ensure that the litigation is efficiently prosecuted in a collaborative manner without any duplication of efforts by counsel.  The discussions also focused on an appropriate framework for communicating amongst ourselves and counsel and the importance of the vigorous joint prosecution of this action, including a regular reporting mechanism between ourselves and counsel.

h.      We understand that the Lead Plaintiff's role under the PSLRA is to select and retain Lead Counsel and to supervise the prosecution of the action.  We understand that one of Lead Plaintiff's obligations to the class is to select and retain Lead Counsel with experience in litigating complex securities class actions and that will operate pursuant to the Lead Plaintiff's direction and authority.  One of the factors motivating us to seek appointment as Lead Plaintiff in this action is to ensure, through supervision of our chosen counsel, that the action is prosecuted for the benefit of the class in an efficient and cost-effective manner.

i.      Each of us carefully selected counsel to litigate this action and believe that the law firms we have chosen will be zealous advocates for the class.  Each of these law firms is highly experienced in litigating complex securities class action and we believe that class members' interests will be best protected by our selection of counsel.  ARTRS has retained Kaplan Fox &

Case No. CV 09-5473-CRB
JOINT DECLARATION

4

1747616.1

1  Kilsheimer LLP, AP1 has retained Bernstein Litowitz Berger & Grossman LLP and Danske has

2  retained Barroway Topaz Kessler Meltzer & Check LLP.

3       j.      The Institutional Investor Funds have jointly conferred with our selected counsel to

4  discuss the merits of the litigation, as well as procedures for overseeing the prosecution of the

5  action to ensure that the case is handled efficiently, without duplication of effort and with the intent

6  of obtaining the best possible outcome for the class.  As part of these procedures, the Institutional

7  Investor Funds intend to communicate regularly with each other and with counsel concerning the

8  progress of the litigation, have established protocols for such communications, and will require

9  regular reports from counsel concerning the status of the litigation.  We also intend to have regular

10  calls among ourselves and counsel to ensure the effective coordination of the case and to avoid any

11  duplication of work among counsel.

1    Pursuant to 28 U.S.C. § 1746, we declare under penalty of perjury under the laws of the

2    United States of America that the foregoing is true to the best of our knowledge.  Executed this 19th

3    day of January, 2010.

4

5

6    _____
     Laura Gilson

7    General Counsel
     Arkansas Teacher Retirement System

8

9

10   _____
     Jan Matej

11   General Counsel
     Första-AP Fonden

12

13

14   _____
     Jørgen Pagh

15   Senior Vice President
     Danske Invest Management A/S

16

17

18

19

20

21

22

23

24

25

26

27

28   Case No. CV 09-5473-CRB                                                                    6
     JOINT DECLARATION

     1747616.1

1          Pursuant to 28 U.S.C. § 1746, we declare under penalty of perjury under the laws of the

2    United States of America that the foregoing is true to the best of our knowledge.  Executed this 19th

3    day of January, 2010.

4

5

6    _____

7    Laura Gilson
     General Counsel

8    Arkansas Teacher Retirement System

9

10   Jan Matej

11   General Counsel
     Första-AP Fonden

12

13

14   _____

15   Jørgen Pagh
     Senior Vice President

16   Danske Invest Management A/S

17

18

19

20

21

22

23

24

25

26

27

28   Case No. CV 09-5473-CRB
     JOINT DECLARATION

     1747616.1

6

1    Pursuant to 28 U.S.C. § 1746, we declare under penalty of perjury under the laws of the

2  United States of America that the foregoing is true to the best of our knowledge. Executed this 19th

3  day of January, 2010.

4

5

6  _____
   Laura Gilson
7  General Counsel
   Arkansas Teacher Retirement System
8

9

10 _____
   Jan Matej
11 General Counsel
   Första-AP Fonden
12

13

14 _____
   Jørgen Pagh
15 Senior Vice President
   Danske Invest Management A/S
16

17

18

19

20

21

22

23

24

25

26

27

28 Case No. CV 09-5473-CRB                                          6
   JOINT DECLARATION

   1747616.1