1  BARROWAY TOPAZ KESSLER
       MELTZER & CHECK, LLP
2  RAMZI ABADOU   (Bar No. 222567)
   ERIK D. PETERSON   (Bar No. 257098)
3  NICHOLE BROWNING   (Bar No. 251937)
   580 California Street, Suite 1750
4  San Francisco, CA 94104
   Tel:    (415) 400-3000
5  Fax:    (415) 400-3001
   rabadou@btkmc.com
6  epeterson@btkmc.com
   nbrowning@btkmc.com
7
   BERNSTEIN LITOWITZ BERGER          KAPLAN FOX & KILSHEIMER LLP
8      & GROSSMANN LLP                LAURENCE D. KING (Bar No. 206423)
   BLAIR A. NICHOLAS (Bar No. 178428) MARIO M. CHOI (Bar No. 243409)
9  IAN D. BERG (Bar No. 263586)       350 Sansome Street, Suite 400
   12481 High Bluff Drive, Suite 300  San Francisco, CA 94104
10 San Diego, CA 92130                Tel:    (415) 772-4700
   Tel:    (858) 793-0070             Fax:    (415) 772-4707
11 Fax:    (858) 793-0323             lking@kaplanfox.com
   blairn@blbglaw.com                 mchoi@kaplanfox.com
12 ianb@blbglaw.com

13 *[Proposed] Lead Counsel*

14                 UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                     SAN FRANCISCO DIVISION

17 | HARRY W. PLICHTA, Individually and On Behalf of All Others Similarly Situated, | Case No. CV 09-5473-CRB |
   |---|---|
18 |                        Plaintiff, | CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 3-16 |
19 |  |  |
   | v. |  |
20 |  |  |
   | SUNPOWER CORPORATION, THOMAS H. WERNER, and DENNIS V. ARRIOLA, |  |
21 |  |  |
22 |                       Defendants. |  |

| | | |
|---|---|---|
| 1 | CHENGXIAO CAO, Individually and On Behalf of All Others Similarly Situated, | Case No. CV 09-5488-BZ |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | SUNPOWER CORPORATION, PRICEWATERHOUSECOOPERS LLP, THOMAS H. WERNER, DENNIS V. ARRIOLA, EMMANUEL T. HERNANDEZ, and MARTY T. NEESE, | |
| 6 | | |
| 7 | | |
| | Defendants. | |
| 8 | STEVEN PARRISH, Individually and On Behalf of All Others Similarly Situated, | Case No. CV 09-5520-CRB |
| 9 | | |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | SUNPOWER CORPORATION, THOMAS H. WERNER, and DENNIS V. ARRIOLA, | |
| 13 | Defendants. | |

CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 3-16
Case No. 09-5473-CRB
1751527.1

## CERTIFICATION PURSUANT TO LOCAL RULE 3-16

Pursuant to Local Rule 3-16, the undersigned certifies that as of this date, other than the named party, Arkansas Teacher Retirement System, there is no such interest to report.

Dated: January 21, 2010

_____
LAURENCE D. KING

**CERTIFICATE OF SERVICE**

I certify that on the 21st day of January 2010, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF Registrants:

**Electronic Mail Notice List**

- **Ramzi Abadou**
  rabadou@btkmc.com,knguyen@btkmc.com

- **George Carlos Aguilar**
  Notice@robbinsumeda.com

- **Jordan Eth**
  jeth@mofo.com,nurbina@mofo.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Dennis J. Herman**
  dennish@csgrr.com,jdecena@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark P. Kindall**
  firm@izardnobel.com,mkindall@izardnobel.com

- **Joy Ann Kruse**
  jakruse@lchb.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Judson Earle Lobdell**
  jlobdell@mofo.com,mblackmer@mofo.com

- **Tricia Lynn McCormick**
  triciam@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kim Elaine Miller**
  kimmiller225@yahoo.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Shawn A. Williams**
  shawnw@csgrr.com,jdecena@csgrr.com,travisd@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com

I further certify that on the 21st day of January, 2010, I served the same document by U.S. Postal service on the following, who are not registered participants of the ECF system in this case:

**Catherine J. Kowalewski**
**David C. Walton**
Coughlin Stoia Geller
Rudman & Robbins LLP
655 W Broadway #1900
San Diego, CA 92101

**Steve W. Berman**
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

**Peter E. Borkon**
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710

**Lewis S. Kahn**
Kahn Swick & Foti, LLC
650 Poydras Street
Suite 2150
New Orleans, LA 70130

**Reed R. Kathrein**
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710

**Matthew Rawlinson**
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025

**Lionel Z. Glancy**
Glancy & Binkow LLP
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067

 */s/ Ramzi Abadou*
 RAMZI ABADOU