JORDAN ETH (CA SBN 121617)
JEth@mofo.com
JUDSON E. LOBDELL (CA SBN 146041)
JLobdell@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
SUNPOWER CORPORATION,
THOMAS H. WERNER, DENNIS V. ARRIOLA,
EMMANUEL T. HERNANDEZ, AND
MARTY T. NEESE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRY W. PLICHTA, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>    v.<br><br>SUNPOWER CORPORATION, THOMAS H. WERNER, and DENNIS V. ARRIOLA,<br><br>              Defendants. | Case No.   CV-09-05473 CRB<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| STEVEN PARRISH, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>    v.<br><br>SUNPOWER CORPORATION, THOMAS H. WERNER, and DENNIS V. ARRIOLA,<br><br>              Defendants. | Case No.   CV-09-05520 CRB<br><br>CLASS ACTION |

| | |
|---|---|
| CHENGXIAO CAO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNPOWER CORPORATION, PRICEWATERHOUSECOOPERS LLP, THOMAS H. WERNER, DENNIS V. ARRIOLA, EMMANUEL T. HERNANDEZ, and MARTY T. NEESE,<br><br>Defendants. | Case No.:   CV-09-05488 CRB<br><br>CLASS ACTION |

WHEREAS, the above-captioned actions are securities class action lawsuits, governed by the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (the "Reform Act"), against SunPower Corporation ("SunPower"), certain of its officers, and PricewaterhouseCoopers LLP (collectively "Defendants");

WHEREAS, on January 19, 2010, seven motions for consolidation and for appointment as lead plaintiff and lead plaintiff's counsel were filed (the "Lead Plaintiff Motions");

WHEREAS, between January 28, 2010 and February 10, 2010, four movants withdrew their Lead Plaintiff Motions, and two movants, SunPower Investor Group and Austin Police Retirement System, responded to the various Lead Plaintiff Motions by stating their support for the Institutional Investor Funds' Lead Plaintiff Motion;

WHEREAS, on February 12, 2010, the Institutional Investor Funds filed a Statement of Non-Opposition to their Lead Plaintiff Motion;

WHEREAS, by Court order entered on February 3, 2010, the joint case management statement in these actions is currently due February 26, 2010 and the Case Management Conference in these actions is currently scheduled for March 5, 2010;

WHEREAS, the Lead Plaintiff Motions are also scheduled to be heard by the Court on March 5, 2010;

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE                 2
sf- 2806501

1     WHEREAS, it is expected that the Court will designate a lead plaintiff who will thereafter file a Consolidated Complaint for the consolidated action, which will become the operative complaint and shall supersede all complaints previously filed in these actions; and

    WHEREAS, it would be premature and a waste of judicial resources to hold the Case Management Conference in these actions before the Court designates a lead plaintiff and a Consolidated Complaint is filed.

    IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as follows:

    (1)     Within thirty days of the filing of a Consolidated Complaint by the lead plaintiff designated by the Court, the parties will meet and confer and propose to the Court a new date for the Case Management Conference.

Dated:     February 19, 2010         JORDAN ETH
                                                  JUDSON E. LOBDELL
                                                  MORRISON & FOERSTER LLP

                                                  By:     /s/ Judson Lobdell
                                                            JUDSON LOBDELL

                                                Counsel for Defendants
                                                SunPower Corp., Thomas H. Werner,
                                                Dennis V. Arriola, Emmanuel T. Hernandez,
                                                and Marty T. Neese

| | | |
|---|---|---|
| 1 | Dated: February 19, 2010 | LATHAM & WATKINS LLP |
| | | MATTHEW RAWLINSON |
| 2 | | 140 Scott Drive |
| | | Menlo Park, CA 94025 |
| 3 | | |
| | | MILES RUTHBERG |
| 4 | | 355 South Grand Avenue |
| | | Los Angeles, CA 90071 |
| 5 | | |
| 6 | | By: /s/ Matthew Rawlinson |
| | | MATTHEW RAWLINSON |
| 7 | | |
| | | Counsel for Defendant |
| 8 | | PricewaterhouseCoopers LLP |
| 9 | Dated: February 19, 2010 | BARROWAY TOPAZ KESSLER MELTZER |
| | | & CHECK, LLP |
| 10 | | RAMZI ABADOU |
| | | NICHOLE BROWNING |
| 11 | | ERIK D. PETERSON |
| | | 580 California Street, Suite 1750 |
| 12 | | San Francisco, CA 94104 |
| 13 | | |
| | | By: /s/ Erik D. Peterson |
| 14 | | ERIK D. PETERSON |
| 15 | | Counsel for [Proposed] Lead Plaintiff |
| | | Institutional Investor Funds |
| 16 | | |
| 17 | Dated: February 19, 2010 | BERNSTEIN LITOWITZ BERGER |
| | | & GROSSMANN LLP |
| | | DAVID STICKNEY |
| 18 | | IAN D. BERG |
| | | 12481 High Bluff Drive, Suite 300 |
| 19 | | San Diego, CA 92130 |
| 20 | | |
| | | By: /s/ David Stickney |
| 21 | | DAVID STICKNEY |
| 22 | | Counsel for [Proposed] Lead Plaintiff |
| | | Institutional Investor Funds |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE   4

sf- 2806501

| | | |
|---|---|---|
| 1 | Dated:   February 19, 2010 | KAPLAN FOX & KILSHEIMER LLP |
| 2 | | LAURENCE D. KING |
| | | MARIO M. CHOI |
| 3 | | 350 Sansome Street, Suite 400 |
| | | San Francisco, CA 94104 |

By:  /s/ Laurence D. King
    LAURENCE D. KING

Counsel for [Proposed] Lead Plaintiff Institutional Investor Funds

Dated:   February 19, 2010

BERMAN DeVALERIO
JOSEPH TABACCO, JR.
NICOLE LAVALLEE
1 California Street, Suite 900
San Francisco, CA 94111

By:  /s/  Nicole Lavallee
    NICOLE LAVALLEE

Counsel for Austin Police Retirement System

Dated:   February 19, 2010

KAHN SWICK & FOTI, LLC
KIM E. MILLER
500 5th Avenue, Suite 1810
New York, NY 10110

LEWIS KAHN
650 Poydras Street, Suite 2150
New Orleans, LA 70130

By:  /s/ Kim Miller
    KIM MILLER

Counsel for the SunPower Investor Group

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE     5
sf- 2806501

* * *

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

1
2       I, Judson Lobdell, am the ECF User whose ID and password are being used to file this
3   Stipulation and [Proposed] Order Continuing the Case Management Conference.  In compliance
4   with General Order No. 45, X.B., I hereby attest that Matthew Rawlinson, Erik D. Peterson,
5   David Stickney, Laurence D. King, Nicole Lavallee, and Kim Miller have concurred in this filing.
6
 Dated:   February 19, 2010                                     /s/ Judson Lobdell
7                                                                           JUDSON LOBDELL
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28