JORDAN ETH (BAR NO. 121617)
JEth@mofo.com
JUDSON E. LOBDELL (CA SBN 146041)
JLobdell@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Defendants Thomas H. Werner,
Thurman J. Rodgers, W. Steve Albrecht,
Betsy S. Atkins, Uwe-Ernst Bufe,
Thomas R. McDaniel, Pat Wood, III,
Dennis V. Arriola, Emmanuel T. Hernandez,
Daniel S. Shugar, Douglas J. Richards,
Bruce R. Ledesma, Marty T. Reese,
and nominal defendant SunPower Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER CORPORATION SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. C 09-05731-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date: March 5, 2010<br>Hearing Time: 10:00 a.m. |

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. C 09-05731-CRB
sf-2805250

WHEREAS, this is a consolidated shareholder derivative action against certain of the officers and directors of SunPower Corporation ("SunPower");

WHEREAS, on November 16, 2009, SunPower issued a press release announcing an internal investigation by its Audit Committee;

WHEREAS, SunPower has not yet announced the results and completion of its internal investigation;

WHEREAS, pursuant to the order entered on January 4, 2010, within ten (10) days after the completion and public announcement of SunPower's internal investigation, the parties will meet and confer in good faith to arrange a schedule for the designation of an operative complaint or the filing of a consolidated derivative complaint ("Consolidated Complaint") and a briefing schedule concerning any responsive pleading to the Consolidated Complaint; and

WHEREAS, it would be premature and an inefficient use of judicial resources to hold a case management conference in this consolidated action before an operative complaint were designated or a Consolidated Complaint were filed;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as follows:

(1)  Within ten (10) days after the public announcement of the results and completion of SunPower's internal investigation, the parties will meet and confer and propose to the Court a new date for the Case Management Conference;

(2)  Defendants' undersigned counsel hereby accepts service of the complaints filed in the two consolidated shareholder derivative actions on behalf of all Defendants.

| | | |
|---|---|---|
| 1 | DATED: February 18, 2010 | MORRISON & FOERSTER LLP |
| 2 | | JORDAN ETH |
| | | JUDSON E. LOBDELL |

DATED: February 18, 2010                    MORRISON & FOERSTER LLP
                                            JORDAN ETH
                                            JUDSON E. LOBDELL

                                            /s/ Judson Lobdell
                                            ―――――――――――――――
                                            JUDSON LOBDELL

                                            Counsel for defendants Thomas H. Werner, Thurman J. Rodgers, W. Steve Albrecht, Betsy S. Atkins, Uwe-Ernst Bufe, Thomas R. McDaniel, Pat Wood, III, Dennis V. Arriola, Emmanuel T. Hernandez, Daniel S. Shugar, Douglas J. Richards, Bruce R. Ledesma, Marty T. Reese, and nominal defendant SunPower Corporation

DATED: February 18, 2010                    JOHNSON BOTTINI, LLP
                                            FRANK JOHNSON
                                            FRANCIS A. BOTTINI, JR.
                                            BRETT M. WEAVER

                                            /s/ Brett Weaver
                                            ―――――――――――――――
                                            BRETT M. WEAVER

                                            501 W. Broadway, Suite 1720
                                            San Diego, CA 92101
                                            Telephone: (619) 230-0063
                                            Facsimile: (619) 238-0622

                                            Co-Lead Counsel and Counsel for Plaintiff David Clarke

DATED: February 18, 2010                    ROBBINS UMEDA LLP
                                            MARC M. UMEDA
                                            GEORGE C. AGUILAR
                                            ARSHAN AMIRI
                                            DAVID L. MARTIN

                                            /s/ David Martin
                                            ―――――――――――――――
                                            DAVID L. MARTIN

                                            600 B Street, Suite 1900
                                            San Diego, CA 92101
                                            Telephone: (619) 525-3990
                                            Facsimile: (619) 525-3991

                                            Co-Lead Counsel and Counsel for Plaintiff Richard Logan

- 2 -

1     *     *     *

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _Feb 22, 2010_____

THE HONORABLE CH...
UNITED STATES D...

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

- 3 -

1 | I, Judson Lobdell, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing the Case Management Conference.  In compliance with General Order No. 45, X.B., I hereby attest that Brett Weaver and David Martin have concurred in this filing.

Dated:  February 18, 2010

/s/ Judson Lobdell
JUDSON LOBDELL

- 4 -

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. C 09-05731-CRB
sf-2805250