JORDAN ETH (BAR NO. 121617)
JEth@mofo.com
JUDSON E. LOBDELL (CA SBN 146041)
JLobdell@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Defendants Thomas H. Werner,
Thurman J. Rodgers, W. Steve Albrecht,
Betsy S. Atkins, Uwe-Ernst Bufe,
Thomas R. McDaniel, Pat Wood, III,
Dennis V. Arriola, Emmanuel T. Hernandez,
Daniel S. Shugar, Douglas J. Richards,
Bruce R. Ledesma, Marty T. Reese,
and nominal defendant SunPower Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER CORPORATION SHAREHOLDER DERIVATIVE LITIGATION | Master File No. C 09-05731-CRB |
| | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| This Document Relates To: | |
| ALL ACTIONS | Hearing Date: March 5, 2010 Hearing Time: 10:00 a.m. |

1   WHEREAS, this is a consolidated shareholder derivative action against certain of the

2   officers and directors of SunPower Corporation ("SunPower");

3   WHEREAS, on November 16, 2009, SunPower issued a press release announcing an internal

4   investigation by its Audit Committee;

5   WHEREAS, SunPower has not yet announced the results and completion of its internal

6   investigation;

7   WHEREAS, pursuant to the order entered on January 4, 2010, within ten (10) days after

8   the completion and public announcement of SunPower's internal investigation, the parties will

9   meet and confer in good faith to arrange a schedule for the designation of an operative complaint

10  or the filing of a consolidated derivative complaint ("Consolidated Complaint") and a briefing

11  schedule concerning any responsive pleading to the Consolidated Complaint; and

12  WHEREAS, it would be premature and an inefficient use of judicial resources to hold a

13  case management conference in this consolidated action before an operative complaint were

14  designated or a Consolidated Complaint were filed;

15  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the

16  undersigned parties as follows:

17  (1)   Within ten (10) days after the public announcement of the results and completion

18  of SunPower's internal investigation, the parties will meet and confer and propose to the Court a

19  new date for the Case Management Conference;

20  (2)   Defendants' undersigned counsel hereby accepts service of the complaints filed in

21  the two consolidated shareholder derivative actions on behalf of all Defendants.

22

23

24

25

26

27

28

- 1 -

1  | DATED:  February 18, 2010                    MORRISON & FOERSTER LLP

2                                                 JORDAN ETH

                                                  JUDSON E. LOBDELL

3

4                                                 _____
                                                     /s/ Judson Lobdell
                                                     JUDSON LOBDELL

5

6  | Counsel for defendants Thomas H. Werner,
   | Thurman J. Rodgers, W. Steve Albrecht, Betsy
   | S. Atkins, Uwe-Ernst Bufe, Thomas R.

7  | McDaniel, Pat Wood, III, Dennis V. Arriola,
   | Emmanuel T. Hernandez, Daniel S. Shugar,

8  | Douglas J. Richards, Bruce R. Ledesma, Marty
   | T. Reese, and nominal defendant SunPower

9  | Corporation

10 | DATED:  February 18, 2010                    JOHNSON BOTTINI, LLP
                                                  FRANK JOHNSON
11                                                FRANCIS A. BOTTINI, JR.
                                                  BRETT M. WEAVER

12

13                                                _____
                                                     /s/ Brett Weaver
                                                     BRETT M. WEAVER

14

15 | 501 W. Broadway, Suite 1720
   | San Diego, CA 92101
   | Telephone: (619) 230-0063

16 | Facsimile:  (619) 238-0622

17 | Co-Lead Counsel and Counsel for Plaintiff
   | David Clarke

18 | DATED:  February 18, 2010                    ROBBINS UMEDA LLP
                                                  MARC M. UMEDA
19                                                GEORGE C. AGUILAR
                                                  ARSHAN AMIRI
20                                                DAVID L. MARTIN

21

22                                                _____
                                                     /s/ David Martin
                                                     DAVID L. MARTIN

23

24 | 600 B Street, Suite 1900
   | San Diego, CA 92101
   | Telephone: (619) 525-3990

25 | Facsimile:  (619) 525-3991

26 | Co-Lead Counsel and Counsel for Plaintiff
   | Richard Logan

27

28

- 2 -

1                              *        *        *

2              PURSUANT TO STIPULATION, IT IS SO ORDERED.

3    DATED: __Feb 22, 2010_____

4                              _____
                               THE HONORABLE
5                              UNITED STATES D

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                      - 3 -

1    I, Judson Lobdell, am the ECF User whose ID and password are being used to file this

2 Stipulation and [Proposed] Order Continuing the Case Management Conference.  In compliance

3 with General Order No. 45, X.B., I hereby attest that Brett Weaver and David Martin have

4 concurred in this filing.

5

Dated:  February 18, 2010                                   /s/ Judson Lobdell

6                                                        JUDSON LOBDELL

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. C 09-05731-CRB
sf-2805250