UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRY W. PLICHTA, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    v.<br><br>SUNPOWER CORPORATION, THOMAS H. WERNER, and DENNIS V. ARRIOLA,<br><br>                Defendants. | Case No. CV 09-5473-CRB<br><br>[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING THE INSTITUTIONAL INVESTOR FUNDS AS LEAD PLAINTIFF, AND APPROVING THEIR SELECTION OF LEAD COUNSEL<br><br>Date:        February 26, 2010<br>Time:       10:00 a.m.<br>Courtroom: 8, 19th Floor<br>Judge:      Charles R. Breyer |

| | | |
|---|---|---|
| 1 | CHENGXIAO CAO, Individually and On Behalf of All Others Similarly Situated, | Case No. CV 09-5488-BZ CRB |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | SUNPOWER CORPORATION, PRICEWATERHOUSECOOPERS LLP, THOMAS H. WERNER, DENNIS V. ARRIOLA, EMMANUEL T. HERNANDEZ, and MARTY T. NEESE, | |
| 6 | | |
| 7 | | |
| | Defendants. | |
| 8 | STEVEN PARRISH, Individually and On Behalf of All Others Similarly Situated, | Case No. CV 09-5520-CRB |
| 9 | | |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | SUNPOWER CORPORATION, THOMAS H. WERNER, and DENNIS V. ARRIOLA, | |
| 13 | Defendants. | |

[PROPOSED] ORDER
Case No. 09-5473-CRB
1749005.1

Before this Court is the Motion of the Arkansas Teacher Retirement System, Första-AP Fonden and Danske Invest Management A/S (collectively before the Court as the "Institutional Investor Funds") for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Their Selection of Lead Counsel (the "Motion"). The Court, having considered the Motion and the accompanying Memorandum of Points and Authorities, finds that said Motion is well taken and, accordingly, it is hereby

ORDERED that the Motion is GRANTED, and

(a) the above-captioned securities class actions are related and hereby consolidated under Case No. CV 09-5473-CRB;

(b) the Institutional Investor Funds are hereby appointed as Lead Plaintiff for the Class in the consolidated case pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934; and

(c) Bernstein Litowitz Berger & Grossmann LLP, Barroway Topaz Kessler Meltzer & Check, LLP and Kaplan Fox & Kilsheimer LLP are hereby approved as Lead Counsel for the Class.

SIGNED this <u>5th</u> day of <u>March</u>, 2010



_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER                                                                                                         -1-
Case No. 09-5473-CRB
1749005.1