*E-Filed 4/12/10*

JORDAN ETH (CA SBN 121617)
JEth@mofo.com
JUDSON E. LOBDELL (CA SBN 146041)
JLobdell@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants Thomas H. Werner,
Thurman J. Rodgers, W. Steve Albrecht,
Betsy S. Atkins, Uwe-Ernst Bufe,
Thomas R. McDaniel, Pat Wood, III,
Dennis V. Arriola, Emmanuel T. Hernandez,
Daniel S. Shugar, Douglas J. Richards,
Bruce R. Ledesma, Marty T. Reese,
and nominal defendant SunPower Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER CORPORATION SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No.   CV-09-05731-RS<br><br>[PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT |

1  On April 2, 2010, the parties filed a Joint Case Management Conference Statement in this
2  consolidated shareholder derivative action, requesting that the Court set June 28, 2010, as the
3  deadline for Lead Plaintiff to file a consolidated complaint. Having reviewed the parties' Joint
4  Case Management Conference Statement, IT IS HEREBY ORDERED that:
5  (1) Lead Plaintiff shall file a consolidated complaint in this action on or before
6  June 28, 2010;
7  (2) The parties shall meet and confer within five (5) days of the filing of the
8  consolidated complaint and propose to the Court a deadline for Defendants to
9  respond to the consolidated complaint and, if necessary, a briefing schedule.
10 IT IS SO ORDERED.

Date: 4/9/10

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE