*E-Filed 4/19/10*

JORDAN ETH (CA SBN 121617)
JEth@mofo.com
JUDSON E. LOBDELL (CA SBN 146041)
JLobdell@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
SUNPOWER CORPORATION,
THOMAS H. WERNER, DENNIS V. ARRIOLA,
EMMANUEL T. HERNANDEZ, AND
MARTY T. NEESE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRY W. PLICHTA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNPOWER CORPORATION, THOMAS H. WERNER, and DENNIS V. ARRIOLA,<br><br>Defendants. | Master File No.   CV-09-05473-RS<br><br>CONSOLIDATED CLASS ACTION<br><br>**[PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT** |

On April 2, 2010, the parties filed a Joint Case Management Conference Statement in this consolidated securities class action, requesting that the Court set May 28, 2010, as the deadline for Lead Plaintiff to file a consolidated complaint. Having reviewed the parties' Joint Case Management Conference Statement, IT IS HEREBY ORDERED that:

(1) Lead Plaintiff shall file a consolidated complaint in this action on or before May 28, 2010;

(2) The parties shall meet and confer within five (5) days of the filing of the consolidated complaint and propose to the Court a deadline for Defendants to respond to the consolidated complaint and, if necessary, a briefing schedule.

IT IS SO ORDERED.

Date: 4/19/10

*[signature]*

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE