*E-Filed 6/28/10*

BARROWAY TOPAZ KESSLER
   MELTZER & CHECK, LLP
RAMZI ABADOU   (Bar No. 222567)
NICHOLE BROWNING   (Bar No. 251937)
STACEY KAPLAN  (Bar No. 241989)
ERIK D. PETERSON   (Bar No. 257098)
580 California Street, Suite 1750
San Francisco, CA 94104
Tel:   (415) 400-3000
Fax:   (415) 400-3001
rabadou@btkmc.com
nbrowning@btkmc.com
skaplan@btkmc.com
epeterson@btkmc.com

BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
DAVID R. STICKNEY (Bar No. 188574)
BENJAMIN GALDSTON (Bar No. 211114)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
davids@blbglaw.com
beng@blbglaw.com

KAPLAN FOX & KILSHEIMER LLP
FREDERIC S. FOX (*pro hac vice*)
JOEL B. STRAUSS (*pro hac vice*)
DONALD R. HALL (*pro hac vice*)
850 Third Avenue, 14th Floor
New York, NY 10022
Tel:   (212) 687-1980
Fax:   (212) 687-7714
ffox@kaplanfox.com
jstrauss@kaplanfox.com
dhall@kaplanfox.com

*Counsel for Lead Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRY W. PLICHTA, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>       v.<br><br>SUNPOWER CORPORATION, THOMAS H. WERNER, DENNIS V. ARRIOLA, EMMANUEL T. HERNANDEZ, DEUTSCHE BANK SECURITIES INC., CREDIT SUISSE SECURITIES (USA) LLC, LAZARD CAPITAL MARKETS LLC, BARCLAYS CAPITAL INC, PIPER JAFFRAY & CO., WACHOVIA CAPITAL MARKETS, LLC n/k/a WELLS FARGO SECURITIES, LLC, SL HARE CAPITAL, INC., T.J. RODGERS, W. STEVE ALBRECHT, BETSY S. ATKINS, PATRICK WOOD, III & UWE-ERNST BUFE<br><br>                    Defendants. | Case No. CV 09-5473-RS<br>**(Consolidated)**<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER**<br> AS MODIFIED BY THE COURT |

1949265.1

1  WHEREAS, pursuant to the Court order entered on April 19, 2010, lead plaintiffs filed a consolidated complaint on May 28, 2010; and

WHEREAS, pursuant to the Court order entered on April 19, 2010, the parties met and conferred within five (5) days of the filing of the consolidated complaint;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as follows:

(1)  Defendants shall respond to the consolidated complaint on or before July 29, 2010;

(2)  In the event any of the defendants respond to the consolidated complaint by motion, lead plaintiffs' opposition to such motion shall be filed on or before September 15, 2010;

(3)  Defendants shall file any reply papers on or before October 14, 2010; and

(4)  In the event any of the defendants respond to the consolidated complaint by motion, such motions shall be heard on November 4, 2010 at 1:30 p.m., or at such time thereafter that is convenient to the Court, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

*

Dated: June 25, 2010    BARROWAY TOPAZ KESSLER
                            MELTZER & CHECK LLP

/s/ Erik D. Peterson
RAMZI ABADOU (Bar No. 222567)
NICHOLE BROWNING (Bar No. 251937)
STACEY KAPLAN (Bar No. 241989)
ERIK D. PETERSON (Bar No. 257098)

Dated: June 25, 2010    BERNSTEIN LITOWITZ BERGER
                          & GROSSMANN LLP

/s/ David R. Stickney
DAVID R. STICKNEY (Bar No. 188574)
BENJAMIN GALDSTON (Bar No. 211114)

* A Case Management Conference shall be held on October 7, 2010 at 10:00 a.m. in courtroom 3, 17th Floor, U.S. Courthouse. The parties shall file a Joint Case Management Conference Statement one week prior to the conference.

STIPULATION AND [PROPOSED] SCHEDULING ORDER                -2-
Case No. 09-5473-CRB
1949265.1

| | |
|---|---|
| Dated: June 25, 2010 | KAPLAN FOX & KILSHEIMER LLP |
| | /s/ Joel B. Strauss |
| | FREDERIC S. FOX (pro hac vice) |
| | JOEL B. STRAUSS (pro hac vice) |
| | DONALD R. HALL (pro hac vice) |
| | |
| | -and- |
| | |
| | LAURENCE D. KING (Bar No. 206423) |
| | MARIO M. CHOI (Bar No. 243409) |
| | 350 Sansome Street, Suite 400 |
| | San Francisco, CA 94104 |
| | Tel:   (415) 772-4700 |
| | Fax:   (415) 772-4707 |
| | |
| | *Counsel for Lead Plaintiffs* |
| | |
| Dated: June 25, 2010 | MORRISON & FOERSTER LLP |
| | |
| | /s/ Jordan Eth |
| | JORDAN ETH (Bar No. 121617) |
| | JUDSON LOBDELL (Bar No. 146041) |
| | 425 Market Street |
| | San Francisco, CA 94105 |
| | Tel:   (415) 268-7000 |
| | Fax:   (415) 268-7522 |
| | JEth@mofo.com |
| | JLobdell@mofo.com |
| | |
| | *Counsel for Defendants SunPower Corporation, Thomas H. Werner, Dennis V. Arriola, Emmanuel T. Hernandez, T.J. Rodgers, W. Steve Albrecht, Betsy S. Atkins, Patrick Wood, III and Uwe-Ernst Bufe* |
| | |
| Dated: June 25, 2010 | SHEARMAN & STERLING LLP |
| | |
| | /s/ Stephen D. Hibbard |
| | STEPHEN D. HIBBARD (Bar No. 177865) |
| | 525 Market Street |
| | San Francisco, CA 94105 |
| | Tel:   (415) 616-1100 |
| | Fax:   (415) 616-1199 |
| | shibbard@shearman.com |
| | |
| | *Counsel for Defendants Deutsche Bank Securities Inc., Credit Suisse Securities (USA) LLC, Lazard Capital Markets LLC, Barclays Capital Inc, Piper Jaffray & Co., Wachovia Capital Markets, LLC n/k/a Wells Fargo Securities, LLC and SL Hare Capital, Inc.* |

STIPULATION AND [PROPOSED] SCHEDULING ORDER -3-
Case No. 09-5473-CRB
1949265.1

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 | Dated: 6/28/10

*[Signature]*
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE