*E-Filed 7/26/10*

1  Stephen D. Hibbard (State Bar No. 177865)
   Sean T. Strauss (State Bar No. 245811)
2  SHEARMAN & STERLING LLP
   525 Market Street, Suite 1500
3  San Francisco, CA 94105-2723
   Telephone:   (415) 616-1100
4  Facsimile:   (415) 616-1199
   Email:       shibbard@shearman.com
5                sean.strauss@shearman.com

6  Attorneys for Defendants Deutsche Bank Securities Inc.,
   Credit Suisse Securities (USA) LLC, Lazard Capital
7  Markets LLC, Barclays Capital Inc., Piper Jaffray & Co.,
   Wachovia Capital Markets, LLC n/k/a Wells Fargo
8  Securities, LLC, and SL Hare Capital, Inc.

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13  HARRY W. PLICHTA, Individually and on        Case No. CV 09-5473-RS
    Behalf of All Others Similarly Situated,     (Consolidated)
14
                  Plaintiff,
15                                               CLASS ACTION
           v.
16                                               STIPULATION AND [PROPOSED] ORDER
    SUNPOWER CORPORATION, THOMAS              REGARDING RESPONSE DATE AND
17  H. WERNER, DENNIS V. ARRIOLA,             BRIEFING SCHEDULE
    EMMANUEL T. HERNANDEZ,
18  DEUTSCHE BANK SECURITIES INC.,
    CREDIT SUISSE SECURITIES (USA) LLC,
19  LAZARD CAPITAL MARKETS LLC,
    BARCLAYS CAPITAL INC, PIPER
20  JAFFRAY & CO., WACHOVIA CAPITAL
    MARKETS, LLC n/k/a/ WELLS FARGO
21  SECURITIES, LLC, SL HARE CAPITAL,
    INC., T.J. RODGERS, W. STEVE
22  ALBRECHT, BETSY S. ATKINS,
    PATRICK WOOD, III and UWE-ERNST
23  BUFE,

24               Defendants.

25

26

27

28

STIP. AND [PROPOSED] ORDER RE                          CASE NO. CV 09-5473-RS
RESP. DATE AND BRIEFING SCHEDULE
289408

WHEREAS, on June 28, 2010, the Court endorsed the parties proposed schedule regarding deadlines for filing a response to the consolidated complaint;

WHEREAS, the June 28, 2010 schedule provided that defendants would file their responses to the consolidated complaint on or before July 29, 2010 and, if any of those responses were a motion, plaintiffs would file an opposition on September 15, 2010, defendants would file any reply on October 14, 2010, and a hearing would be held on November 4, 2010;

WHEREAS, the parties have met and conferred and have agreed as a matter of professional courtesy to extend all briefing dates by one week, subject to the Court's approval, which extension will not affect the hearing schedule;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as follows:

1.      Defendants shall respond to the consolidated complaint on or before August 5, 2010;

2.      In the event any of the defendants respond to the consolidated complaint by motion, lead plaintiffs' opposition to such motion shall be filed on or before September 22, 2010;

3.      Defendants shall file any reply papers on or before October 21, 2010; and

4.      In the event any of the defendants respond to the consolidated complaint by motion, the date for hearing any such motions shall remain November 4, 2010 at 1:30 p.m., or at such time thereafter that is convenient to the Court, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

Dated:  July 26, 2010                          SHEARMAN & STERLING LLP

                                               /s/ Stephen D. Hibbard
                                               STEPHEN D. HIBBARD (State Bar No. 177865)
                                               SEAN T. STRAUSS (State Bar No. 245811)
                                               525 Market Street
                                               San Francisco, CA 94105
                                               Tel:  (415) 616-1100
                                               Fax:  (415) 616-1199
                                               shibbard@shearman.com
                                               sean.strauss@shearman.com

                                               *Attorneys for Defendants Deutsche Bank Securities*
                                               *Inc., Credit Suisse Securities (USA) LLC, Lazard*
                                               *Capital Markets LLC, Barclays Capital Inc., Piper*

1   |   *Jaffray & Co., Wachovia Capital Markets, LLC n/k/a*
2   |   *Wells Fargo Securities, LLC, and SL Hare Capital, Inc.*

3

Dated: July 26, 2010          MORRISON & FOERSTER LLP

4

5                             /s/ Jordan Eth
                              JORDAN ETH (Bar No. 121617)
6                             JUDSON LOBDELL (Bar No. 146041)
                              425 Market Street
7                             San Francisco, CA 94105
                              Tel: (415) 268-7000
8                             Fax: (415) 268-7522
                              JEth@mofo.com
9                             JLobdell@mofo.com

10                            *Counsel for Defendants SunPower Corporation,*
11                            *Thomas H. Werner, Dennis V. Arriola, Emmanuel*
                              *T. Hernandez, T.J. Rodgers, W. Steve Albrecht,*
12                            *Betsy S. Atkins, Patrick Wood, III and Uwe-Ernst*
                              *Bufe*
13

14
Dated: July 26, 2010          BARROWAY TOPAZ KESSLER
15                                 MELTZER & CHECK LLP

16                            /s/ Erik D. Peterson
                              RAMZI ABADOU (Bar No. 222567)
17                            NICHOLE BROWNING (Bar No. 251937)
                              STACEY KAPLAN (Bar No. 241989)
18                            ERIK D. PETERSON (Bar No. 257098)
                              580 California Street, Suite 1750
19                            San Francisco, CA 94104
                              Tel: (415) 400-3000
20                            Fax: (415) 400-3001
                              rabadou@btkmc.com
21                            nbrowning@btkmc.com
                              skaplan@btkmc.com
22                            epeterson@btkmc.com
23

24                            *Counsel for Lead Plaintiffs Arkansas Teacher*
                              *Retirement System, Första-AP Fonden, Danske Invest*
25                            *Management A/S, and Bobby J. Reynolds*

26

27

28

---

STIP. AND [~~PROPOSED~~] ORDER RE          2          CASE NO. CV 09-5473-RS
RESP. DATE AND BRIEFING SCHEDULE

289408

1    Dated: July 26, 2010

BERNSTEIN LITOWITZ BERGER
     & GROSSMANN LLP

2

3    /s/ David R. Stickney
DAVID R. STICKNEY (Bar No. 188574)

4    BENJAMIN GALDSTON (Bar No. 211114)
12481 High Bluff Drive, Suite 300

5    San Diego, CA 92130
Tel: (858) 793-0070

6    Fax: (858) 793-0323
davids@blbglaw.com

7    beng@blbglaw.com

8

9    *Counsel for Lead Plaintiffs Arkansas Teacher*
*Retirement System, Första-AP Fonden, Danske Invest*

10   *Management A/S, and Bobby J. Reynolds*

11   Dated: July 26, 2010

KAPLAN FOX & KILSHEIMER LLP

12

13   /s/ Joel B. Strauss
FREDERIC S. FOX (pro hac vice)

14   JOEL B. STRAUSS (pro hac vice)
DONALD R. HALL (pro hac vice)

15   850 Third Avenue, 14th Floor
New York, NY 10022

16   Tel: (212) 687-1980
Fax: (212) 687-7714

17   ffox@kaplanfox.com
jstrauss@kaplanfox.com

18   dhall@kaplanfox.com

19   -and-

20

21   LAURENCE D. KING (Bar No. 206423)
MARIO M. CHOI (Bar No. 243409)

22   350 Sansome Street, Suite 400
San Francisco, CA 94104

23   Tel: (415) 772-4700
Fax: (415) 772-4707

24   lking@kaplanfox.com
mchoi@kaplanfox.com

25

26   *Counsel for Lead Plaintiffs Arkansas Teacher*
*Retirement System, Första-AP Fonden, Danske Invest*

27   *Management A/S, and Bobby J. Reynolds*

28

STIP. AND [~~PROPOSED~~] ORDER RE       3       CASE NO. CV 09-5473-RS
RESP. DATE AND BRIEFING SCHEDULE

289408

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    Dated: _____7/26/10_____

4                                                    _____
                                                     HONORABLE RICHARD SEEBORG
5                                                    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28