BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
DAVID R. STICKNEY   (Bar No. 188574)
BENJAMIN GALDSTON   (Bar No. 211114)
DAVID R. KAPLAN   (Bar No. 230144)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:   (858) 793-0323
davids@blbglaw.com
beng@blbglaw.com
davidk@blbglaw.com

KAPLAN FOX & KILSHEIMER LLP
FREDERIC S. FOX   (*pro hac vice*)
JOEL B. STRAUSS   (*pro hac vice*)
DONALD R. HALL   (*pro hac vice*)
850 Third Avenue, 14th Floor
New York, NY 10022
Tel:    (212) 687-1980
Fax:   (212) 687-7714
ffox@kaplanfox.com

BARROWAY TOPAZ KESSLER
    MELTZER & CHECK, LLP
RAMZI ABADOU   (Bar No. 222567)
NICHOLE BROWNING   (Bar No. 251937)
STACEY KAPLAN   (Bar No. 241989)
ERIK D. PETERSON   (Bar No. 257098)
580 California Street, Suite 1750
San Francisco, CA 94104
Tel:    (415) 400-3000
Fax:   (415) 400-3001
rabadou@btkmc.com
nbrowning@btkmc.com
skaplan@btkmc.com
epeterson@btkmc.com
jstrauss@kaplanfox.com
dhall@kaplanfox.com

*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden and Danske Invest Management A/S*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRY W. PLICHTA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNPOWER CORPORATION, THOMAS H. WERNER, DENNIS V. ARRIOLA, EMMANUEL T. HERNANDEZ, DEUTSCHE BANK SECURITIES INC., CREDIT SUISSE SECURITIES (USA) LLC, LAZARD CAPITAL MARKETS LLC, BARCLAYS CAPITAL INC, PIPER JAFFRAY & CO., WACHOVIA CAPITAL MARKETS, LLC n/k/a WELLS FARGO SECURITIES, LLC, SL HARE CAPITAL, INC., T.J. RODGERS, W. STEVE ALBRECHT, BETSY S. ATKINS, PATRICK WOOD, III & UWE-ERNST BUFE<br><br>Defendants. | Case No. CV 09-5473-RS<br>**(Consolidated)**<br><br>**CLASS ACTION**<br><br>STIPULATION AND [PROPOSED] ORDER GRANTING LEAD PLAINTIFFS LEAVE TO FILE A SINGLE BRIEF OF UP TO 35 PAGES IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS |

WHEREAS, on May 28, 2010, Lead Plaintiffs, Arkansas Teacher Retirement System, Första-AP Fonden and Danske Investment Management A/S (collectively, "Lead Plaintiffs"), filed the Consolidated Class Action Complaint For Violation of the Federal Securities Laws [Dkt. #92] (the "Consolidated Complaint");

WHEREAS, on August 5, 2010, Defendants SunPower Corporation, Thomas H. Werner, Dennis V. Arriola, Emmanuel T. Hernandez, T.J. Rodgers, W. Steve Albrecht, Betsy S. Atkins, Patrick Wood, III, and Uwe-Ernst Bufe (the "SunPower Defendants") filed a Motion to Dismiss the Consolidated Complaint [Dkt. #122];

WHEREAS, on August 5, 2010, Defendants Deutsche Bank Securities Inc., Credit Suisse Securities (USA) LLC, Lazard Capital Markets LLC, Barclays Capital Inc., Piper Jaffray & Co., Wachovia Capital Markets, LLC n/k/a Wells Fargo Securities, LLC, and SL Hare Capital, Inc. (the "Underwriter Defendants") filed a Motion to Dismiss the Consolidated Complaint [Dkt. #112];

WHEREAS, Local Rule 7-3(a) governs page limits for motions and permits Lead Plaintiffs to file separate opposition briefs of 25 pages each, totaling 50 pages;

WHEREAS, rather than file separate opposition briefs of up to 50 pages, Lead Plaintiffs request leave to file a single opposition brief of up to 35 pages;

WHEREAS, Lead Plaintiffs respectfully submit that a single brief will avoid duplication and conserve the resources of the Court and the parties;

WHEREAS, Defendants do not oppose Lead Plaintiff's request to file a single brief of up to 35 pages in opposition to Defendants' motions to dismiss the Consolidated Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as follows:

1.) Lead Plaintiffs may file a single brief of up to 35 pages in opposition to Defendants' motions to dismiss the Consolidated Complaint.

////

////

////

| | |
|---|---|
| Dated: August 17, 2010 | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |

          */s/ David R. Stickney*
DAVID R. STICKNEY (Bar No. 188574)
BENJAMIN GALDSTON (Bar No. 211114)
DAVID R. KAPLAN (Bar No. 230144)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:   (858) 793-0323
davids@blbglaw.com
beng@blbglaw.com
davidk@blbglaw.com

*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden and Danske Invest Management A/S*

| | |
|---|---|
| Dated: August 17, 2010 | BARROWAY TOPAZ KESSLER MELTZER & CHECK LLP |

          */s/ Ramzi Abadou*
RAMZI ABADOU (Bar No. 222567)
NICHOLE BROWNING (Bar No. 251937)
STACEY KAPLAN (Bar No. 241989)
ERIK D. PETERSON (Bar No. 257098)
580 California Street, Suite 1750
San Francisco, CA 94104
Tel:    (415) 400-3000
Fax:   (415) 400-3001
rabadou@btkmc.com
nbrowning@btkmc.com
skaplan@btkmc.com
epeterson@btkmc.com

*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden and Danske Invest Management A/S*

1   Dated: August 17, 2010            KAPLAN FOX & KILSHEIMER LLP

2

3                                    _/s/ Frederick S. Fox_

4                                 FREDERIC S. FOX (*pro hac vice*)
                                  JOEL B. STRAUSS (*pro hac vice*)

5                                   DONALD R. HALL (*pro hac vice*)
                                  850 Third Avenue, 14th Floor

6                                   New York, NY 10022
                                  Tel:    (212) 687-1980

7                                   Fax:   (212) 687-7714
                                  ffox@kaplanfox.com
                                  jstrauss@kaplanfox.com

8                                   dhall@kaplanfox.com

9                                   -and-

10                                 LAURENCE D. KING (Bar No. 206423)
                               MARIO M. CHOI (Bar No. 243409)

11                                350 Sansome Street, Suite 400
                               San Francisco, CA 94104

12                                Tel:    (415) 772-4700
                               Fax:   (415) 772-4707

13                                lking@kaplanfox.com
                               mchoi@kaplanfox.com

14

15                                *Attorneys for Lead Plaintiffs Arkansas Teacher*
                               *Retirement System, Första-AP Fonden and*

16                                *Danske Invest Management A/S*

17

18
   Dated: August 17, 2010            MORRISON & FOERSTER LLP

19

20

21                                    _/s/ Jordan Eth_
                               JORDAN ETH (Bar No.121617)

22                                JUDSON LOBDELL (Bar No. 146041)
                               425 Market Street

23                                San Francisco, CA 94105
                               Tel:    (415) 268-7000

24                                Fax:   (415) 268-7522
                               JEth@mofo.com

25                                JLobdell@mofo.com

26                                *Attorneys for Defendants SunPower Corporation,*
                               *Thomas H. Werner, Dennis V. Arriola, Emmanuel T.*

27                                *Hernandez, T.J. Roberts, W. Steve Albrecht, Betsy S.*
                               *Atkins, Patrick Wood, III and Uwe-Ernst Bufe*

28

STIP. AND [PROPOSED] ORDER RE OPP. BRIEF
Case No. 09-cv-05473-RS

1

2  Dated: August 17, 2010            SHEARMAN & STERLING LLP

3

4                                            */s/ Stephen D. Hibbard*
                                      STEPHEN D. HIBBARD (Bar No.177865)
5                                     SEAN T. STRAUSS (Bar No. 245811)
                                      525 Market Street
6                                     San Francisco, CA 94105
                                      Tel:   (415) 616-1100
7                                     Fax:   (415) 616-1199
                                      shibbard@shearman.com
8                                     sean.strauss@shearman.com

9                                     *Attorneys for Defendants Deutsche Bank Securities Inc.,
                                      Credit Suisse Securities (USA) LLC, Lazard Capital*
10                                    *Markets LLC, Barclays Capital Inc., Piper Jaffray & Co.,
                                      Wachovia Capital Markets, LLC n/k/a Wells Fargo*
11                                    *Securities, LLC, and SL Hare Capital, Inc.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: _____, 2010            _____
                                          HONORABLE RICHARD SEEBORG
4                                         UNITED STATES DISTRICT JUDGE

STIP. AND [PROPOSED] ORDER RE OPP. BRIEF
Case No. 09-cv-05473-RS