*E-Filed 8/24/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY W. PLICHTA, Individually and on Behalf of All Others Similarly Situated,<br><br>                                                Plaintiff,<br><br>         v.<br><br>SUNPOWER CORPORATION, THOMAS H. WERNER, DENNIS V. ARRIOLA, EMMANUEL T. HERNANDEZ, DEUTSCHE BANK SECURITIES INC., CREDIT SUISSE SECURITIES (USA) LLC, LAZARD CAPITAL MARKETS LLC, BARCLAYS CAPITAL INC, PIPER JAFFRAY & CO., WACHOVIA CAPITAL MARKETS, LLC n/k/a/ WELLS FARGO SECURITIES, LLC, SL HARE CAPITAL, INC., T.J. RODGERS, W. STEVE ALBRECHT, BETSY S. ATKINS, PATRICK WOOD, III and UWE-ERNST BUFE,<br><br>                                                Defendants. | No. 3:09-CV-05473-RS<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER EFFECTING CONSENT WITHDRAWAL |

010152-11  388552 V1

1   The Court has reviewed the motion of Motley Rice LLC, counsel for former lead plaintiff

2   movant Universal-Investment-Gesellschaft mbH, for an Order granting their withdrawal from the

3   above-captioned case.  Given that the Court has denied movant Universal-Investment-Gesellschaft

4   mbH's motion to be appointed lead plaintiff, and that the class will continue to be represented by

5   Court-appointed lead counsel Bernstein Litowitz Berger & Grossmann LLP, Barroway Topaz

6   Kessler Meltzer & Check LLP and Kaplan Fox & Kilsheimer LLP, the Court hereby Grants the

7   motion.

8   IT IS SO ORDERED.

9   DATED: _ 8/23/10 _____

10

11  THE HONORABLE JUDGE RICHARD SEEBORG
    UNITED STATES DISTRICT JUDGE

12  Submitted by:

13  Dated:  August 19, 2010

14  HAGENS BERMAN SOBOL SHAPIRO LLP

15

16  _____/s/ Reed R. Kathrein_____
    REED R. KATHREIN

17  Peter E. Borkon (212596)
    715 Hearst Ave., Suite 202
18  Berkeley, CA  94710
    Telephone: (510) 725-3000
19  Facsimile:  (510) 725-3001
    reed@hbsslaw.com
20  peterb@hbsslaw.com

21  Joseph F. Rice
    James M. Hughes
22  William S. Norton
    MOTLEY RICE LLC
23  28 Bridgeside Blvd.
    Mount Pleasant, SC  29464
24  Telephone: (843) 216-9000
    Facsimile:  (843) 216-9440
25  jrice@motleyrice.com
    jhughes@motleyrice.com
26  bnorton@motleyrice.com

27

28
    [PROPOSED] ORDER EFFECTING CONSENT
    WITHDRAWAL – 3:09-CV-05473-RS       - 1 -

    010152-11 388552 V1