BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
DAVID R. STICKNEY   (Bar No. 188574)
BENJAMIN GALDSTON   (Bar No. 211114)
DAVID R. KAPLAN   (Bar No. 230144)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323
davids@blbglaw.com
beng@blbglaw.com
davidk@blbglaw.com

KAPLAN FOX & KILSHEIMER LLP
FREDERIC S. FOX   (*pro hac vice*)
JOEL B. STRAUSS   (*pro hac vice*)
DONALD R. HALL   (*pro hac vice*)
850 Third Avenue, 14th Floor
New York, NY 10022
Tel:    (212) 687-1980
Fax:    (212) 687-7714
ffox@kaplanfox.com

BARROWAY TOPAZ KESSLER
    MELTZER & CHECK, LLP
RAMZI ABADOU   (Bar No. 222567)
NICHOLE BROWNING   (Bar No. 251937)
STACEY KAPLAN   (Bar No. 241989)
ERIK D. PETERSON   (Bar No. 257098)
580 California Street, Suite 1750
San Francisco, CA 94104
Tel:    (415) 400-3000
Fax:    (415) 400-3001
rabadou@btkmc.com
nbrowning@btkmc.com
skaplan@btkmc.com
epeterson@btkmc.com
jstrauss@kaplanfox.com
dhall@kaplanfox.com

*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden and Danske Invest Management A/S*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRY W. PLICHTA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNPOWER CORPORATION, THOMAS H. WERNER, DENNIS V. ARRIOLA, EMMANUEL T. HERNANDEZ, DEUTSCHE BANK SECURITIES INC., CREDIT SUISSE SECURITIES (USA) LLC, LAZARD CAPITAL MARKETS LLC, BARCLAYS CAPITAL INC, PIPER JAFFRAY & CO., WACHOVIA CAPITAL MARKETS, LLC n/k/a WELLS FARGO SECURITIES, LLC, SL HARE CAPITAL, INC., T.J. RODGERS, W. STEVE ALBRECHT, BETSY S. ATKINS, PATRICK WOOD, III & UWE-ERNST BUFE<br><br>Defendants. | Case No. CV 09-5473-RS<br>**(Consolidated)**<br><br>**CLASS ACTION**<br><br>STIPULATION AND [PROPOSED] ORDER GRANTING LEAD PLAINTIFFS LEAVE TO FILE A SINGLE BRIEF OF UP TO 35 PAGES IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS |

1  WHEREAS, on May 28, 2010, Lead Plaintiffs, Arkansas Teacher Retirement System, Första-AP Fonden and Danske Investment Management A/S (collectively, "Lead Plaintiffs"), filed the Consolidated Class Action Complaint For Violation of the Federal Securities Laws [Dkt. #92] (the "Consolidated Complaint");

WHEREAS, on August 5, 2010, Defendants SunPower Corporation, Thomas H. Werner, Dennis V. Arriola, Emmanuel T. Hernandez, T.J. Rodgers, W. Steve Albrecht, Betsy S. Atkins, Patrick Wood, III, and Uwe-Ernst Bufe (the "SunPower Defendants") filed a Motion to Dismiss the Consolidated Complaint [Dkt. #122];

WHEREAS, on August 5, 2010, Defendants Deutsche Bank Securities Inc., Credit Suisse Securities (USA) LLC, Lazard Capital Markets LLC, Barclays Capital Inc., Piper Jaffray & Co., Wachovia Capital Markets, LLC n/k/a Wells Fargo Securities, LLC, and SL Hare Capital, Inc. (the "Underwriter Defendants") filed a Motion to Dismiss the Consolidated Complaint [Dkt. #112];

WHEREAS, Local Rule 7-3(a) governs page limits for motions and permits Lead Plaintiffs to file separate opposition briefs of 25 pages each, totaling 50 pages;

WHEREAS, rather than file separate opposition briefs of up to 50 pages, Lead Plaintiffs request leave to file a single opposition brief of up to 35 pages;

WHEREAS, Lead Plaintiffs respectfully submit that a single brief will avoid duplication and conserve the resources of the Court and the parties;

WHEREAS, Defendants do not oppose Lead Plaintiff's request to file a single brief of up to 35 pages in opposition to Defendants' motions to dismiss the Consolidated Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as follows:

1.)  Lead Plaintiffs may file a single brief of up to 35 pages in opposition to Defendants' motions to dismiss the Consolidated Complaint.

////

////

////

---

1

STIP. AND [PROPOSED] ORDER RE OPP. BRIEF
Case No. 09-cv-05473-RS

| | | |
|---|---|---|
| 1 | Dated: August 17, 2010 | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |

*/s/ David R. Stickney*
———————————————————
DAVID R. STICKNEY (Bar No. 188574)
BENJAMIN GALDSTON (Bar No. 211114)
DAVID R. KAPLAN (Bar No. 230144)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
davids@blbglaw.com
beng@blbglaw.com
davidk@blbglaw.com

*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden and Danske Invest Management A/S*

Dated: August 17, 2010                      BARROWAY TOPAZ KESSLER
                                             MELTZER & CHECK LLP

*/s/ Ramzi Abadou*
———————————————————
RAMZI ABADOU (Bar No. 222567)
NICHOLE BROWNING (Bar No. 251937)
STACEY KAPLAN (Bar No. 241989)
ERIK D. PETERSON (Bar No. 257098)
580 California Street, Suite 1750
San Francisco, CA 94104
Tel:   (415) 400-3000
Fax:   (415) 400-3001
rabadou@btkmc.com
nbrowning@btkmc.com
skaplan@btkmc.com
epeterson@btkmc.com

*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden and Danske Invest Management A/S*

Dated: August 17, 2010                    KAPLAN FOX & KILSHEIMER LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Frederick S. Fox*
　　　　　　　　　　　　　　　　　　　　FREDERIC S. FOX (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　JOEL B. STRAUSS (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　DONALD R. HALL (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　850 Third Avenue, 14th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　Tel:   (212) 687-1980
　　　　　　　　　　　　　　　　　　　　Fax:   (212) 687-7714
　　　　　　　　　　　　　　　　　　　　ffox@kaplanfox.com
　　　　　　　　　　　　　　　　　　　　jstrauss@kaplanfox.com
　　　　　　　　　　　　　　　　　　　　dhall@kaplanfox.com

　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　　LAURENCE D. KING (Bar No. 206423)
　　　　　　　　　　　　　　　　　　　　MARIO M. CHOI (Bar No. 243409)
　　　　　　　　　　　　　　　　　　　　350 Sansome Street, Suite 400
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　　　　　　　　　Tel:   (415) 772-4700
　　　　　　　　　　　　　　　　　　　　Fax:   (415) 772-4707
　　　　　　　　　　　　　　　　　　　　lking@kaplanfox.com
　　　　　　　　　　　　　　　　　　　　mchoi@kaplanfox.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden and Danske Invest Management A/S*

Dated: August 17, 2010                    MORRISON & FOERSTER LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Jordan Eth*
　　　　　　　　　　　　　　　　　　　　JORDAN ETH (Bar No.121617)
　　　　　　　　　　　　　　　　　　　　JUDSON LOBDELL (Bar No. 146041)
　　　　　　　　　　　　　　　　　　　　425 Market Street
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94105
　　　　　　　　　　　　　　　　　　　　Tel:   (415) 268-7000
　　　　　　　　　　　　　　　　　　　　Fax:   (415) 268-7522
　　　　　　　　　　　　　　　　　　　　JEth@mofo.com
　　　　　　　　　　　　　　　　　　　　JLobdell@mofo.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants SunPower Corporation, Thomas H. Werner, Dennis V. Arriola, Emmanuel T. Hernandez, T.J. Roberts, W. Steve Albrecht, Betsy S. Atkins, Patrick Wood, III and Uwe-Ernst Bufe*

1

2  Dated:  August 17, 2010                SHEARMAN & STERLING LLP

3

4                                              */s/ Stephen D. Hibbard*
   STEPHEN D. HIBBARD (Bar No.177865)
5  SEAN T. STRAUSS (Bar No. 245811)
   525 Market Street
6  San Francisco, CA 94105
   Tel:    (415) 616-1100
7  Fax:   (415) 616-1199
   shibbard@shearman.com
8  sean.strauss@shearman.com

9  *Attorneys for Defendants Deutsche Bank Securities Inc.,
   Credit Suisse Securities (USA) LLC, Lazard Capital*
10 *Markets LLC, Barclays Capital Inc., Piper Jaffray & Co.,
   Wachovia Capital Markets, LLC n/k/a Wells Fargo*
11 *Securities, LLC, and SL Hare Capital, Inc.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4

STIP. AND [PROPOSED] ORDER RE OPP. BRIEF
Case No. 09-cv-05473-RS

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 | Dated: __8/24_____, 2010            _____
4 |                                      HONORABLE RICHARD SEEBORG
                                         UNITED STATES DISTRICT JUDGE