*E-Filed 9/23/10*

1  JORDAN ETH (CA SBN 121617)
   JEth@mofo.com
2  JUDSON E. LOBDELL (CA SBN 146041)
   JLobdell@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:  415.268.7000
5  Facsimile:  415.268.7522

6  Attorneys for Defendants
   SUNPOWER CORPORATION, THOMAS H.
7  WERNER, DENNIS V. ARRIOLA, EMMANUEL
   T. HERNANDEZ, W. STEVE ALBRECHT,
8  BETSY S. ATKINS, UWE-ERNST BUFE, T.J.
   RODGERS, AND PATRICK WOOD, III

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRY W. PLICHTA, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>        v.<br><br>SUNPOWER CORPORATION, THOMAS H. WERNER, DENNIS V. ARRIOLA, EMMANUEL T. HERNANDEZ, DEUTSCHE BANK SECURITIES INC., CREDIT SUISSE SECURITIES (USA) LLC, LAZARD CAPITAL MARKETS LLC, BARCLAYS CAPITAL INC, PIPER JAFFRAY & CO., WACHOVIA CAPITAL MARKETS, LLC N/K/A WELLS FARGO SECURITIES, LLC, SL HARE CAPITAL, INC., T.J. RODGERS, W. STEVE ALBRECHT, BETSY S. ATKINS, PATRICK WOOD, III & UWE-ERNST BUFE<br><br>               Defendants. | Case No. CV 09-5473-RS (Consolidated)<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. CV 09 5473 RS

1

1  WHEREAS, the above-captioned action is a securities class action lawsuit, governed by
2  the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737;
3  WHEREAS, on May 28, 2010, Lead Plaintiffs Arkansas Teacher Retirement System,
4  Första-AP Fonden, and Danske Investment Management A/S (collectively, "Lead Plaintiffs"),
5  filed the Consolidated Class Action Complaint for Violation of the Federal Securities Laws
6  [Dkt. No. 92] (the "Consolidated Complaint");
7  WHEREAS, on August 5, 2010, Defendants filed motions to dismiss the Consolidated
8  Complaint [Dkt. Nos. 112, 122];
9  WHEREAS, Lead Plaintiffs are scheduled to file an opposition to the motions to dismiss
10  on or before September 22, 2010;
11  WHEREAS, by Court order entered on June 28, 2010 [Dkt. No. 109], a case
12  management conference in these actions is currently scheduled for October 7, 2010;
13  WHEREAS, Defendants are scheduled to file replies in support of their motions to
14  dismiss on or before October 21, 2010;
15  WHEREAS, the motions to dismiss are scheduled to be heard by the Court on
16  November 4, 2010;
17  WHEREAS, it would conserve judicial and party resources to hold the case management
18  conference in this action after the motions to dismiss are decided;
19  IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as
20  follows:
21  (1)  The case management conference currently scheduled for October 7, 2010, shall
22  be rescheduled to January 13, 2011, at 10:00 a.m., or at such time thereafter that is convenient to
23  the Court, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San
24  Francisco, California; and
25  (2)  The parties shall file a Joint Case Management Conference Statement one week
26  prior to the conference.
27  ///
28

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. CV 09 5473 RS                                                                                   2

| | | |
|---|---|---|
| 1 | Dated: September 20, 2010 | JORDAN ETH |
| 2 | | JUDSON LOBDELL |
| | | MORRISON & FOERSTER LLP |

Dated: September 20, 2010

JORDAN ETH
JUDSON LOBDELL
MORRISON & FOERSTER LLP

By:    /s/ Judson Lobdell
       JUDSON LOBDELL

*Attorneys for Defendants SunPower Corporation, Thomas H. Werner, Dennis V. Arriola, Emmanuel T. Hernandez, W. Steve Albrecht, Betsy S. Atkins, Uwe-Ernst Bufe, T.J. Rodgers, and Patrick Wood, III*

Dated: September 20, 2010

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
DAVID R. STICKNEY (Bar No. 188574)
BENJAMIN GALDSTON (Bar No. 211114)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130

By:    /s/ David R. Stickney
       DAVID R. STICKNEY

*Counsel for Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden, and Danske Invest Management A/S*

Dated: September 20, 2010

BARROWAY TOPAZ KESSLER MELTZER &
CHECK, LLP
RAMZI ABADOU (Bar No. 222567)
NICHOLE BROWNING (Bar No. 251937)
STACEY KAPLAN (Bar No. 241989)
ERIK D. PETERSON (Bar No. 257098)
580 California Street, Suite 1750
San Francisco, CA 94104

By:    /s/ Ramzi Abadou
       RAMZI ABADOU

*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden, and Danske Invest Management A/S*

| | | |
|---|---|---|
| 1 | Dated: September 20, 2010 | KAPLAN FOX & KILSHEIMER LLP |
| 2 | | FREDERIC S. FOX (*pro hac vice*) |
| | | JOEL B. STRAUSS (*pro hac vice*) |
| 3 | | DONALD R. HALL (*pro hac vice*) |
| | | 850 Third Avenue, 14th Floor |
| 4 | | New York, NY 10022 |
| | | -and- |
| 5 | | LAURENCE D. KING (Bar No. 206423) |
| | | MARIO M. CHOI (Bar No. 243409) |
| 6 | | 350 Sansome Street, Suite 400 |
| 7 | | San Francisco, CA 94104 |

By: _____/s/ Joel B. Strauss_____
JOEL B. STRAUSS

*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden, and Danske Invest Management A/S*

Dated: September 20, 2010

SHEARMAN & STERLING LLP
STEPHEN D. HIBBARD (Bar No.177865)
SEAN T. STRAUSS (Bar No. 245811)
525 Market Street
San Francisco, CA 94105

By: _____/s/ Stephen D. Hibbard_____
STEPHEN D. HIBBARD

*Attorneys for Defendants Deutsche Bank Securities Inc., Credit Suisse Securities (USA) LLC, Lazard Capital Markets LLC, Barclays Capital Inc., Piper Jaffray & Co., Wachovia Capital Markets, LLC n/k/a Wells Fargo Securities, LLC, and SL Hare Capital, Inc.*

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

3   Dated: September _22_, 2010        _____
                                       HONORABLE RICHARD SEEBORG
                                       UNITED STATES DISTRICT JUDGE