BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
DAVID R. STICKNEY   (Bar No. 188574)
BENJAMIN GALDSTON   (Bar No. 211114)
DAVID R. KAPLAN   (Bar No. 230144)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:     (858) 793-0070
Fax:    (858) 793-0323
davids@blbglaw.com
beng@blbglaw.com
davidk@blbglaw.com

BARROWAY TOPAZ KESSLER
  MELTZER & CHECK, LLP
RAMZI ABADOU   (Bar No. 222567)
STACEY KAPLAN   (Bar No. 241989)
ERIK D. PETERSON   (Bar No. 257098)
580 California Street, Suite 1750
San Francisco, CA 94104
Tel:     (415) 400-3000
Fax:    (415) 400-3001
rabadou@btkmc.com
nbrowning@btkmc.com
skaplan@btkmc.com
epeterson@btkmc.com

KAPLAN FOX & KILSHEIMER LLP
LAURENCE D. KING   (Bar No. 206423)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel:    (415) 772-4700
Fax:   (415) 772-4707
lking@kaplanfox.com

*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden and Danske Invest Management A/S*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRY W. PLICHTA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNPOWER CORPORATION, THOMAS H. WERNER, DENNIS V. ARRIOLA, EMMANUEL T. HERNANDEZ, DEUTSCHE BANK SECURITIES INC., CREDIT SUISSE SECURITIES (USA) LLC, LAZARD CAPITAL MARKETS LLC, BARCLAYS CAPITAL INC., PIPER JAFFRAY & CO., WACHOVIA CAPITAL MARKETS, LLC n/k/a WELLS FARGO SECURITIES, LLC, SL HARE CAPITAL, INC., T.J. RODGERS, W. STEVE ALBRECHT, BETSY S. ATKINS, PATRICK WOOD, III & UWE-ERNST BUFE,<br><br>Defendants. | Case No. CV 09-5473-RS<br>**(Consolidated)**<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1   WHEREAS, the above-captioned action is a securities class action lawsuit, governed by
2   the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737;

3   WHEREAS, on May 28, 2010, Lead Plaintiffs Arkansas Teacher Retirement System,
4   Första-AP Fonden, and Danske Invest Management A/S (collectively, "Lead Plaintiffs"), filed
5   the Consolidated Class Action Complaint for Violation of the Federal Securities Laws [ECF No.
6   92] (the "Consolidated Complaint");

7   WHEREAS, on August 5, 2010, Defendants filed motions to dismiss the Consolidated
8   Complaint [ECF Nos. 112, 122]; on September 22, 2010, Lead Plaintiffs filed an opposition to
9   Defendants' motions to dismiss [ECF No. 136]; on October 21, 2010, Defendants filed replies in
10  support of their motions to dismiss [ECF Nos. 139, 140]; on November 4, 2010, the Court heard
11  oral argument on the motions to dismiss [ECF No. 142]; and Defendants' motions are currently
12  *sub judice*;

13  WHEREAS, by Order entered on September 20, 2010 [ECF No. 135], a case
14  management conference in this action is currently scheduled for January 13, 2011;

15  WHEREAS, it would conserve judicial and party resources to hold the case management
16  conference in this action after the Court has decided the motions to dismiss;

17  IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as
18  follows:

19  (1)   The case management conference currently scheduled for January 13, 2011, shall
20  be rescheduled to March 10, 2011, at 10:00 a.m., or at such time thereafter that is convenient to
21  the Court, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San
22  Francisco, California; and

23  (2)   The parties shall file a Joint Case Management Conference Statement one week
24  prior to the conference.

25  Dated:  January 4, 2011                    Respectfully submitted,

26                                             BERNSTEIN LITOWITZ BERGER
                                                 & GROSSMANN LLP
27
                                                 *s/ David R. Stickney*
28                                             DAVID R. STICKNEY

DAVID R. STICKNEY
BENJAMIN GALDSTON
DAVID R. KAPLAN
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:     (858) 793-0070
Fax:     (858) 793-0323


BARROWAY TOPAZ KESSLER
   MELTZER & CHECK LLP

By:     *s/ Ramzi Abadou*
          RAMZI ABADOU

RAMZI ABADOU
STACEY KAPLAN
ERIK D. PETERSON
580 California Street, Suite 1750
San Francisco, CA 94104
Tel:     (415) 400-3000
Fax:     (415) 400-3001


KAPLAN FOX & KILSHEIMER LLP

By:     *s/ Laurence D. King*
          LAURENCE D. KING

LAURENCE D. KING
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel:     (415) 772-4700
Fax:     (415) 772-4707
lking@kaplanfox.com

-and-

FREDERIC S. FOX
JOEL B. STRAUSS
DONALD R. HALL
850 Third Avenue, 14th Floor
New York, NY 10022
Tel:     (212) 687-1980
Fax:     (212) 687-7714


*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden and Danske Invest Management A/S*

---

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE        -2-
Case No. CV 09-5473-RS

MORRISON & FOERSTER LLP

By:   *s/ Judson Lobdell*
      JUDSON LOBDELL

JORDAN ETH
JUDSON LOBDELL
425 Market Street
San Francisco, CA 94105
Tel:   (415) 268-7000
Fax:   (415) 268-7522

*Attorneys for Defendants SunPower Corporation, Thomas H. Werner, Dennis V. Arriola, Emmanuel T. Hernandez, W. Steve Albrecht, Betsy S. Atkins, Uwe-Ernst Bufe, T.J. Rodgers, and Patrick Wood, III*

SHEARMAN & STERLING LLP

By:   *s/ Stephen D. Hibbard*
      STEPHEN D. HIBBARD

STEPHEN D. HIBBARD
SEAN T. STRAUSS
525 Market Street
San Francisco, CA 94105
Tel:   (415) 616-1100
Fax:   (415) 616-1199

*Attorneys for Defendants Deutsche Bank Securities Inc., Credit Suisse Securities (USA) LLC, Lazard Capital Markets LLC, Barclays Capital Inc., Piper Jaffray & Co., Wachovia Capital Markets, LLC n/k/a Wells Fargo Securities, LLC, and SL Hare Capital, Inc.*

---

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE     -3-
Case No. CV 09-5473-RS

**CERTIFICATION UNDER GENERAL ORDER NO. 45**

I, David R. Stickney, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Case Management Conference.  In compliance with General order No. 45, X.B., I attest that Ramzi Abadou, Laurence D. King, Judson Lobdell and Stephen D. Hibbard have concurred in this filing.

Dated:  January 4, 2011

*s/ David R. Stickney*
DAVID R. STICKNEY

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  1/4, 2011

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE