BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
DAVID R. STICKNEY   (Bar No. 188574)
BENJAMIN GALDSTON   (Bar No. 211114)
DAVID R. KAPLAN   (Bar No. 230144)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
davids@blbglaw.com
beng@blbglaw.com
davidk@blbglaw.com

BARROWAY TOPAZ KESSLER
    MELTZER & CHECK, LLP
RAMZI ABADOU   (Bar No. 222567)
STACEY KAPLAN   (Bar No. 241989)
ERIK D. PETERSON   (Bar No. 257098)
580 California Street, Suite 1750
San Francisco, CA 94104
Tel:   (415) 400-3000
Fax:   (415) 400-3001
rabadou@btkmc.com
skaplan@btkmc.com
epeterson@btkmc.com

KAPLAN FOX & KILSHEIMER LLP
LAURENCE D. KING   (Bar No. 206423)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel:   (415) 772-4700
Fax:   (415) 772-4707
lking@kaplanfox.com

*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden and Danske Invest Management A/S*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRY W. PLICHTA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNPOWER CORPORATION, THOMAS H. WERNER, DENNIS V. ARRIOLA, EMMANUEL T. HERNANDEZ, DEUTSCHE BANK SECURITIES INC., CREDIT SUISSE SECURITIES (USA) LLC, LAZARD CAPITAL MARKETS LLC, BARCLAYS CAPITAL INC., PIPER JAFFRAY & CO., WACHOVIA CAPITAL MARKETS, LLC n/k/a WELLS FARGO SECURITIES, LLC, SL HARE CAPITAL, INC., T.J. RODGERS, W. STEVE ALBRECHT, BETSY S. ATKINS, PATRICK WOOD, III & UWE-ERNST BUFE,<br><br>Defendants. | Case No. CV 09-5473-RS<br>**(Consolidated)**<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SETTING SCHEDULE FOR FILING AMENDED COMPLAINT AND DEFENDANTS' RESPONSE**<br><br>AS MODIFIED BY THE COURT |

WHEREAS, on May 28, 2010, Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden, and Danske Invest Management A/S (collectively, "Lead Plaintiffs"), filed the Consolidated Class Action Complaint for Violation of the Federal Securities Laws [ECF No. 92] (the "Consolidated Complaint");

WHEREAS, on August 5, 2010, Defendants filed motions to dismiss the Consolidated Complaint [ECF Nos. 112, 122]; on September 22, 2010, Lead Plaintiffs filed an opposition to Defendants' motions to dismiss [ECF No. 136]; on October 21, 2010, Defendants filed replies in support of their motions to dismiss [ECF Nos. 139, 140]; and on November 4, 2010, the Court heard oral argument on the motions to dismiss [ECF No. 142];

WHEREAS, on March 1, 2011, the Court entered the Order Granting Motion To Dismiss [ECF No. 149], granting Defendants' motion to dismiss without prejudice and granting Lead Plaintiffs leave to file an amended complaint within 20 days (*i.e.*, on or before March 21, 2011);

WHEREAS, pursuant to the February 23, 2011, Clerk's Notice [ECF No. 148], a Case Management Conference is scheduled for April 14, 2011, at 10:00 a.m., and the parties are to file a Joint Case Management Statement at least one week prior to the Conference;

WHEREAS, due to preexisting scheduling conflicts, Lead Counsel for the Lead Plaintiffs requested and counsel for the Defendants agreed as a matter of professional courtesy to an extension to file the amended complaint on or before April 18, 2011; and

WHEREAS, to conserve judicial and party resources, the parties have met and conferred regarding a deadline for Defendants to respond to Lead Plaintiffs' amended complaint and a briefing schedule in the event any Defendant responds to the amended complaint by motion.

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to the Court's approval, as follows:

(1) The Case Management Conference scheduled for April 14, 2011, is taken off calendar and the parties are not required to submit a Joint Case Management Statement;

(2) Any amended complaint shall be filed on or before April 18, 2011;

(3) Defendants shall respond to the amended complaint on or before May 23, 2011;

(4) In the event any of the Defendants respond to the amended complaint by motion, Lead Plaintiffs' opposition to such motion shall be filed on or before June 22, 2011;

(5) Defendants shall file any reply on or before July 27, 2011; and

(6) In the event any of the Defendants respond to the amended complaint by motion, such motion shall be heard on August 11, 2011, at 1:30 p.m., or at such time thereafter that is convenient to the Court, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

Dated: March 11, 2011                Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP

*s/ David R. Stickney*
DAVID R. STICKNEY

DAVID R. STICKNEY
BENJAMIN GALDSTON
DAVID R. KAPLAN
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:  (858) 793-0070
Fax:  (858) 793-0323


BARROWAY TOPAZ KESSLER
  MELTZER & CHECK LLP

By:  *s/ Ramzi Abadou*
RAMZI ABADOU

RAMZI ABADOU
STACEY KAPLAN
ERIK D. PETERSON
580 California Street, Suite 1750
San Francisco, CA 94104
Tel:  (415) 400-3000
Fax:  (415) 400-3001

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | KAPLAN FOX & KILSHEIMER LLP                                     |
| 2  | By:   *s/ Laurence D. King*                                     |
|    |         LAURENCE D. KING                                        |
| 3  |                                                                 |
| 4  | LAURENCE D. KING                                                |
|    | 350 Sansome Street, Suite 400                                   |
| 5  | San Francisco, CA 94104                                         |
|    | Tel:    (415) 772-4700                                          |
| 6  | Fax:   (415) 772-4707                                           |
|    | lking@kaplanfox.com                                             |
| 7  | -and-                                                           |
| 8  | FREDERIC S. FOX                                                 |
|    | JOEL B. STRAUSS                                                 |
| 9  | DONALD R. HALL                                                  |
|    | 850 Third Avenue, 14th Floor                                    |
| 10 | New York, NY 10022                                              |
|    | Tel:    (212) 687-1980                                          |
| 11 | Fax:   (212) 687-7714                                           |
| 12 |                                                                 |
| 13 | *Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden and Danske Invest Management A/S* |
| 14 |                                                                 |
| 15 |                                                                 |
| 16 |                                                                 |
| 17 | MORRISON & FOERSTER LLP                                         |
| 18 | By:   *s/ Judson Lobdell*                                       |
|    |         JUDSON LOBDELL                                          |
| 19 |                                                                 |
| 20 | JORDAN ETH                                                      |
|    | JUDSON LOBDELL                                                  |
| 21 | 425 Market Street                                               |
|    | San Francisco, CA 94105                                         |
| 22 | Tel:    (415) 268-7000                                          |
|    | Fax:   (415) 268-7522                                           |
| 23 | *Attorneys for Defendants SunPower Corporation, Thomas H. Werner, Dennis V. Arriola, Emmanuel T. Hernandez, W. Steve Albrecht, Betsy S. Atkins, Uwe-Ernst Bufe, T.J. Rodgers, and Patrick Wood, III* |

SHEARMAN & STERLING LLP

By:   *s/ Stephen D. Hibbard*
     STEPHEN D. HIBBARD

STEPHEN D. HIBBARD
SEAN T. STRAUSS
525 Market Street
San Francisco, CA 94105
Tel:   (415) 616-1100
Fax:   (415) 616-1199

*Attorneys for Defendants Deutsche Bank Securities Inc., Credit Suisse Securities (USA) LLC, Lazard Capital Markets LLC, Barclays Capital Inc., Piper Jaffray & Co., Wachovia Capital Markets, LLC n/k/a Wells Fargo Securities, LLC, and SL Hare Capital, Inc.*

A Case Management Conference is hereby set for June 23, 2011, at 10:00 a.m., with a joint case management conference statement to be filed one week in advance. This date will be continued by the Court without need for any action by the parties in the event one or more defendants respond to the amended complaint by filing a motion, rather than answering.

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _3/11_____, 2011      _____
                                            HONORABLE RICHARD SEEBORG
                                            UNITED STATES DISTRICT JUDGE