1                                                     **\*\*E-filed 4/4/11\*\***

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7         FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                 SAN FRANCISCO DIVISION

9

10 HARRY W. PLICHTA,                No. C 09-5473 RS

11           Plaintiff,          **ORDER RE CONSOLIDATION**

        v.

12

13 SUNPOWER CORPORATION, et al.,

14          Defendants.

15 CHENGXIAO CAO,             No. C 09-5488 RS

16           Plaintiff,

17       v.

18 SUNPOWER CORPORATION, et al.,

19          Defendants.

20

21

22 STEVEN PARRISH,            No. C 09-5520 RS

23           Plaintiff,

24       v.

25 SUNPOWER CORPORATION, et al.,

26          Defendants.

27

28

United States District Court

For the Northern District of California

**United States District Court**
For the Northern District of California

1         In view of the consolidation of these three actions by order dated March 5, 2010, and for

2    administrative convenience, all documents filed in this litigation shall hereinafter be captioned "In

3    Re Sunpower Securities Litigation" and shall be filed exclusively under Case No. 09-5473 RS.  The

4    files for Case Nos. C 09-5488 RS and C 09-5520 RS shall be closed after this order is filed.

5

6    IT IS SO ORDERED.

7

8    Dated: 4/4/11    _____

9                     RICHARD SEEBORG
                      UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28