JORDAN ETH (CA SBN 121617)
JEth@mofo.com
JUDSON E. LOBDELL (CA SBN 146041)
JLobdell@mofo.com
ANGELA E. KLEINE (CA SBN 255643)
AKleine@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Defendants SUNPOWER CORPORATION,
THOMAS H. WERNER, DENNIS V. ARRIOLA,
EMMANUEL T. HERNANDEZ, JOHN B. RODMAN,
T.J. RODGERS, W. STEVE ALBRECHT, BETSY S. ATKINS,
PATRICK WOOD, III, and UWE-ERNST BUFE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER SECURITIES LITIGATION | Case No. CV 09-5473-RS (Consolidated) |
| | **CLASS ACTION** |
| | **[PROPOSED] ORDER GRANTING SUNPOWER DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CONSOLIDATED COMPLAINT** |
| | Judge:        Hon. Richard Seeborg<br>Courtroom:  3<br>Hearing Date: August 11, 2011<br>Hearing Time: 1:30 p.m. |

1  **[PROPOSED] ORDER**

2  SunPower Corporation, Thomas H. Werner, Dennis V. Arriola, Emmanuel T. Hernandez, John B. Rodman, T.J. Rodgers, W. Steve Albrecht, Betsy S. Atkins, Patrick Wood, III, and Uwe-Ernst Bufe (collectively, the "SunPower Defendants") have moved the Court, pursuant to Federal Rules of Civil Procedure 8, 9(b), 12(b)(1), and 12(b)(6), and the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (Dec. 22, 1995), codified in relevant part at 15 U.S.C. § 78u-4 *et seq.*, to dismiss Plaintiffs' First Amended Consolidated Complaint for Violations of the Federal Securities Laws (the "FAC") filed on April 18, 2011, by Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden, and Danske Invest Management A/S.

This matter came on for hearing on August 11, 2011, at 1:30 p.m. Having considered all the papers filed by the parties in connection with the SunPower Defendants' Motion to Dismiss, the parties' arguments at hearing on this matter, other matters of which the Court may properly take judicial notice, and being fully advised, and good cause appearing:

It is hereby ordered that:

FOR GOOD CAUSE SHOWN, the FAC is dismissed with prejudice.

IT IS SO ORDERED this _____ day of _____, 2011.

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING THE SUNPOWER DEFENDANTS' MTD PLAINTIFFS' FAC
Case No. CV 09-5473-RS
sf-2995487                                1