1 | Stephen D. Hibbard (State Bar No. 177865)
Emily V. Griffen (State Bar No. 209162)
2 | SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
3 | San Francisco, CA 94105-2723
Telephone: (415) 616-1100
4 | Facsimile: (415) 616-1199
Email: shibbard@shearman.com
5 | egriffen@shearman.com

6 | Attorneys for Defendants Deutsche Bank Securities Inc.,
Credit Suisse Securities (USA) LLC, Lazard Capital
7 | Markets LLC, Barclays Capital Inc., Piper Jaffray & Co.,
Wachovia Capital Markets, LLC n/k/a Wells Fargo
8 | Securities, LLC, and SL Hare Capital, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| HARRY W. PLICHTA, Individually and on Behalf of All Others Similarly Situated, | Case No. CV 09-5473-RS (Consolidated) |
|---|---|
| Plaintiff, | |
| v. | UNDERWRITER DEFENDANTS' JOINDER IN SUNPOWER DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CONSOLIDATED COMPLAINT |
| SUNPOWER CORPORATION, THOMAS H. WERNER, DENNIS V. ARRIOLA, EMMANUEL T. HERNANDEZ, DEUTSCHE BANK SECURITIES INC., CREDIT SUISSE SECURITIES (USA) LLC, LAZARD CAPITAL MARKETS LLC, BARCLAYS CAPITAL INC, PIPER JAFFRAY & CO., WACHOVIA CAPITAL MARKETS, LLC n/k/a/ WELLS FARGO SECURITIES, LLC, SL HARE CAPITAL, INC., T.J. RODGERS, W. STEVE ALBRECHT, BETSY S. ATKINS, PATRICK WOOD, III and UWE-ERNST BUFE, | Date: August 11, 2011<br>Time: 1:30 p.m.<br>Courtroom: 3<br>Judge: Hon. Richard Seeborg |
| Defendants. | |

JOINDER IN SUNPOWER DEFS'
MOTION TO DISMISS PLTFS' FAC
CASE NO. CV 09-5473-RS

295599

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Deutsche Bank Securities Inc., Credit Suisse Securities (USA) LLC, Lazard Capital Markets LLC, Barclays Capital Inc., Piper Jaffray & Co., Wachovia Capital Markets, LLC n/k/a Wells Fargo Securities, LLC, and SL Hare Capital, Inc. (the "Underwriter Defendants") hereby join in the SunPower Defendants' Motion to Dismiss Plaintiffs' First Amended Consolidated Complaint filed May 23, 2011 (Docket No. 155) with respect to the Section 11 and 15 claims brought pursuant to the Securities Act (the "Securities Act Claims"). The SunPower Defendants address the Securities Act Claims as Issue To Be Decided No. 7 and at pages 2, 5 and 25 n.15 of their Memorandum of Points and Authorities in support of their Motion to Dismiss.

On March 1, 2011, the Court entered an Order Granting Motion to Dismiss (Docket No. 149), which dismissed the Securities Act Claims with leave to amend. In the First Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws filed on April 18, 2011 ("Am. Compl.") (Docket No. 153), Lead Plaintiffs realleged the Securities Act Claims, but conceded that "Lead Plaintiffs have not amended those claims but have included them here solely and exclusively to preserve their appellate rights." Am. Compl. at 2 n.2.

As a result of Lead Plaintiffs' admitted failure to amend the Securities Act Claims, which are the only claims alleged against the Underwriter Defendants in this action, the Underwriter Defendants respectfully request that those claims now be dismissed with prejudice and without leave for plaintiffs to further amend.

Dated: May 23, 2011  SHEARMAN & STERLING LLP

/s/ Stephen D. Hibbard
STEPHEN D. HIBBARD

*Attorneys for Defendants Deutsche Bank Securities Inc., Credit Suisse Securities (USA) LLC, Lazard Capital Markets LLC, Barclays Capital Inc., Piper Jaffray & Co., Wachovia Capital Markets, LLC n/k/a Wells Fargo Securities, LLC, and SL Hare Capital, Inc.*