*E-Filed 6/20/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: SUNPOWER SECURITIES LITIGATION

No. C 09-05473 RS

**CLERK'S NOTICE**

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

A Case Management Conference in the instant case shall be held on **October 27, 2011 at 10:00 a.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. The parties shall file a Joint Case Management Statement at least one week prior to the Conference. Parties or counsel may appear personally or file a request to appear by telephone. If any party files such a request, all parties shall appear telephonically and must contact Court Conference at 866/582-6878 at least one week prior to the Conference.

Dated: 6/20/11

For the Court,
RICHARD W. WIEKING, Clerk

By: /s/ Corinne Lew
Courtroom Deputy Clerk