AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mariano M. Trinidad

was received by me on *(date)* 05/03/2011 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Mariano M. Trinidad was served via substituted service, by leaving copies of the service documents in the presence of Karen Ventura, the person in charge of the business, on 6/10/11, at 3:30 PM.

My fees are $ _____ for travel and $ 2,100.00 for services, for a total of $ 2,100.00 .

I declare under penalty of perjury that this information is true.

Date: 06/13/2011

*Server's signature*

Antonio Maniwang
*Printed name and title*

Process Service Network
20832 Roscoe Blvd., Suite 106
Winnetka, CA 91306
*Server's address*

Additional information regarding attempted service, etc:

Addess of service: 2nd Floor, Benpress Building, Meralco Ave. Cor. Exchange Road, Pasig City, Philippines 1605
Served on: 6/102011, at 3:30 PM

Documents served: Amended Summons in a Civil Action; First Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws; Stipulation and Order Setting Schedule for Filing Amended Complaint and Defendants' Response