| | |
|---|---|
| 1 | Stephen D. Hibbard (State Bar No. 177865) |
| | Emily V. Griffen (State Bar No. 209162) |
| 2 | SHEARMAN & STERLING LLP |
| | Four Embarcadero, Suite 3800 |
| 3 | San Francisco, California 94111-5994 |
| | Telephone: (415) 616-1100 |
| 4 | Facsimile: (415) 616-1199 |
| | Email: shibbard@shearman.com |
| 5 | egriffen@shearman.com |
| 6 | Attorneys for Defendants Deutsche Bank Securities Inc., |
| 7 | Credit Suisse Securities (USA) LLC, Lazard Capital Markets LLC, Barclays Capital Inc., Piper Jaffray & Co., |
| 8 | Wachovia Capital Markets, LLC n/k/a Wells Fargo Securities, LLC, and SL Hare Capital, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRY W. PLICHTA, Individually and on Behalf of All Others Similarly Situated, | Case No. CV 09-5473-RS (Consolidated) |
| Plaintiff, | NOTICE OF CHANGE OF ADDRESS |
| v. | |
| SUNPOWER CORPORATION, THOMAS H. WERNER, DENNIS V. ARRIOLA, EMMANUEL T. HERNANDEZ, DEUTSCHE BANK SECURITIES INC., CREDIT SUISSE SECURITIES (USA) LLC, LAZARD CAPITAL MARKETS LLC, BARCLAYS CAPITAL INC, PIPER JAFFRAY & CO., WACHOVIA CAPITAL MARKETS, LLC n/k/a/ WELLS FARGO SECURITIES, LLC, SL HARE CAPITAL, INC., T.J. RODGERS, W. STEVE ALBRECHT, BETSY S. ATKINS, PATRICK WOOD, III and UWE-ERNST BUFE, | Judge: Hon. Richard Seeborg |
| Defendants. | |

NOTICE OF CHANGE OF ADDRESS                     CASE NO. CV 09-5473-RS

296467

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that as of June 27, 2011, the new address for Shearman & Sterling LLP, attorneys for defendants Deutsche Bank Securities Inc., Credit Suisse Securities (USA) LLC, Lazard Capital Markets LLC, Barclays Capital Inc., Piper Jaffray & Co., Wachovia Capital Markets, LLC n/k/a Wells Fargo Securities, LLC, and SL Hare Capital, Inc. is:

>Four Embarcadero, Suite 3800
>San Francisco, California 94111-5994

The firm's telephone and fax numbers have not changed.

Dated: July 12, 2011

Respectfully Submitted,

SHEARMAN & STERLING LLP
Stephen D. Hibbard
Emily V. Griffen

By: _____/s/_____
Stephen D. Hibbard

*Attorneys for Defendants Deutsche Bank Securities Inc., Credit Suisse Securities (USA) LLC, Lazard Capital Markets LLC, Barclays Capital Inc., Piper Jaffray & Co., Wachovia Capital Markets, LLC n/k/a Wells Fargo Securities, LLC, and SL Hare Capital, Inc.*

NOTICE OF CHANGE OF ADDRESS  1  CASE NO. CV 09-5473-RS

296467