Sara B. Brody, SBN 130222
sbrody@sidley.com
Jaime A. Bartlett, SBN 251825
jbartlett@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

*Attorneys for Miguel Trinidad*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER SECURITIES LITIGATION | Case No. CV 09-5473-RS (Consolidated)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

The undersigned parties, by and through their counsel, hereby stipulate as follows:

WHEREAS, on April 18, 2011, Lead Plaintiffs filed their First Amended Consolidated Class Action Complaint For Violations Of The Federal Securities Laws [ECF No. 152] ("Complaint"), which was the first complaint filed in this action to name Miguel Trinidad as a defendant;

WHEREAS, pursuant to the Court's March 11, 2011 Order [ECF No. 151], on May 23, 2011, certain defendants filed a motion to dismiss the Complaint [ECF No. 155], and oral argument on the motion is scheduled to be heard on August 11, 2011;

WHEREAS, on July 25, 2011, counsel for Trinidad has agreed to accept service of the Summons and Complaint.

Accordingly, IT IS HEREBY STIPULATED AND AGREED, by the parties, through their undersigned counsel, that:

1. Defendant Trinidad is granted an extension of time to respond to the Complaint until after a ruling on the motion to dismiss currently pending before the Court is issued;

2. If the Court grants the pending motion to dismiss with leave to amend, defendant Trinidad will respond to Plaintiffs' subsequently filed amended complaint within 30 days of the filing of the amended complaint or on the same schedule as applicable to the other defendants;

3. If the Court denies the pending motion to dismiss, defendant Trinidad will respond to the Complaint within 30 days of the Court's order denying the motion;

4. By entry into this stipulation, defendant Trinidad does not waive any defenses available to him under Federal Rule of Civil Procedure 12.

Dated: July 25, 2011

SIDLEY AUSTIN LLP

By: */s/Sara B. Brody*
    SARA B. BRODY
    JAIME A. BARTLETT
    Attorneys for Miguel Trinidad

Dated: July 25, 2011

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

By: */s/David R. Stickney*
    DAVID R. STICKNEY
    Attorneys for Lead Plaintiffs

Dated: July 25, 2011

KESSLER TOPAZ MELTZER & CHECK, LLP

By: */s/Ramzi Abadou*
    RAMZI ABADOU
    Attorneys for Lead Plaintiffs

Dated: July 25, 2011

KAPLAN FOX & KILSHEIMER LLP

By: */s/Laurence D. King*
    LAURENCE D. KING
    Attorneys for Lead Plaintiffs