AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the
Northern District of California
San Francisco Division

| | | |
|---|---|---|
| | ) | |
| | ) | |
| IN RE SUNPOWER SECURITIES LITIGATION | ) | Case No. CV 09-5473-RS |
| | ) | |
| | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Miguel Trinidad

Date: July 27, 2011                          /s/ Sara B. Brody

*Attorney's signature*

Sara B. Brody 130222

*Printed name and bar number*

Sidley Austin, LLP
555 California Street, Suite 2000
San Francisco, CA 94104

*Address*

sbrody@sidley.com

*E-mail address*

415-772-1200

*Telephone number*

415-772-7400

*FAX number*

American LegalNet, Inc.
www.FormsWorkflow.com