AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California
San Francisco Division

IN RE SUNPOWER SECURITIES LITIGATION )))))) Case No. CV 09-5473-RS

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Miguel Trinidad

Date: July 27, 2011

/s/ Jaime A. Bartlett
*Attorney's signature*

Jaime A. Bartlett 251825
*Printed name and bar number*

Sidley Austin, LLP
555 California Street, Suite 2000
San Francisco, CA 94104
*Address*

jbartlett@sidley.com
*E-mail address*

415-772-1200
*Telephone number*

415-772-7400
*FAX number*

American LegalNet, Inc.
www.FormsWorkflow.com