Sara B. Brody, SBN 130222
sbrody@sidley.com
Jaime A. Bartlett, SBN 251825
jbartlett@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

Attorneys for Miguel Trinidad

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE SUNPOWER SECURITIES LITIGATION | Case No. CV 09-5473-RS (Consolidated) <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |
|---|---|

Pursuant to Civil L.R. 3-16, the undersigned certifies on behalf of Miguel Trinidad that as of this date, other than the named parties, there is no such interest to report.

Dated: July 27, 2011

SIDLEY AUSTIN LLP


By: /s/ Sara B. Brody
    Sara B. Brody
    Jaime A. Bartlett
    Attorneys for Miguel Trinidad

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS