**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

Writer's Direct Contact
415.268.6717
JLobdell@mofo.com

August 10, 2011

The Honorable Richard Seeborg
San Francisco Courthouse, Courtroom 3 - 17th Floor
450 Golden Gate Avenue
San Francisco, California 94102

Re:   *In re SunPower Securities Litigation*, Case No. 3:09-cv-05473-RS

Dear Judge Seeborg:

In preparing for tomorrow's hearing on Defendants' motion to dismiss, we discovered the following error in our reply memorandum: Page seven, line ten states that SunPower had $1.8 billion in income in 2008; the memorandum should state that SunPower had $1.4 billion in revenue in 2008. We regret the error and any inconvenience it caused.

Respectfully submitted,

Judson E. Lobdell

sf-3032323

**CERTIFICATION UNDER GENERAL ORDER NO. 45**

I, Angela E. Kleine, am the ECF User whose ID and password are being used to file this Letter Re: *In re SunPower Securities Litigation*, Case No. 3:09-cv-05473-RS.  In compliance with General Order No. 45, X.B., I attest that Judson E. Lobdell has concurred in this filing.

/s/ *Angela E. Kleine*
Angela E. Kleine