UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## *CIVIL MINUTE ORDER*

**Judge: RICHARD SEEBORG**

**Date:** 8/11/11  **Time in Court:** **1 hour**

**Case No.:** C 09-05473 RS

**Case Title:** In Re Sunpower Securities Litigation

**Appearances:**

    For Plaintiff(s): Eli Greenstein, Ramzi Abadou, Laurence King, Benjamin Galdston

    For Defendant(s): Judson Lobdell, Jordan Eth, Angela Kleine, Emily Griffen

**Deputy Clerk:** Corinne Lew   **Court Reporter:** Kathy Wyatt

## PROCEEDINGS

Defendants' Motion to Dismiss Hearing Held.

## SUMMARY

MOTION/MATTER:  ( ) Granted
                ( ) Denied
                ( ) Granted in part/Denied in part
                **(X) Taken under submission**
                ( ) Withdrawn/Off Calendar
                ( ) Continued to:

Order to be prepared by:   ( ) Plaintiff   ( ) Defendant   **(X) Court**