1   JORDAN ETH (CA SBN 121617)
    JEth@mofo.com
2   JUDSON E. LOBDELL (CA SBN 146041)
    JLobdell@mofo.com
3   ANGELA E. KLEINE (CA SBN 255643)
    AKleine@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California 94105-2482
    Telephone:  (415) 268-7000
6   Facsimile:  (415) 268-7522

7   Attorneys for Defendants SUNPOWER CORPORATION,
    THOMAS H. WERNER, DENNIS V. ARRIOLA,
8   EMMANUEL T. HERNANDEZ, JOHN B. RODMAN,
    T.J. RODGERS, W. STEVE ALBRECHT, BETSY S. ATKINS,
9   PATRICK WOOD, III, and UWE-ERNST BUFE

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13   IN RE SUNPOWER SECURITIES          Case No. CV 09-5473-RS
     LITIGATION                         (Consolidated)
14
                                        **CLASS ACTION**
15
                                        **STATEMENT OF RECENT DECISION
16                                      IN SUPPORT OF SUNPOWER
                                        DEFENDANTS' MOTION TO DISMISS
17                                      PLAINTIFFS' FIRST AMENDED
                                        CONSOLIDATED COMPLAINT**
18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rule 7-3(d), and the SunPower Defendants' Request for Leave to

2  File their Statement of Recent Decision in support of their Motion to Dismiss Plaintiffs' First

3  Amended Consolidated Complaint filed concurrently herewith, the SunPower Defendants submit

4  the following recent opinion that is relevant to their Motion to Dismiss Plaintiffs' First Amended

5  Consolidated Complaint (the "Motion").  The following decision (attached as **Exhibit A**) was

6  published after the Court heard oral argument on the SunPower Defendants' Motion on

7  August 11, 2011 and took the Motion under submission:  *WPP Luxembourg Gamma Three Sarl*

8  *v. Spot Runner, Inc.*, ___ F.3d ___, No. 10-55401, 2011 U.S. App. LEXIS 17509 (9th Cir.

9  Aug. 23, 2011).

10

11
     Dated: August 24, 2011          JORDAN ETH
12                                    JUDSON E. LOBDELL
                                      ANGELA E. KLEINE
13                                    MORRISON & FOERSTER LLP

14
                                      By:    /s/ Judson E. Lobdell
15                                           JUDSON E. LOBDELL

16                                    Attorneys for Defendants SunPower
                                      Corporation, Thomas H. Werner, Dennis V.
17                                    Arriola, Emmanuel T. Hernandez, T.J.
                                      Rodgers, W. Steve Albrecht, Betsy S. Atkins,
18                                    Patrick Wood, III, and Uwe-Ernst Bufe

19

20

21

22

23

24

25

26

27

28