1  JORDAN ETH (CA SBN 121617)
   JEth@mofo.com
2  JUDSON E. LOBDELL (CA SBN 146041)
   JLobdell@mofo.com
3  ANGELA E. KLEINE (CA SBN 255643)
   AKleine@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7  Attorneys for Defendants SUNPOWER CORPORATION,
   THOMAS H. WERNER, DENNIS V. ARRIOLA,
8  EMMANUEL T. HERNANDEZ, JOHN B. RODMAN,
   T.J. RODGERS, W. STEVE ALBRECHT, BETSY S. ATKINS,
9  PATRICK WOOD, III, and UWE-ERNST BUFE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE SUNPOWER SECURITIES LITIGATION | Case No. CV 09-5473-RS (Consolidated) <br><br> **CLASS ACTION** <br><br> **[PROPOSED] ORDER GRANTING SUNPOWER DEFENDANTS' REQUEST FOR LEAVE TO FILE STATEMENT OF RECENT DECISION** |
|---|---|

1 **[PROPOSED] ORDER**

2       On August 24, 2011, the SunPower Defendants requested leave to file their Statement of
3 Recent Decision in Support of their Motion to Dismiss Plaintiffs' First Amended Consolidated
4 Complaint pursuant to Civil Local Rule 7-3(d). Based on the SunPower Defendants' request, and
5 the papers and records on file in this action, the SunPower Defendants' Request for Leave to File
6 Statement of Recent Decision in Support of SunPower Defendants' Motion to Dismiss Plaintiffs'
7 First Amended Consolidated Complaint is granted. The SunPower Defendants' Statement of
8 Recent Decision in Support of their Motion to Dismiss Plaintiffs' First Amended Consolidated
9 Complaint is hereby deemed submitted.

11 IT IS SO ORDERED this __26th__ day of __August__, 2011.

                                                                                HONORABLE RICHARD SEEBORG
                                                                                UNITED STATES DISTRICT COURT JUDGE