**United States District Court**
For the Northern District of California

*E-Filed 10/19/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER SECURITIES LITIGATION | No. C 09-05473 RS |
| | **CLERK'S NOTICE** |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference in the instant case scheduled on October 27, 2011 shall be continued to **January 12, 2012** at 10:00 a.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. The parties shall file a Joint Case Management Statement at least one week prior to the Conference. Parties or counsel may appear personally or file a request to appear by telephone. If any party files such a request, all parties shall appear telephonically and must contact Court Conference at 866/582-6878 at least one week prior to the Conference.

Dated: 10/19/11

For the Court,
RICHARD W. WIEKING, Clerk

By: /s/ Corinne Lew

|   |                          |
|---|--------------------------|
| 1 | Courtroom Deputy Clerk   |