JORDAN ETH (CA SBN 121617)
JEth@mofo.com
JUDSON E. LOBDELL (CA SBN 146041)
JLobdell@mofo.com
ANGELA E. KLEINE (CA SBN 255643)
AKleine@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendants
SUNPOWER CORPORATION, THOMAS H. WERNER, DENNIS V. ARRIOLA, EMMANUEL T. HERNANDEZ, JOHN B. RODMAN, T.J. RODGERS, W. STEVE ALBRECHT, BETSY S. ATKINS, PATRICK WOOD, III, and UWE-ERNST BUFE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER SECURITIES LITIGATION | Case No. CV 09-5473-RS (Consolidated)<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING** |

1  WHEREAS, on December 19, 2011, the Court granted in part and denied in part
2  Defendants SunPower Corporation, Thomas H. Werner, Dennis V. Arriola, Emmanuel T.
3  Hernandez, T.J. Rodgers, W. Steve Albrecht, Betsy S. Atkins, Patrick Wood, III, and Uwe-Ernst
4  Bufe's (collectively, "Defendants") motion to dismiss the First Amended Consolidated Class
5  Action Complaint (the "Complaint") of Lead Plaintiffs Arkansas Teacher Retirement System,
6  Första-AP Fonden, and Danske Investment Management A/S (ECF No. 178);

7  WHEREAS, the deadline for Defendants to answer the Complaint is January 9, 2012;

8  WHEREAS, the parties have agreed that Defendants shall have up to and including
9  January 27, 2012, to answer the Complaint;

10  WHEREAS, by the Clerk's Notice entered on October 19, 2011 (ECF No. 177), a case
11  management conference in the above-captioned action is scheduled for January 12, 2012;

12  WHEREAS, the parties have agreed to request a continuance of the January 12, 2012
13  case management conference until February 16, 2012, or such later date that is convenient for
14  the Court;

15  WHEREAS, if the Court grants the parties' requested continuance, counsel for the
16  parties have agreed to hold their Rule 26(f) conference on February 3, 2012;

17  WHEREAS, if the Court grants the parties' requested continuance, the parties have
18  agreed pursuant to Fed. R. Civ. P. 26(d)(1) that the parties (i) may serve requests for the
19  production of documents pursuant to Rules 34 and 45 beginning January 16, 2012, (ii) will not
20  object to the requests as premature on the grounds that the requests were served prior to the
21  parties' Rule 26(f) conference, and (iii) do not waive their rights to object to the requests on any
22  other grounds and reserve the right to request an extension of time to respond to the requests;
23  and

24  WHEREAS, it would conserve judicial and party resources and promote efficiency and
25  economy to hold the case management conference in this action after Defendants' answer is
26  filed, Lead Plaintiffs have reviewed the answer, and the parties have adequately addressed
27  scheduling, discovery, and the additional case management topics of Federal Rule of Civil
28  Procedure 26(f), Local Rule 16-9, and the Court's Standing Order Re: Initial Case Management.

1    IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as
2 follows:
3    (1) Defendants shall have up to and including January 27, 2012, to answer or otherwise
4 respond to the Complaint;
5    (2) The Case Management Conference currently scheduled for January 12, 2012, shall be
6 continued to February 16, 2012, or such later date as is convenient for the Court;
7    (3) The parties shall hold their Rule 26(f) conference on or before February 3, 2012;
8    (4) The parties (i) may serve requests for the production of documents pursuant to Rules
9 34 and 45 beginning January 16, 2012, (ii) will not object to the requests as premature on the
10 grounds that the requests were served prior to the parties' Rule 26(f) conference, and (iii) do not
11 waive their rights to object to the requests on any other grounds and reserve the right to request an
12 extension of time to respond to the requests; and
13    (5) In accordance with paragraph 7 of the Court's Standing Order Re: Initial Case
14 Management, the parties shall file a Joint Case Management Conference Statement and Proposed
15 Order seven (7) days prior to the Case Management Conference.

17 Dated: January 5, 2012            Respectfully submitted,

18                                   MORRISON & FOERSTER LLP
                                     JORDAN ETH (CA SBN 121617)
19                                   JUDSON LOBDELL (CA SBN 146041)
                                     425 Market Street
20                                   San Francisco, CA 94105-2482
                                     Tel: (415) 268-7000
21                                   Fax: (415) 268-7522

22
                                     By:    */s/ Judson Lobdell*
23                                          Judson Lobdell

24                                   *Attorneys for Defendants SunPower Corporation, Thomas
                                     H. Werner, Dennis V. Arriola, Emmanuel T. Hernandez,
25                                   John. D. Rodman, T.J. Rodgers, W. Steve Albrecht, Betsy
                                     S. Atkins, Patrick Wood, III, and Uwe-Ernst Bufe*
26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING
CASE NO. CV 09-5473-RS                                                             2
sf-3087856

| | | |
|---|---|---|
| 1 | Dated: January 5, 2012 | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| 2 | | DAVID R. STICKNEY (CA SBN 188574) |
| | | BENJAMIN GALDSTON (CA SBN 211114) |
| 3 | | DAVID R. KAPLAN (CA SBN 230144) |
| | | 12481 High Bluff Drive, Suite 300 |
| 4 | | San Diego, CA  92130 |
| | | Tel:  (858) 793-0070 |
| 5 | | Fax:  (858) 793-0323 |

By:   */s/ David. R. Stickney*
             David R. Stickney

Dated: January 5, 2012        KESSLER TOPAZ MELTZER & CHECK, LLP
RAMZI ABADOU (CA SBN 222567)
ELI R. GREENSTEIN (CA SBN 217945)
STACEY KAPLAN (CA SBN 241989)
ERIK D. PETERSON (CA SBN 257098)
580 California Street, Suite 1750
San Francisco, CA  94104
Tel:  (415) 400-3000
Fax:  (415) 400-3001

By:   */s/ Ramzi Abadou*
             Ramzi Abadou

Dated: January 5, 2012        KAPLAN FOX & KILSHEIMER LLP
LAURENCE D. KING (CA SBN 206423)
350 Sansome Street, Suite 400
San Francisco, CA  94104
Tel:  (415) 772-4700
Fax:  (415) 772-4707

FREDERIC S. FOX
JOEL B. STRAUSS
DONALD R. HALL
850 Third Avenue, 14th Floor
New York, NY  10022
Tel:  (212) 687-1980
Fax:  (212) 687-7714

By:   */s/ Laurence D. King*
             Laurence D. King

*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden, and Danske Invest Management A/S*

1  Dated: January 5, 2012        BERNSTEIN LITOWITZ BERGER
                                    & GROSSMANN LLP
2                                DAVID R. STICKNEY (CA SBN 188574)
                                 BENJAMIN GALDSTON (CA SBN 211114)
3                                DAVID R. KAPLAN (CA SBN 230144)
                                 12481 High Bluff Drive, Suite 300
4                                San Diego, CA  92130
                                 Tel:  (858) 793-0070
5                                Fax:  (858) 793-0323

6
                                 By:   */s/ David. R. Stickney*
7                                           David R. Stickney

8  Dated: January 5, 2012        KESSLER TOPAZ MELTZER & CHECK, LLP
                                 RAMZI ABADOU (CA SBN 222567)
9                                ELI R. GREENSTEIN (CA SBN 217945)
                                 STACEY KAPLAN (CA SBN 241989)
10                               ERIK D. PETERSON (CA SBN 257098)
                                 580 California Street, Suite 1750
11                               San Francisco, CA  94104
                                 Tel:  (415) 400-3000
12                               Fax:  (415) 400-3001

13
                                 By:   */s/ Ramzi Abadou*
14                                          Ramzi Abadou

15
   Dated: January 5, 2012        KAPLAN FOX & KILSHEIMER LLP
16                               LAURENCE D. KING (CA SBN 206423)
                                 350 Sansome Street, Suite 400
17                               San Francisco, CA  94104
                                 Tel:  (415) 772-4700
18                               Fax:  (415) 772-4707

19                               FREDERIC S. FOX
                                 JOEL B. STRAUSS
20                               DONALD R. HALL
                                 850 Third Avenue, 14th Floor
21                               New York, NY  10022
                                 Tel:  (212) 687-1980
22                               Fax:  (212) 687-7714

23

24                               By:   */s/ Laurence D. King*
                                             Laurence D. King
25
                                 *Attorneys for Lead Plaintiffs Arkansas Teacher Retirement*
26                               *System, Första-AP Fonden, and Danske Invest*
                                 *Management A/S*
27

28

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 | Dated: January ___, 2012

                                               HONORABLE RICHARD SEEBORG
                                               UNITED STATES DISTRICT JUDGE

1  I, Angela E. Kleine, am the ECF User whose ID and password are being used to file this
2  Stipulation and [Proposed] Order.  In compliance with General Order No. 45 X.B., I hereby attest
3  that Judson E. Lobdell, David R. Stickney, Ramzi Abadou, and Laurence D. King have concurred
4  in this filing.

5

6  Dated: January 5, 2012      */s/ Angela E. Kleine*
                                Angela E. Kleine

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING
CASE NO. CV 09-5473-RS
sf-3087856

5