*E-Filed 1/5/12*

1    JORDAN ETH (CA SBN 121617)
     JEth@mofo.com
2    JUDSON E. LOBDELL (CA SBN 146041)
     JLobdell@mofo.com
3    ANGELA E. KLEINE (CA SBN 255643)
     AKleine@mofo.com
4    MORRISON & FOERSTER LLP
     425 Market Street
5    San Francisco, California 94105-2482
     Telephone:  (415) 268-7000
6    Facsimile:  (415) 268-7522

7    Attorneys for Defendants
     SUNPOWER CORPORATION, THOMAS H.
8    WERNER, DENNIS V. ARRIOLA, EMMANUEL T.
     HERNANDEZ, JOHN B. RODMAN,
9    T.J. RODGERS, W. STEVE ALBRECHT, BETSY S.
     ATKINS, PATRICK WOOD, III, and UWE-ERNST
10   BUFE

11

12                        UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14                          SAN FRANCISCO DIVISION

15

16   IN RE SUNPOWER SECURITIES          Case No. CV 09-5473-RS
     LITIGATION                         (Consolidated)

17                                      **CLASS ACTION**

18                                      **STIPULATION AND [PROPOSED]**
                                        **ORDER REGARDING SCHEDULING**
19

20

21

22

23

24

25

26

27

28

1       WHEREAS, on December 19, 2011, the Court granted in part and denied in part

2  Defendants SunPower Corporation, Thomas H. Werner, Dennis V. Arriola, Emmanuel T.

3  Hernandez, T.J. Rodgers, W. Steve Albrecht, Betsy S. Atkins, Patrick Wood, III, and Uwe-Ernst

4  Bufe's (collectively, "Defendants") motion to dismiss the First Amended Consolidated Class

5  Action Complaint (the "Complaint") of Lead Plaintiffs Arkansas Teacher Retirement System,

6  Första-AP Fonden, and Danske Investment Management A/S (ECF No. 178);

7       WHEREAS, the deadline for Defendants to answer the Complaint is January 9, 2012;

8       WHEREAS, the parties have agreed that Defendants shall have up to and including

9  January 27, 2012, to answer the Complaint;

10       WHEREAS, by the Clerk's Notice entered on October 19, 2011 (ECF No. 177), a case

11  management conference in the above-captioned action is scheduled for January 12, 2012;

12       WHEREAS, the parties have agreed to request a continuance of the January 12, 2012

13  case management conference until February 16, 2012, or such later date that is convenient for

14  the Court;

15       WHEREAS, if the Court grants the parties' requested continuance, counsel for the

16  parties have agreed to hold their Rule 26(f) conference on February 3, 2012;

17       WHEREAS, if the Court grants the parties' requested continuance, the parties have

18  agreed pursuant to Fed. R. Civ. P. 26(d)(1) that the parties (i) may serve requests for the

19  production of documents pursuant to Rules 34 and 45 beginning January 16, 2012, (ii) will not

20  object to the requests as premature on the grounds that the requests were served prior to the

21  parties' Rule 26(f) conference, and (iii) do not waive their rights to object to the requests on any

22  other grounds and reserve the right to request an extension of time to respond to the requests;

23  and

24       WHEREAS, it would conserve judicial and party resources and promote efficiency and

25  economy to hold the case management conference in this action after Defendants' answer is

26  filed, Lead Plaintiffs have reviewed the answer, and the parties have adequately addressed

27  scheduling, discovery, and the additional case management topics of Federal Rule of Civil

28  Procedure 26(f), Local Rule 16-9, and the Court's Standing Order Re: Initial Case Management.

1    IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as

2  follows:

3    (1)  Defendants shall have up to and including January 27, 2012, to answer or otherwise

4  respond to the Complaint;

5    (2)  The Case Management Conference currently scheduled for January 12, 2012, shall be

6  continued to February 16, 2012, or such later date as is convenient for the Court;

7    (3)  The parties shall hold their Rule 26(f) conference on or before February 3, 2012;

8    (4)  The parties (i) may serve requests for the production of documents pursuant to Rules

9  34 and 45 beginning January 16, 2012, (ii) will not object to the requests as premature on the

10  grounds that the requests were served prior to the parties' Rule 26(f) conference, and (iii) do not

11  waive their rights to object to the requests on any other grounds and reserve the right to request an

12  extension of time to respond to the requests; and

13    (5)  In accordance with paragraph 7 of the Court's Standing Order Re: Initial Case

14  Management, the parties shall file a Joint Case Management Conference Statement and Proposed

15  Order seven (7) days prior to the Case Management Conference.

16

17  Dated:  January 5, 2012          Respectfully submitted,

18                          MORRISON & FOERSTER LLP
                          JORDAN ETH (CA SBN 121617)
19                          JUDSON LOBDELL (CA SBN 146041)
                          425 Market Street
20                          San Francisco, CA  94105-2482
                          Tel:  (415) 268-7000
21                          Fax:  (415) 268-7522

22

23                          By:      /s/ Judson Lobdell
                                    Judson Lobdell

24
                          *Attorneys for Defendants SunPower Corporation, Thomas*
25                          *H. Werner, Dennis V. Arriola, Emmanuel T. Hernandez,*
                          *John. D. Rodman, T.J. Rodgers, W. Steve Albrecht, Betsy*
26                          *S. Atkins, Patrick Wood, III, and Uwe-Ernst Bufe*

27

28

| | |
|---|---|
| Dated:  January 5, 2012 | BERNSTEIN LITOWITZ BERGER<br>    & GROSSMANN LLP<br>DAVID R. STICKNEY (CA SBN 188574)<br>BENJAMIN GALDSTON (CA SBN 211114)<br>DAVID R. KAPLAN (CA SBN 230144)<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA  92130<br>Tel:  (858) 793-0070<br>Fax:  (858) 793-0323 |

By:  _____ */s/ David. R. Stickney* _____
              David R. Stickney

| | |
|---|---|
| Dated:  January 5, 2012 | KESSLER TOPAZ MELTZER & CHECK, LLP<br>RAMZI ABADOU (CA SBN 222567)<br>ELI R. GREENSTEIN (CA SBN 217945)<br>STACEY KAPLAN (CA SBN 241989)<br>ERIK D. PETERSON (CA SBN 257098)<br>580 California Street, Suite 1750<br>San Francisco, CA  94104<br>Tel:  (415) 400-3000<br>Fax:  (415) 400-3001 |

By:  _____ */s/ Ramzi Abadou* _____
              Ramzi Abadou

| | |
|---|---|
| Dated:  January 5, 2012 | KAPLAN FOX & KILSHEIMER LLP<br>LAURENCE D. KING (CA SBN 206423)<br>350 Sansome Street, Suite 400<br>San Francisco, CA  94104<br>Tel:  (415) 772-4700<br>Fax:  (415) 772-4707 |

FREDERIC S. FOX
JOEL B. STRAUSS
DONALD R. HALL
850 Third Avenue, 14th Floor
New York, NY  10022
Tel:  (212) 687-1980
Fax:  (212) 687-7714

By:  _____ */s/ Laurence D. King* _____
              Laurence D. King

*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden, and Danske Invest Management A/S*

3

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    Dated:  January __5__, 2012

4                                                    _____
                                                     HONORABLE RICHARD SEEBORG
5                                                    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28