1  JORDAN ETH (CA SBN 121617)
   JEth@mofo.com
2  JUDSON E. LOBDELL (CA SBN 146041)
   JLobdell@mofo.com
3  ANGELA E. KLEINE (CA SBN 255643)
   AKleine@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7  Attorneys for Defendants
   SUNPOWER CORPORATION, THOMAS H.
8  WERNER, DENNIS V. ARRIOLA, EMMANUEL T.
   HERNANDEZ, JOHN B. RODMAN,
9  T.J. RODGERS, W. STEVE ALBRECHT, BETSY S.
   ATKINS, PATRICK WOOD, III, and UWE-ERNST
10 BUFE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE SUNPOWER SECURITIES LITIGATION | Case No. CV 09-5473-RS (Consolidated) |
|---|---|
| | **CLASS ACTION** |
| | **CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE
CASE NO. CV 09-5473-RS
sf-3090710

**CERTIFICATE OF SERVICE BY MAIL**
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practices:

    Catherine J. Kowalewski
    Robbins Geller Rudman & Dowd LLP
    655 West Broadway, Suite 1900
    San Diego, CA  92101

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 5th day of January, 2012.

    Michelle Ekas
    (typed)                                          (signature)