*E-Filed 2/8/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HARRY W. PLICHTA,   No. C 09-05473 RS

    Plaintiff,

 v.   **CLERK'S NOTICE**

SUNPOWER CORPORATION,

    Defendant.

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Case Management Conference in the instant case scheduled on February 16, 2012 shall be continued to **February 23, 2012 at 10:00 a.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. The parties shall file a Joint Case Management Statement at least one week prior to the Conference. Parties or counsel may appear personally or file a request to appear by telephone. If any party files such a request, all parties shall appear telephonically and must contact Court Conference at 866/582-6878 at least one week prior to the Conference.

Dated: 2/8/12   For the Court,
  RICHARD W. WIEKING, Clerk

  By: /s/ Corinne Lew
  Courtroom Deputy Clerk