UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## *CIVIL MINUTE ORDER*

**Judge: RICHARD SEEBORG**

**Date:** 2/23/12  **Time in Court:** **15 min.**

**Case No.:** C 09-05473 RS

**Case Title:** In Re Sunpower Securities Litigation

**Appearances:**

> For Plaintiff(s): Benjamin Galdston, Joel Strauss, Ramzi Abadou

> For Defendant(s): Jordan Eth, Samuel Song, Judson Lobdell

**Deputy Clerk:** Corinne Lew  **Court Reporter:** Not Reported

## **PROCEEDINGS**

Initial Case Management Conference Held.

## **SUMMARY**

Parties to meet and confer and submit a new proposed schedule by 3/2/12.