KESSLER TOPAZ MELTZER
    & CHECK, LLP
RAMZI ABADOU  (Bar No. 222567)
ELI R. GREENSTEIN  (Bar No. 217945)
STACEY M. KAPLAN  (Bar No. 241989)
ERIK D. PETERSON  (Bar No. 257098)
580 California Street, Suite 1750
San Francisco, CA 94104
Tel:     (415) 400-3000
Fax:    (415) 400-3001
rabadou@ktmc.com
egreenstein@ktmc.com
skaplan@ktmc.com
epeterson@ktmc.com

BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
DAVID R. STICKNEY  (Bar No. 188574)
BENJAMIN GALDSTON  (Bar No. 211114)
DAVID R. KAPLAN  (Bar No. 230144)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:     (858) 793-0070
Fax:    (858) 793-0323
davids@blbglaw.com
beng@blbglaw.com
davidk@blbglaw.com

KAPLAN FOX & KILSHEIMER LLP
LAURENCE D. KING  (Bar No. 206423)
MARIO M. CHOI  (Bar No. 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel:    (415) 772-4700
Fax:    (415) 772-4707
lking@kaplanfox.com
mchoi@kaplanfox.com

*Attorneys for Lead Plaintiffs Arkansas Teacher
Retirement System, Första-AP Fonden and
Danske Invest Management A/S*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER SECURITIES LITIGATION | Case No. CV 09-5473-RS **(Consolidated)** <br><br> **<u>CLASS ACTION</u>** <br><br> **JOINT PROPOSED SCHEDULE** <br><br> Judge:      Hon. Richard Seeborg |

1    Pursuant to the Court's February 23, 2012 Civil Minute Order (Docket No. 187), the

2    parties to this action hereby submit the following Joint Proposed Schedule:

3    Parties to exchange initial disclosures pursuant to Rule 26(a)          March 12, 2012

4    Plaintiffs to file class certification motion                          September 28, 2012

5    Expected date to substantially complete document productions           September 28, 2012

6    Defendants to respond to Plaintiffs' class certification motion        December 14, 2012

7    Plaintiffs' reply in support of class certification motion             February 8, 2013

8    Hearing on Plaintiffs' class certification motion and Case             March 14, 2013
     Management Conference to address further scheduling and
9    discovery clean up

10   Anticipated date to substantially complete fact discovery             May 31, 2013

11

12   Dated: March 2, 2012                    Respectfully submitted,

13                                           KESSLER TOPAZ MELTZER
                                               & CHECK LLP
14

15                                           _____/s/ Ramzi Abadou_____
                                                    RAMZI ABADOU
16
17                                           RAMZI ABADOU
                                             ELI R. GREENSTEIN
                                             STACEY M. KAPLAN
18                                           ERIK D. PETERSON
                                             580 California Street, Suite 1750
19                                           San Francisco, CA 94104
                                             Tel:    (415) 400-3000
20                                           Fax:    (415) 400-3001

21   Dated: March 2, 2012                    BERNSTEIN LITOWITZ BERGER
                                               & GROSSMANN LLP
22

23                                           _____/s/ David R. Stickney_____
                                                    DAVID R. STICKNEY
24
25                                           DAVID R. STICKNEY
                                             BENJAMIN GALDSTON
                                             DAVID R. KAPLAN
26                                           12481 High Bluff Drive, Suite 300
                                             San Diego, CA 92130
27                                           Tel:    (858) 793-0070
                                             Fax:    (858) 793-0323
28

Dated:  March 2, 2012                KAPLAN FOX & KILSHEIMER LLP


                                              /s/ Laurence D. King
                                          LAURENCE D. KING

                                     LAURENCE D. KING
                                     MARIO CHOI
                                     350 Sansome Street, Suite 400
                                     San Francisco, CA 94104
                                     Tel:    (415) 772-4700
                                     Fax:   (415) 772-4707

                                             -and-

                                     JOEL B. STRAUSS
                                     CHRISTINE M. FOX
                                     850 Third Avenue, 14th Floor
                                     New York, NY 10022
                                     Tel:    (212) 687-1980
                                     Fax:   (212) 687-7714

                                     *Attorneys for Lead Plaintiffs Arkansas Teacher
                                     Retirement System, Första-AP Fonden and
                                     Danske Invest Management A/S*

Dated:  March 2, 2012                MORRISON & FOERSTER LLP


                                              /s/ Jordan Eth
                                          JORDAN ETH

                                     JORDAN ETH
                                     JUDSON LOBDELL
                                     425 Market Street
                                     San Francisco, CA 94105-2482
                                     Tel:    (415) 268-7000
                                     Fax:   (415) 268-7522

                                     *Attorneys for Defendants SunPower Corporation,
                                     Thomas H. Werner, Emmanuel T. Hernandez and
                                     Dennis V. Arriola*

    I, Ramzi Abadou, am the ECF User whose ID and password are being used to file this

Joint Case Management Conference Statement.  In compliance with General Order No. 45, X.B.,

I hereby attest that David R. Stickney, Laurence D. King and Jordan Eth have concurred in this

filing.

                                              /s/ Ramzi Abadou
                                          Ramzi Abadou

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 2, 2012.


*/s/ Ramzi Abadou*
Ramzi Abadou

# Mailing Information for a Case 3:09-cv-05473-RS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  rabadou@ktmc.com,knguyen@ktmc.com,csheppard@ktmc.com

- **George Carlos Aguilar**
  GAguilar@robbinsumeda.com,Notice@robbinsumeda.com

- **Jaime Allyson Bartlett**
  jbartlett@sidley.com,dgiusti@sidley.com

- **Sara B. Brody**
  sbrody@sidley.com,tnewman@sidley.com,jbartlett@sidley.com

- **Mario Man-Lung Choi**
  mchoi@kaplanfox.com,kweiland@kaplanfox.com

- **Aviah Cohen Pierson**
  acohenpierson@kaplanfox.com

- **Jordan Eth**
  jeth@mofo.com,nurbina@mofo.com

- **Frederic S. Fox**
  ffox@kaplanfox.com

- **Benjamin Galdston**
  beng@blbglaw.com,denab@blbglaw.com,kristid@blbglaw.com,ranaew@blbglaw.com

- **Michael M. Goldberg**
  mmgoldberg@glancylaw.com

- **Eli Greenstein**
  egreenstein@ktmc.com

- **Donald R Hall**
  dhall@kaplanfox.com

- **Dennis J. Herman**
  dennish@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,triciam@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Stephen D. Hibbard**
  shibbard@shearman.com,rcheatham@shearman.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com

- **Stacey Marie Kaplan**
  skaplan@ktmc.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,peterb@hbsslaw.com,pashad@hbsslaw.com,sf_filings@hbsslaw.com

- **Mark P. Kindall**
  firm@izardnobel.com,mkindall@izardnobel.com

- **Laurence D. King**
  lking@kaplanfox.com,kweiland@kaplanfox.com

- **Angela Elaine Kleine**
  akleine@mofo.com,mekas@mofo.com

- **Joy Ann Kruse**
  jakruse@lchb.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Judson Earle Lobdell**
  jlobdell@mofo.com,mblackmer@mofo.com

- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Kim Elaine Miller**
  kimmiller225@yahoo.com,kim.miller@ksfcounsel.com

- **Erik David Peterson**
  epeterson@ktmc.com,dcheck@ktmc.com

- **Aviah Cohen Pierson**
  acohenpierson@kaplanfox.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **David Ronald Stickney**
  davids@blbglaw.com

- **Joel B. Strauss**
  jstrauss@kaplanfox.com

- **Sean Travis Strauss**
  invalidaddress@invalidaddress.com,sstrauss@steinlubin.com

- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Catherine          J. Kowalewski

Robbins Geller Rudman & Dowd LLP
655 W Broadway
Suite 1900
San Diego, CA 92101