UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER SECURITIES LITIGATION | Case No. CV 09-5473-RS **(Consolidated)** <br><br> **CLASS ACTION** <br><br> **[PROPOSED] SCHEDULING ORDER** |

1  Having considered the Joint Proposed Schedule (Docket No. 188), it is HEREBY
2  ORDERED that the following schedule shall govern these proceedings:

| | |
|---|---|
| Parties to exchange initial disclosures pursuant to Rule 26(a) | March 12, 2012 |
| Plaintiffs to file class certification motion | September 28, 2012 |
| Expected date to substantially complete document productions | September 28, 2012 |
| Defendants to respond to Plaintiffs' class certification motion | December 14, 2012 |
| Plaintiffs' reply in support of class certification motion | February 8, 2013 |
| Hearing on Plaintiffs' class certification motion and Case Management Conference to address further scheduling and discovery clean up | March 14, 2013 |
| Anticipated date to substantially complete fact discovery | May 31, 2013 |

SIGNED this ___ day of _____, 2012

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE