BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
DAVID R. STICKNEY   (Bar No. 188574)
BENJAMIN GALDSTON   (Bar No. 211114)
DAVID R. KAPLAN   (Bar No. 230144)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
davids@blbglaw.com
beng@blbglaw.com
davidk@blbglaw.com

KESSLER TOPAZ MELTZER
  & CHECK, LLP
RAMZI ABADOU   (Bar No. 222567)
ELI R. GREENSTEIN   (Bar No. 217945)
STACEY M. KAPLAN   (Bar No. 241989)
ERIK D. PETERSON   (Bar No. 257098)
580 California Street, Suite 1750
San Francisco, CA 94104
Tel:   (415) 400-3000
Fax:   (415) 400-3001
rabadou@ktmc.com
egreenstein@ktmc.com
skaplan@ktmc.com
epeterson@ktmc.com

KAPLAN FOX & KILSHEIMER LLP
LAURENCE D. KING   (Bar No. 206423)
MARIO M. CHOI (Bar No. 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel:   (415) 772-4700
Fax:   (415) 772-4707
lking@kaplanfox.com
mchoi@kaplanfox.com

*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden and Danske Invest Management A/S*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER SECURITIES LITIGATION | Case No. CV 09-5473-RS **(Consolidated)** **CLASS ACTION** **STIPULATION AND [PROPOSED] ORDER REGARDING INTERROGATORY LIMITS** |

1  WHEREAS, Rule 33(a)(1) of the Federal Rules of Civil Procedure provides that each party may serve no more than 25 written interrogatories unless otherwise stipulated or ordered by the Court;

WHEREAS, the parties have met and conferred in good faith and believe that a total of 35 interrogatories per side (*i.e.*, 35 interrogatories in total for plaintiffs and 35 interrogatories in total for defendants) is reasonable and appropriate in light of the facts and issues presented in this case;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as follows:

Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden, and Danske Invest Management A/S may collectively serve up to a total of 35 interrogatories pursuant to Fed. R. Civ. P. 33; and defendants SunPower Corporation, Thomas H. Werner, Dennis V. Arriola and Emmanuel T. Hernandez may collectively serve up to a total of 35 interrogatories pursuant to Fed. R. Civ. P. 33. This stipulation is without prejudice to further increases, if necessary, upon agreement of the parties or with leave of Court, and the parties reserve the right to oppose any such future request.

Dated: April 16, 2012   Respectfully submitted,

KESSLER TOPAZ MELTZER
  & CHECK, LLP

By:  *s/ Eli R. Greenstein*
     ELI R. GREENSTEIN

RAMZI ABADOU
ELI R. GREENSTEIN
STACEY M. KAPLAN
ERIK D. PETERSON
580 California Street, Suite 1750
San Francisco, CA 94104
Tel:   (415) 400-3000
Fax:   (415) 400-3001

Dated: April 16, 2012   BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP

By:  *s/ David R. Stickney*
     DAVID R. STICKNEY

DAVID R. STICKNEY

|   |   |   |
|---|---|---|
|   |   | BENJAMIN GALDSTON<br>DAVID R. KAPLAN<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel:    (858) 793-0070<br>Fax:   (858) 793-0323 |
| Dated:  April 16, 2012 |   | KAPLAN FOX & KILSHEIMER LLP<br><br>By:    *s/ Laurence D. King*<br>         LAURENCE D. KING<br><br>LAURENCE D. KING<br>MARIO M. CHOI<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104<br>Tel:    (415) 772-4700<br>Fax:   (415) 772-4707<br><br>-and-<br><br>FREDERIC S. FOX<br>JOEL B. STRAUSS<br>DONALD R. HALL<br>CHRISTINE M. FOX<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Tel:    (212) 687-1980<br>Fax:   (212) 687-7714<br><br>*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden and Danske Invest Management A/S* |
| Dated:  April 16, 2012 |   | MORRISON & FOERSTER LLP<br><br>By:    *s/ Craig Martin*<br>         CRAIG MARTIN<br><br>JORDAN ETH<br>JUDSON LOBDELL<br>CRAIG MARTIN<br>SAMUEL S. SONG<br>425 Market Street<br>San Francisco, CA 94105<br>Tel:    (415) 268-7000<br>Fax:   (415) 268-7522<br><br>*Attorneys for Defendants SunPower Corporation, Thomas H. Werner, Dennis V. Arriola and Emmanuel T. Hernandez* |

**CERTIFICATION UNDER GENERAL ORDER NO. 45**

I, Eli R. Greenstein, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Interrogatory Limits. In compliance with General Order No. 45, X.B., I attest that David Stickney, Laurence King and Craig Martin have concurred in this filing.

Dated: April 16, 2012                             *s/ Eli R. Greenstein*
                                                                ELI R. GREENSTEIN

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2012           _____
                                                             HONORABLE RICHARD SEEBORG
                                                             UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 16, 2012.

*s/ Eli R. Greenstein*
ELI R. GREENSTEIN

# Mailing Information for a Case 3:09-cv-05473-RS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  rabadou@ktmc.com,knguyen@ktmc.com,arobles@ktmc.com

- **George Carlos Aguilar**
  GAguilar@robbinsumeda.com,Notice@robbinsumeda.com

- **Jaime Allyson Bartlett**
  jbartlett@sidley.com,dgiusti@sidley.com

- **Sara B. Brody**
  sbrody@sidley.com,tnewman@sidley.com,jbartlett@sidley.com

- **Mario Man-Lung Choi**
  mchoi@kaplanfox.com,kweiland@kaplanfox.com

- **Aviah Cohen Pierson**
  acohenpierson@kaplanfox.com

- **Jordan Eth**
  jeth@mofo.com,nurbina@mofo.com

- **Frederic S. Fox**
  ffox@kaplanfox.com

- **Benjamin Galdston**
  beng@blbglaw.com,denab@blbglaw.com,kristid@blbglaw.com,ranaew@blbglaw.com

- **Michael M. Goldberg**
  mmgoldberg@glancylaw.com

- **Eli Greenstein**
  egreenstein@ktmc.com

- **Donald R Hall**
  dhall@kaplanfox.com

- **Dennis J. Herman**
  dennish@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,triciam@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Stephen D. Hibbard**
  shibbard@shearman.com,rcheatham@shearman.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com

- **Stacey Marie Kaplan**
  skaplan@ktmc.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,peterb@hbsslaw.com,pashad@hbsslaw.com,sf_filings@hbsslaw.com

- **Mark P. Kindall**
  firm@izardnobel.com,mkindall@izardnobel.com

- **Laurence D. King**
  lking@kaplanfox.com,kweiland@kaplanfox.com

- **Angela Elaine Kleine**
  akleine@mofo.com

- **Joy Ann Kruse**
  jakruse@lchb.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Judson Earle Lobdell**
  jlobdell@mofo.com,mblackmer@mofo.com

- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Kim Elaine Miller**
  kimmiller225@yahoo.com,kim.miller@ksfcounsel.com

- **Erik David Peterson**
  epeterson@ktmc.com,dcheck@ktmc.com,arobles@ktmc.com

- **Aviah Cohen Pierson**
  acohenpierson@kaplanfox.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **David Ronald Stickney**
  davids@blbglaw.com

- **Joel B. Strauss**
  jstrauss@kaplanfox.com

- **Sean Travis Strauss**
  invalidaddress@invalidaddress.com,sstrauss@steinlubin.com

- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Laurence Reza Wrathall**
  laurence.wrathall@blbglaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Catherine         J. Kowalewski
Robbins Geller Rudman & Dowd LLP
655 W Broadway
```

Suite 1900
San Diego, CA 92101