BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
DAVID R. STICKNEY  (Bar No. 188574)
BENJAMIN GALDSTON  (Bar No. 211114)
DAVID R. KAPLAN  (Bar No. 230144)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
davids@blbglaw.com
beng@blbglaw.com
davidk@blbglaw.com

KAPLAN FOX & KILSHEIMER LLP
LAURENCE D. KING  (Bar No. 206423)
MARIO M. CHOI (Bar No. 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel:   (415) 772-4700
Fax:   (415) 772-4707
lking@kaplanfox.com
mchoi@kaplanfox.com

KESSLER TOPAZ MELTZER
  & CHECK, LLP
RAMZI ABADOU  (Bar No. 222567)
ELI R. GREENSTEIN  (Bar No. 217945)
STACEY M. KAPLAN  (Bar No. 241989)
ERIK D. PETERSON  (Bar No. 257098)
580 California Street, Suite 1750
San Francisco, CA 94104
Tel:   (415) 400-3000
Fax:   (415) 400-3001
rabadou@ktmc.com
egreenstein@ktmc.com
skaplan@ktmc.com
epeterson@ktmc.com

*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden and Danske Invest Management A/S*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER SECURITIES LITIGATION | Case No. CV 09-5473-RS **(Consolidated)**<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING INTERROGATORY LIMITS** |

WHEREAS, Rule 33(a)(1) of the Federal Rules of Civil Procedure provides that each party may serve no more than 25 written interrogatories unless otherwise stipulated or ordered by the Court;

WHEREAS, the parties have met and conferred in good faith and believe that a total of 35 interrogatories per side (*i.e.*, 35 interrogatories in total for plaintiffs and 35 interrogatories in total for defendants) is reasonable and appropriate in light of the facts and issues presented in this case;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as follows:

Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden, and Danske Invest Management A/S may collectively serve up to a total of 35 interrogatories pursuant to Fed. R. Civ. P. 33; and defendants SunPower Corporation, Thomas H. Werner, Dennis V. Arriola and Emmanuel T. Hernandez may collectively serve up to a total of 35 interrogatories pursuant to Fed. R. Civ. P. 33.  This stipulation is without prejudice to further increases, if necessary, upon agreement of the parties or with leave of Court, and the parties reserve the right to oppose any such future request.

Dated:  April 16, 2012               Respectfully submitted,

                                     KESSLER TOPAZ MELTZER
                                        & CHECK, LLP

                                     By:   *s/ Eli R. Greenstein*
                                           ELI R. GREENSTEIN

                                     RAMZI ABADOU
                                     ELI R. GREENSTEIN
                                     STACEY M. KAPLAN
                                     ERIK D. PETERSON
                                     580 California Street, Suite 1750
                                     San Francisco, CA 94104
                                     Tel:   (415) 400-3000
                                     Fax:   (415) 400-3001

Dated:  April 16, 2012               BERNSTEIN LITOWITZ BERGER
                                        & GROSSMANN LLP

                                     By:   *s/ David R. Stickney*
                                           DAVID R. STICKNEY

                                     DAVID R. STICKNEY

---

STIPULATION AND [PROPOSED] ORDER                                                  -1-
Case No. CV 09-5473-RS

|   |   |   |
|---|---|---|
| 1 |   | BENJAMIN GALDSTON |
| 2 |   | DAVID R. KAPLAN |
|   |   | 12481 High Bluff Drive, Suite 300 |
| 3 |   | San Diego, CA 92130 |
|   |   | Tel:    (858) 793-0070 |
| 4 |   | Fax:   (858) 793-0323 |

Dated: April 16, 2012             KAPLAN FOX & KILSHEIMER LLP

By:   *s/ Laurence D. King*
         LAURENCE D. KING

LAURENCE D. KING
MARIO M. CHOI
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel:    (415) 772-4700
Fax:   (415) 772-4707

-and-

FREDERIC S. FOX
JOEL B. STRAUSS
DONALD R. HALL
CHRISTINE M. FOX
850 Third Avenue, 14th Floor
New York, NY 10022
Tel:    (212) 687-1980
Fax:   (212) 687-7714

*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden and Danske Invest Management A/S*

Dated: April 16, 2012             MORRISON & FOERSTER LLP

By:   *s/ Craig Martin*
         CRAIG MARTIN

JORDAN ETH
JUDSON LOBDELL
CRAIG MARTIN
SAMUEL S. SONG
425 Market Street
San Francisco, CA 94105
Tel:    (415) 268-7000
Fax:   (415) 268-7522

*Attorneys for Defendants SunPower Corporation, Thomas H. Werner, Dennis V. Arriola and Emmanuel T. Hernandez*

STIPULATION AND [~~PROPOSED~~] ORDER                                                                                                    -2-
Case No. CV 09-5473-RS

**CERTIFICATION UNDER GENERAL ORDER NO. 45**

I, Eli R. Greenstein, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Interrogatory Limits. In compliance with General Order No. 45, X.B., I attest that David Stickney, Laurence King and Craig Martin have concurred in this filing.

Dated: April 16, 2012                             *s/ Eli R. Greenstein*
                                                  ELI R. GREENSTEIN

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __4/16_____, 2012       _____
                                  HONORABLE RICHARD SEEBORG
                                  UNITED STATES DISTRICT JUDGE