Clerk's Use Only
Initial for fee pd.:

Christine M. Fox
Kaplan Fox & Kilsheimer LLP
850 Third Ave., 14th Floor
New York, NY 10022
tel. 212-687-1980

FILED
2012 AUG 17 A 10:45
RICHARD W.
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT
CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Harry Plichta, Individually and on Behalf of All Others Similarly Situated,

Plaintiff(s),

v.

SunPower Corp., Thomas H. Werner, and Dennis V. Arriola,

Defendant(s).

CASE NO. cv-095473-RS(consol.)

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Christine M. Fox, an active member in good standing of the bar of Southern District of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Court-appointed Lead Plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Mario M. Choi, Kaplan Fox & Kilsheimer LLP, 350 Sansome Street, Suite 400, San Francisco, CA 94104 tel. 415-772-4700

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/16/12

Christine M. Fox

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

_____**CHRISTINE MARIE FOX**_____ , Bar # _____**CF2910**_____

was duly admitted to practice in this Court on

_____**JANUARY 16th, 1996**_____ , and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>     on     **AUGUST 15th, 2012**

_____Ruby J. Krajick_____     by     _____[signature] Wayne Browne_____
Clerk                                                Deputy Clerk