RECEIVED
2012 AUG 17 A 10: 45

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Harry Plichta, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

SunPower Corp., Thomas H. Werner, and Dennis V. Arriola,

    Defendant.

CASE NO. cv-095473-RS(consol.)

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Christine M. Fox, whose business address and telephone number is Kaplan Fox & Kilsheimer LLP, 850 Third Avenue, 14th Floor, New York, NY 10022 tel. 212-687-1980

and who is an active member in good standing of the bar of Southern District of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Court-appointed Lead Plaintiff.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                            Honorable Richard Seeborg
                                            United States District Judge