KESSLER TOPAZ MELTZER
& CHECK, LLP
RAMZI ABADOU (Bar No. 222567)
ELI R. GREENSTEIN (Bar No. 217945)
STACEY M. KAPLAN (Bar No. 241989)
ERIK D. PETERSON (Bar No. 257098)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001
rabadou@ktmc.com
egreenstein@ktmc.com
skaplan@ktmc.com
epeterson@ktmc.com

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
DAVID R. STICKNEY (Bar No. 188574)
BENJAMIN GALDSTON (Bar No. 211114)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
davids@blbglaw.com
beng@blbglaw.com

KAPLAN FOX & KILSHEIMER LLP
LAURENCE D. KING (Bar No. 206423)
MARIO M. CHOI (Bar No. 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel: (415) 772-4700
Fax: (415) 772-4707
lking@kaplanfox.com
mchoi@kaplanfox.com

*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden and Danske Invest Management A/S*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE SUNPOWER SECURITIES LITIGATION

Case No. CV 09-5473-RS (Consolidated)

**CLASS ACTION**

**PROOF OF SERVICE**

Date: September 27, 2012
Time: 1:30 pm
Courtroom: 3, 17th Floor
Judge: Honorable Richard Seeborg

I, Andrea Elaine Robles, declare as follows:

I am a resident of the State of California. I am employed in San Francisco, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is One Sansome Street, Suite 1850, San Francisco, California 94104. On August 22, 2012, I served the following document(s):

**LETTER TO CLERK OF THE COURT**

**PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL THEIR MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO FIRST SET OF DOCUMENT REQUESTS AND CERTAIN DOCUMENTS SUBMITTED IN SUPPORT THEREOF**

**DECLARATION OF ERIK D. PETERSON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL THEIR MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO FIRST SET OF DOCUMENT REQUESTS AND CERTAIN DOCUMENTS SUBMITTED IN SUPPORT THEREOF**

**[PROPOSED] SEALING ORDER**

**PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO FIRST SET OF DOCUMENT REQUESTS**

**DECLARATION OF ERIK D. PETERSON IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO FIRST SET OF DOCUMENT REQUESTS**

**[PROPOSED] ORDER**

☐ By placing such a copy enclosed in a sealed envelope, postage thereon fully prepaid, in the United States Postal Service for collection and mailing this day in accordance with ordinary business practices at Kessler Topaz Meltzer & Check, LLP.

☒ By personal service I caused such envelope(s) to be delivered by hand on August 21, 2012 to the offices of the addressee(s) listed below.

☐ By consigning such a copy to a messenger for guaranteed hand delivery on August 21, 2012.

☐ By consigning such copy to a facsimile operator at fax number (415) 400-3001 for transmittal on this date to the addressee(s) listed below.

☐ By electronic transmission. I caused a true and correct copy of the aforementioned document to be transmitted to each of the parties at the electronic notification address last given by said party on any document which he or she has filed in this action and served upon this office.

I served the above document(s) on the following persons:

Jordan Eth
Craig D. Martin
Angela E. Kleine
Judson E. Lobdell
Samuel S. Song
**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105-2482

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed at San Francisco, California, on August 22, 2012.

Andrea Elaine Robles

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 22, 2012.

*/s/ Eli R. Greenstein*
Eli R. Greenstein

# Mailing Information for a Case 3:09-cv-05473-RS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  rabadou@ktmc.com,knguyen@ktmc.com,arobles@ktmc.com
- **George Carlos Aguilar**
  GAguilar@robbinsumeda.com,Notice@robbinsumeda.com
- **Jaime Allyson Bartlett**
  jbartlett@sidley.com,dgiusti@sidley.com
- **Sara B. Brody**
  sbrody@sidley.com,tnewman@sidley.com,jbartlett@sidley.com
- **Mario Man-Lung Choi**
  mchoi@kaplanfox.com,kweiland@kaplanfox.com
- **Aviah Cohen Pierson**
  acohenpierson@kaplanfox.com
- **Jordan Eth**
  jeth@mofo.com,nurbina@mofo.com
- **Frederic S. Fox**
  ffox@kaplanfox.com
- **Benjamin Galdston**
  beng@blbglaw.com,denab@blbglaw.com,kristid@blbglaw.com,ranaew@blbglaw.com
- **Michael M. Goldberg**
  mmgoldberg@glancylaw.com,csadler@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com
- **Eli Greenstein**
  egreenstein@ktmc.com
- **Donald R Hall**
  dhall@kaplanfox.com
- **Dennis J. Herman**
  dennish@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,triciam@rgrdlaw.com,e_file_sf@rgrdlaw.com
- **Stephen D. Hibbard**
  shibbard@shearman.com,rcheatham@shearman.com
- **Robert N. Kaplan**
  rkaplan@kaplanfox.com
- **Stacey Marie Kaplan**
  skaplan@ktmc.com
- **Reed R. Kathrein**
  reed@hbsslaw.com,peterb@hbsslaw.com,pashad@hbsslaw.com,sf_filings@hbsslaw.com
- **Mark P. Kindall**
  firm@izardnobel.com,mkindall@izardnobel.com

- **Laurence D. King**
  lking@kaplanfox.com,kweiland@kaplanfox.com
- **Angela Elaine Kleine**
  akleine@mofo.com
- **Joy Ann Kruse**
  jakruse@lchb.com
- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com
- **Judson Earle Lobdell**
  jlobdell@mofo.com,mblackmer@mofo.com
- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com
- **Kim Elaine Miller**
  kimmiller225@yahoo.com,kim.miller@ksfcounsel.com
- **Erik David Peterson**
  epeterson@ktmc.com,dcheck@ktmc.com,arobles@ktmc.com
- **Aviah Cohen Pierson**
  acohenpierson@kaplanfox.com
- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com
- **David Ronald Stickney**
  davids@blbglaw.com
- **Joel B. Strauss**
  jstrauss@kaplanfox.com
- **Sean Travis Strauss**
  invalidaddress@invalidaddress.com,sstrauss@steinlubin.com
- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,ysoboleva@bermandevalerio.com
- **David Conrad Walton**
  davew@rgrdlaw.com
- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com
- **Laurence Reza Wrathall**
  laurence.wrathall@blbglaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Christine M. Fox**
Kaplan Fox & Kilsheimer LLP
850 Third Avenue

14th Floor
New York, NY 10022

**Catherine J. Kowalewski**
Robbins Geller Rudman & Dowd LLP
655 W Broadway
Suite 1900
San Diego, CA 92101