IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER SECURITIES LITIGATION<br><br>_____/ | No. C 09-5473 RS<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

Plaintiffs have submitted an administrative request seeking leave to file a motion to compel under seal. Pursuant to Northern District Local Rule 72-1, the Court hereby refers the sealing request, the underlying motion to compel, and any further disputes discovery disputes in this matter to a randomly assigned Magistrate Judge for resolution.

IT IS SO ORDERED.

Dated: 8/22/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE