KESSLER TOPAZ MELTZER
    & CHECK, LLP
RAMZI ABADOU (Bar No. 222567)
ELI R. GREENSTEIN (Bar No. 217945)
STACEY M. KAPLAN (Bar No. 241989)
ERIK D. PETERSON (Bar No. 257098)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:   (415) 400-3000
Fax:   (415) 400-3001
rabadou@ktmc.com
egreenstein@ktmc.com
skaplan@ktmc.com
epeterson@ktmc.com

BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
DAVID R. STICKNEY (Bar No. 188574)
BENJAMIN GALDSTON (Bar No. 211114)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
davids@blbglaw.com
beng@blbglaw.com

KAPLAN FOX & KILSHEIMER LLP
LAURENCE D. KING (Bar No. 206423)
MARIO M. CHOI (Bar No. 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel:   (415) 772-4700
Fax:   (415) 772-4707
lking@kaplanfox.com
mchoi@kaplanfox.com

*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden and Danske Invest Management A/S*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER SECURITIES LITIGATION | Case No. CV 09-5473-RS (JSC) (Consolidated) <br><br> **CLASS ACTION** <br><br> **PLAINTIFFS' RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO FIRST SET OF DOCUMENT REQUESTS AND CERTAIN DOCUMENTS SUBMITTED IN SUPPORT THEREOF** |

On August 23, 2012, the Court denied without prejudice Plaintiffs' Administrative Request to File Under Seal Their Motion to Compel Production of Documents Responsive to First Set of Document Requests and Certain Documents Submitted in Support Thereof. Docket No. 202.  Pursuant to Civil Local Rules 7-11 and 79-5(d), General Order No. 62, this Court's Civil Standing Order ("Standing Order") and the Stipulated Protective Order Governing Confidentiality entered on August 20, 2012 (the "Protective Order") (Docket No. 197), Plaintiffs respectfully submit this Renewed Administrative Motion to File Under Seal Portions of Their Motion to Compel Production of Documents Responsive to First Set of Document Requests and Certain Documents Submitted in Support Thereof ("Administrative Motion").

Plaintiffs' Motion to Compel Production of Documents Responsive to First Set of Document Requests ("Motion to Compel") contains information from documents produced by Defendants and non-party PricewaterhouseCoopers LLP ("PwC") that Defendants have designated as "confidential" pursuant to the Protective Order.[1]  *See* Docket No. 197.  In addition, Exhibits 1, 3, 9, 12, 14, 16, 21-25, 27 and 28 to the Declaration of Erik D. Peterson in Support of Plaintiffs' Motion to Compel Production of Documents Responsive to First Set of Document Requests ("Peterson Declaration") were designated as "confidential" by Defendants or contain information from documents Defendants designated as "confidential."  The remaining Exhibits to the Peterson Declaration, Exhibits 2, 4-8, 10-11, 13, 15, 17-20, 26 and 29, are not requested to be filed under seal.  Pursuant to the Civil Standing Order, the proposed public redacted version of Plaintiffs' Motion to Compel, the Peterson Declaration and Exhibits that do not contain information designated as "confidential" are attached as Exhibit A.  *See* Standing Order at 2.

Accordingly, Plaintiffs are filing and serving this Administrative Motion on Defendants and PwC to give the designating parties an opportunity to "file with the Court and serve a declaration establishing that the designated information is sealable, and [] lodge and serve a

---

[1]   PwC consented to Defendants' designation of PwC's documents as confidential.

ADMINISTRATIVE REQUEST                                                                                           -1-
Case No. CV 09-5473-RS

narrowly tailored proposed sealing order, or [] withdraw the designation of confidentiality."
*See* Civil Local Rule 79-5(d); *see also* Protective Order, §11; Docket No. 202 at 2:2-5;
Standing Order at 3.

Pursuant to General Order No. 62, the complete, unredacted versions of the Motion to Compel and the Peterson Declaration will be lodged with the Court for in camera review and served on Defendants and PwC.

Dated:  August 24, 2012                                              Respectfully submitted,

KESSLER TOPAZ MELTZER
   & CHECK, LLP

*/s/ Erik D. Peterson*
RAMZI ABADOU
ELI R. GREENSTEIN
STACEY M. KAPLAN
ERIK D. PETERSON
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:  (415) 400-3000
Fax:  (415) 400-3001

KAPLAN FOX & KILSHEIMER LLP
LAURENCE D. KING
MARIO M. CHOI
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel:   (415) 772-4700
Fax:   (415) 772-4707

-and-

FREDERIC S. FOX (*pro hac vice*)
JOEL B. STRAUSS (*pro hac vice*)
CHRISTINE M. FOX (*pro hac vice*)
850 Third Avenue, 14th Floor
New York, NY 10022
Tel:   (212) 687-1980
Fax:   (212) 687-7714
ffox@kaplanfox.com
jstrauss@kaplanfox.com
cfox@kaplanfox.com

BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
DAVID R. STICKNEY
BENJAMIN GALDSTON
DAVID R. KAPLAN
LAWRENCE REZA WRATHALL

ADMINISTRATIVE REQUEST                                                                                                      -2-
Case No. CV 09-5473-RS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

          12481 High Bluff Drive, Suite 300
          San Diego, CA 92130
          Tel:    (858) 793-0070
          Fax:   (858) 793-0323

*Attorneys for Lead Plaintiffs*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 24, 2012.

*/s/ Erik D. Peterson*
ERIK D. PETERSON

# Mailing Information for a Case 3:09-cv-05473-RS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  rabadou@ktmc.com,knguyen@ktmc.com,arobles@ktmc.com

- **George Carlos Aguilar**
  GAguilar@robbinsumeda.com,Notice@robbinsumeda.com

- **Jaime Allyson Bartlett**
  jbartlett@sidley.com,dgiusti@sidley.com

- **Sara B. Brody**
  sbrody@sidley.com,tnewman@sidley.com,jbartlett@sidley.com

- **Mario Man-Lung Choi**
  mchoi@kaplanfox.com,kweiland@kaplanfox.com

- **Aviah Cohen Pierson**
  acohenpierson@kaplanfox.com

- **Jordan Eth**
  jeth@mofo.com,nurbina@mofo.com

- **Frederic S. Fox**
  ffox@kaplanfox.com

- **Benjamin Galdston**
  beng@blbglaw.com,denab@blbglaw.com,kristid@blbglaw.com,ranaew@blbglaw.com

- **Michael M. Goldberg**
  mmgoldberg@glancylaw.com,csadler@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Eli Greenstein**
  egreenstein@ktmc.com

- **Donald R Hall**
  dhall@kaplanfox.com

- **Dennis J. Herman**
  dennish@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,triciam@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Stephen D. Hibbard**
  shibbard@shearman.com,rcheatham@shearman.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com

- **Stacey Marie Kaplan**
  skaplan@ktmc.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,peterb@hbsslaw.com,pashad@hbsslaw.com,sf_filings@hbsslaw.com

- **Mark P. Kindall**
  firm@izardnobel.com,mkindall@izardnobel.com

- **Laurence D. King**
  lking@kaplanfox.com,kweiland@kaplanfox.com

- **Angela Elaine Kleine**
  akleine@mofo.com

- **Joy Ann Kruse**
  jakruse@lchb.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Judson Earle Lobdell**
  jlobdell@mofo.com,mblackmer@mofo.com

- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Kim Elaine Miller**
  kimmiller225@yahoo.com,kim.miller@ksfcounsel.com

- **Erik David Peterson**
  epeterson@ktmc.com,dcheck@ktmc.com,arobles@ktmc.com

- **Aviah Cohen Pierson**
  acohenpierson@kaplanfox.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **David Ronald Stickney**
  davids@blbglaw.com

- **Joel B. Strauss**
  jstrauss@kaplanfox.com

- **Sean Travis Strauss**
  invalidaddress@invalidaddress.com,sstrauss@steinlubin.com

- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Laurence Reza Wrathall**
  laurence.wrathall@blbglaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Christine         M. Fox
Kaplan Fox & Kilsheimer LLP
850 Third Avenue
```

14th Floor
New York, NY 10022

**Catherine J. Kowalewski**
Robbins Geller Rudman & Dowd LLP
655 W Broadway
Suite 1900
San Diego, CA 92101