United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SUNPOWER SECURITIES LITIGATION, | Case No.: 09-cv-5473 RS (JSC)<br><br>**ORDER RE: PLAINTIFFS' RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL (Dkt. No. 203)** |

Now pending before the Court is Plaintiffs' Renewed Administrative Motion to file Plaintiffs' Motion to Compel Discovery and various exhibits thereto under seal pursuant to Local Rule 79-5. (Dkt. No. 203.) Having considered Plaintiffs' Motion and the Declaration of Samuel Song (Dkt. No. 205) submitted in support of the sealing request, the motion is GRANTED IN PART.

Plaintiffs' request for sealing of the following portions of their Motion to Compel is DENIED: pages 4, 8, 15 and 18. The Court finds that the information proposed to be redacted on these pages is not "privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civ.L. R. 79-5(a).

Similarly, the proposed redactions to the following exhibits are not "privileged or protectable as a trade secret or otherwise entitled to protection under the law," and Plaintiffs'

1  request to file portions of these exhibits under seal is DENIED as follows: Exhibit 9, the portion
2  of text in the third paragraph; Exhibit 12, all proposed redactions; and Exhibit 14, all proposed
3  redactions.
4      Plaintiffs' request for sealing is granted in all other respects.
5      Plaintiffs shall electronically file redacted versions of the motion to compel and exhibits
6  thereto in accordance with this order within three business days. Plaintiffs shall also
7  electronically file under seal the unredacted version of the entire motion and all exhibits
8  thereto within three business days.
9      **IT IS SO ORDERED.**
10 Dated: August 30, 2012

*Jacqueline S. Corley*
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE