UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE SUNPOWER SECURITIES LITIGATION | Case No. CV 09-5473-RS (JSC) (Consolidated) **CLASS ACTION** **[PROPOSED] ORDER** |
|---|---|

1  The Court, having considered Plaintiffs' Motion to Compel Production of Documents Responsive to First Set of Document Requests (the "Motion") and the documents submitted in support thereof, finds that the Motion is well taken and, accordingly, it is hereby:

ORDERED that the Motion is GRANTED, and

(a) the relevant time period of April 1, 2007 through June 30, 2010 shall apply to Defendants' responses to Plaintiffs' discovery; and

(b) Defendants shall produce documents responsive to Request Nos. 5, 16(c), 20, 27, 33, 35, 36, 40, 45, 56, 59 and 64 without Defendants' custodian limitations.

Dated: _____, 2012

HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE