1   JORDAN ETH (CA SBN 121617)
    JEth@mofo.com
2   JUDSON E. LOBDELL (CA SBN 146041)
    JLobdell@mofo.com
3   CRAIG D. MARTIN (CA SBN 168195)
    CMartin@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California 94105-2482
    Telephone: (415) 268-7000
6   Facsimile: (415) 268-7522

7   Attorneys for Defendants
    SUNPOWER CORPORATION, THOMAS H. WERNER,
8   DENNIS V. ARRIOLA, and EMMANUEL T. HERNANDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE SUNPOWER SECURITIES LITIGATION | Case No. CV 09-5473-RS (JSC)<br>(Consolidated)<br><br>**CLASS ACTION**<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Jacqueline Scott Corley<br>Courtroom: F, 15th Floor |
|---|---|

Certificate of Service
CV 09-5473-RS
sf-3192628

**CERTIFICATE OF SERVICE BY OVERNIGHT DELIVERY**
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years; and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it is placed at Morrison & Foerster for collection.

I further declare that on the date hereof I served a copy of:

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO FIRST SET OF DOCUMENT REQUESTS [Redacted]**

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO FIRST SET OF DOCUMENT REQUESTS [Unredacted]**

on the following by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows for collection by UPS at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practice.

| | |
|---|---|
| Ramzi Abadou<br>Stacey Kaplan<br>Erik D. Peterson<br>KESSLER TOPAZ MELTZER & CHECK, LLP<br>One Sansome Street, Suite 1850<br>San Francisco, CA 94104 | *Attorneys for Lead Plaintiffs*<br>*Arkansas Teacher Retirement*<br>*System, Forsta-AP Fonden and*<br>*Danske Invest Management A/S* |

[Courtesy Copies by Email]
Email: rabadou@ktmc.com
Email: skaplan@ktmc.com
Email: epeterson@ktmc.com

Laurence D. King
Mario M. Choi
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104

[Courtesy Copies by Email]
Email: lking@kaplanfox.com
Email: mchoi@kaplanfox.com

Certificate of Service
CV 09-5473-RS   1

| | |
|---|---|
| David R. Stickney<br>Benjamin Galdston<br>David R. Kaplan<br>BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130 | *Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Forsta-AP Fonden and Danske Invest Management A/S* |

[Courtesy Copies by Email]
Email: davids@blbglaw.com
Email: beng@blbglaw.com
Email: DavidK@blbglaw.com

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 7th day of September, 2012.

_____
Barbara J. Johnston
(typed)

_____
Barbara Johnston
(signature)

Certificate of Service
CV 09-5473-RS                                    2