JORDAN ETH (CA SBN 121617)
JEth@mofo.com
JUDSON E. LOBDELL (CA SBN 146041)
JLobdell@mofo.com
CRAIG D. MARTIN (CA SBN 168195)
CMartin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendants
SUNPOWER CORPORATION, THOMAS H. WERNER,
DENNIS V. ARRIOLA, and EMMANUEL T. HERNANDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER SECURITIES LITIGATION | Case No. CV 09-5473-RS (JSC) (Consolidated) <br><br> **CLASS ACTION** <br><br> [~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> Judge: Hon. Jacqueline Scott Corley <br> Courtroom: F, 15th Floor <br> Hearing Date: October 4, 2012 <br> Hearing Time: 9:00 a.m. |

On September 7, 2012, Defendants SunPower Corporation, Thomas H. Werner, Dennis V. Arriola, and Emmanuel T. Hernandez ("Defendants") filed an Opposition to Plaintiffs' Motion to Compel Production of Documents Responsive to First Set of Document Requests (the "Opposition"). In connection with the Opposition, Defendants filed an Administrative Motion to File Under Seal (the "Motion") a portion of the Opposition pursuant to this Court's Civil Standing Order, Civil Local Rules 7-11 and 79-5(c), and the Stipulated Protective Order Governing Confidentiality entered on August 20, 2012. The portion of the Opposition that Defendants seek to seal quotes and refers to information previously designated as confidential. The Motion was accompanied by the Declaration of Samuel S. Song in Support of Defendants' Administrative Motion to File Under Seal (the "Song Declaration"). Pursuant to Local Rule 79-5(c) and this Court's Civil Standing Order, Defendants lodged with the Court both a redacted and un-redacted version of the Opposition.

The Motion and the Song Declaration establish good cause for the sealing of the portion of the Opposition containing information designated as confidential, as that portion of the Opposition quotes and refers to information that is "privileged or protectable as a trade secret or otherwise entitled to protection under the law" under Local Rule 79-5(a).

Accordingly, the Court hereby grants Defendants' administrative motion to seal, and orders that Defendants shall e-file under seal the un-redacted version of the Opposition.

Dated: September 11, 2012

*Jacqueline S. Corley*
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE