# EXHIBIT C

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

September 13, 2012

Writer's Direct Contact
415.268.7681
CMartin@mofo.com

By Overnight Delivery and E-mail (CFox@kaplanfox.com)

Christine Fox
Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY 10022

Re:   *In re SunPower Securities Litigation*, United States District Court, Northern District of California, Case No. 09-CV-5473 RS (JSC)

Dear Christine:

As part of Defendants' ongoing production, I am enclosing an encrypted hard drive containing electronic copies of non-privileged documents produced in response to Lead Plaintiffs' document requests. The documents on the hard drive contain one or more of the search terms we sent to Lead Plaintiffs on July 23 and were not captured by a privilege-term filter. We will provide a password for the hard drive under separate cover. The documents have been stamped for identification as SPWR 000893050 – SPWR 001404245. These documents were processed using the same methodology as the documents produced to you on August 23.

All documents have been labeled as "CONFIDENTIAL," and are subject to the terms of the Stipulated Protective Order Governing Confidentiality (the "Protective Order") entered by the Court on August 20, 2012.

By producing the enclosed documents, SunPower is not waiving and does not intend to waive any rights, objections, and/or privileges afforded to it. Pursuant to Section 12 of the Protective Order, any inadvertent production of information that is privileged or otherwise protected will not operate as a waiver of privilege or work-product protection in this proceeding or in any other federal or state proceeding. Any inadvertently produced privileged or protected documents should be treated in accordance with Section 12 of the Protective Order.

sf-3191662

MORRISON | FOERSTER

Christine Fox
September 13, 2012
Page Two

Sincerely,

Craig D. Martin

Enclosure

cc: Eli Greenstein by E-mail (egreenstein@ktmc.com)

sf-3191662

