JORDAN ETH (CA SBN 121617)
JEth@mofo.com
JUDSON E. LOBDELL (CA SBN 146041)
JLobdell@mofo.com
CRAIG D. MARTIN (CA SBN 168195)
CMartin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendants
SUNPOWER CORPORATION, THOMAS H. WERNER,
DENNIS V. ARRIOLA, and EMMANUEL T. HERNANDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER SECURITIES LITIGATION | Case No. CV 09-5473-RS (JSC) (Consolidated) <br><br> **CLASS ACTION** <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS REGARDING FORWARD-LOOKING STATEMENTS AND VAGUE STATEMENTS OF CORPORATE OPTIMISM** <br><br> Judge: Hon. Richard Seeborg <br> Courtroom: 3, 17th Floor <br> Hearing Date: October 25, 2012 <br> Hearing Time: 1:30 p.m. |

Defendants SunPower Corporation, Thomas H. Werner, Dennis V. Arriola, and Emmanuel T. Hernandez ("Defendants") have moved the Court pursuant to Federal Rule of Civil Procedure 12(c) for an order granting judgment on Plaintiffs' claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 that are based on forward-looking statements and vague statements of corporate optimism alleged to be false or misleading in the First Amended Consolidated Class Action Complaint filed on April 18, 2011. Having considered Defendants' motion, the opposition filed by Plaintiffs, the supporting papers, and the arguments of counsel, IT IS HEREBY ORDERED that Defendants' Motion for Partial Judgment on the Pleadings is GRANTED.

IT IS SO ORDERED.

Dated: _____

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS
CASE NO. CV 09-5473-RS (JSC)
sf-3192878

1