KESSLER TOPAZ MELTZER
   & CHECK, LLP
RAMZI ABADOU (Bar No. 222567)
ELI R. GREENSTEIN (Bar No. 217945)
STACEY M. KAPLAN (Bar No. 241989)
ERIK D. PETERSON (Bar No. 257098)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:   (415) 400-3000
Fax:   (415) 400-3001
rabadou@ktmc.com
egreenstein@ktmc.com
skaplan@ktmc.com
epeterson@ktmc.com

BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
DAVID R. STICKNEY (Bar No. 188574)
BENJAMIN GALDSTON (Bar No. 211114)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
davids@blbglaw.com
beng@blbglaw.com

KAPLAN FOX & KILSHEIMER LLP
LAURENCE D. KING (Bar No. 206423)
MARIO M. CHOI (Bar No. 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel:   (415) 772-4700
Fax:   (415) 772-4707
lking@kaplanfox.com
mchoi@kaplanfox.com

*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden and Danske Invest Management A/S*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER SECURITIES LITIGATION | Case No. CV 09-5473-RS (JSC) (Consolidated)<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS AND REQUEST FOR JUDICIAL NOTICE** |

1  WHEREAS, on September 14, 2012, Defendants filed a Motion for Partial Judgment on the Pleadings (the "Motion") (Docket No. 217) pursuant to Fed. R. Civ. P. 12(c) and Request for Judicial Notice in Support of Defendants' Motion (Docket No. 218);

WHEREAS, pursuant to Civil Local Rules 7-3(a) and (c), Plaintiffs' opposition brief is currently due September 28, 2012, and Defendants' reply brief is due October 5, 2012;

WHEREAS, the deadline for Plaintiffs' upcoming Motion for Class Certification also falls on September 28, 2012;

WHEREAS, Defendants' Motion challenges 32 separate statements alleged in the First Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws (Docket No. 153) and includes numerous exhibits, charts and attachments (*see* Declaration of Erik D. Peterson in Support of the Stipulation and [Proposed] Order Regarding Briefing Schedule for Defendants' Motion for Partial Judgment on the Pleadings and Request for Judicial Notice);

WHEREAS, Plaintiffs believe additional time is appropriate to fully address the issues raised in the Motion and Defendants do not oppose;

WHEREAS, Plaintiffs believe that additional time will allow the parties to meet and confer in good faith to attempt to narrow the statements and issues in dispute and thus conserve both judicial and party resources;

IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local Rule 7-12, among the undersigned parties as follows:

(1) Plaintiffs shall file briefs in opposition to the Motion and Request for Judicial Notice by October 19, 2012;

(2) Defendants shall file any reply briefs on or before November 9, 2012; and

(3) The Motion and Request for Judicial Notice shall be heard on November 29, 2012 at 1:30 p.m., or at such time thereafter that is convenient to the Court, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

STIPULATION AND [PROPOSED] SCHEDULING ORDER                                                    -1-
Case No. CV 09-5473-RS (JSC)

| | | |
|---|---|---|
| 1 | Dated: September 21, 2012 | Respectfully submitted, |
| 2 | | KESSLER TOPAZ MELTZER |
| 3 | |   & CHECK, LLP |

Dated: September 21, 2012       Respectfully submitted,

KESSLER TOPAZ MELTZER
  & CHECK, LLP

*/s/ Eli R. Greenstein*
ELI R. GREENSTEIN

RAMZI ABADOU
ELI R. GREENSTEIN
STACEY M. KAPLAN
ERIK D. PETERSON
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001

Dated: September 21, 2012       BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP

*/s/ Benjamin Galdston*
BENJAMIN GALDSTON

DAVID R. STICKNEY
BENJAMIN GALDSTON
DAVID R. KAPLAN
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

Dated: September 21, 2012       KAPLAN FOX & KILSHEIMER LLP

*/s/ Laurence D. King*
LAURENCE D. KING

LAURENCE D. KING
MARIO M. CHOI
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel: (415) 772-4700
Fax: (415) 772-4707

-and-

FREDERIC S. FOX
JOEL B. STRAUSS
DONALD R. HALL
CHRISTINE M. FOX
850 Third Avenue, 14th Floor
New York, NY 10022
Tel: (212) 687-1980

| | |
|---|---|
| | Fax:   (212) 687-7714 |
| | *Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden and Danske Invest Management A/S* |
| Dated:  September 21, 2012 | MORRISON & FOERSTER LLP |
| | */s/ Judson Lobdell*<br>JUDSON LOBDELL |
| | JORDAN ETH<br>JUDSON LOBDELL<br>CRAIG MARTIN<br>425 Market Street<br>San Francisco, CA 94105<br>Tel:   (415) 268-7000<br>Fax:   (415) 268-7522 |
| | *Attorneys for Defendants SunPower Corporation, Thomas H. Werner, Dennis V. Arriola and Emmanuel T. Hernandez* |

STIPULATION AND [PROPOSED] SCHEDULING ORDER                                                       -3-
Case No. CV 09-5473-RS (JSC)

**ATTESTATION UNDER CIVIL LOCAL RULE 5-1(i)**

I, Eli R. Greenstein, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Scheduling Order. In compliance with Civil Local Rule 5-1(i), I attest that Benjamin Galdston, Laurence King and Judson Lobdell have concurred in this filing.

Dated: September 21, 2012            /*s/ Eli R. Greenstein*/
                                     ELI R. GREENSTEIN

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2012           _____
                                     HONORABLE RICHARD SEEBORG
                                     UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 21, 2012.

*/s/ Eli R. Greenstein*
ELI R. GREENSTEIN

# Mailing Information for a Case 3:09-cv-05473-RS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  rabadou@ktmc.com,knguyen@ktmc.com,arobles@ktmc.com

- **George Carlos Aguilar**
  GAguilar@robbinsumeda.com,Notice@robbinsumeda.com

- **Jaime Allyson Bartlett**
  jbartlett@sidley.com,dgiusti@sidley.com

- **Andrew Stuart Bernick**
  abernick@mofo.com

- **Sara B. Brody**
  sbrody@sidley.com,tnewman@sidley.com,jbartlett@sidley.com

- **Mario Man-Lung Choi**
  mchoi@kaplanfox.com,kweiland@kaplanfox.com

- **Aviah Cohen Pierson**
  acohenpierson@kaplanfox.com

- **Jordan Eth**
  jeth@mofo.com,nurbina@mofo.com

- **Christine M. Fox**
  cfox@kaplanfox.com

- **Frederic S. Fox**
  ffox@kaplanfox.com

- **Benjamin Galdston**
  beng@blbglaw.com,denab@blbglaw.com,kelly.mcdaniel@blbglaw.com,ranaew@blbglaw.com

- **Michael M. Goldberg**
  mmgoldberg@glancylaw.com,csadler@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Eli Greenstein**
  egreenstein@ktmc.com

- **Donald R Hall**
  dhall@kaplanfox.com

- **Dennis J. Herman**
  dennish@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,triciam@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Stephen D. Hibbard**
  shibbard@shearman.com,rcheatham@shearman.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com

- **Stacey Marie Kaplan**
  skaplan@ktmc.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,peterb@hbsslaw.com,pashad@hbsslaw.com,sf_filings@hbsslaw.com

- **Mark P. Kindall**
  firm@izardnobel.com,mkindall@izardnobel.com

- **Laurence D. King**
  lking@kaplanfox.com,kweiland@kaplanfox.com

- **Angela Elaine Kleine**
  akleine@mofo.com

- **Joy Ann Kruse**
  jakruse@lchb.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Judson Earle Lobdell**
  jlobdell@mofo.com,mblackmer@mofo.com

- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Kim Elaine Miller**
  kimmiller225@yahoo.com,kim.miller@ksfcounsel.com

- **Erik David Peterson**
  epeterson@ktmc.com,dcheck@ktmc.com,arobles@ktmc.com

- **Aviah Cohen Pierson**
  acohenpierson@kaplanfox.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **David Ronald Stickney**
  davids@blbglaw.com

- **Joel B. Strauss**
  jstrauss@kaplanfox.com

- **Sean Travis Strauss**
  invalidaddress@invalidaddress.com,sstrauss@steinlubin.com

- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Laurence Reza Wrathall**

laurence.wrathall@blbglaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Catherine        J. Kowalewski**
Robbins Geller Rudman & Dowd LLP
655 W Broadway
Suite 1900
San Diego, CA 92101