KESSLER TOPAZ MELTZER
  & CHECK, LLP
RAMZI ABADOU  (Bar No. 222567)
ELI R. GREENSTEIN  (Bar No. 217945)
STACEY M. KAPLAN  (Bar No. 241989)
ERIK D. PETERSON  (Bar No. 257098)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:  (415) 400-3000
Fax:  (415) 400-3001
rabadou@ktmc.com
egreenstein@ktmc.com
skaplan@ktmc.com
epeterson@ktmc.com

KAPLAN FOX & KILSHEIMER LLP
LAURENCE D. KING (Bar No. 206423)
MARIO M. CHOI (Bar No. 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel:  (415) 772-4700
Fax:  (415) 772-4707
lking@kaplanfox.com
mchoi@kaplanfox.com

*Attorneys for Lead Plaintiffs Arkansas
Teacher Retirement System, Första-AP
Fonden and Danske Invest Management A/S*

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
DAVID R. STICKNEY (Bar No. 188574)
BENJAMIN GALDSTON (Bar No. 211114)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:  (858) 793-0070
Fax:  (858) 793-0323
davids@blbglaw.com
beng@blbglaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER SECURITIES LITIGATION | Case No. CV 09-5473-RS (JSC) (Consolidated) <br><br> **CLASS ACTION** <br><br> **DECLARATION OF ERIK D. PETERSON IN SUPPORT OF THE STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS AND REQUEST FOR JUDICIAL NOTICE** |

Pursuant to 28 U.S.C. §1746 and Civil Local Rule 6-2(a), I, Erik D. Peterson, declare as follows:

1.      I am a member of the bar of the State of California and an associate with the law firm of Kessler Topaz Meltzer & Check, LLP, Lead Counsel for Plaintiffs.

2.      I respectfully submit this declaration in support of the Stipulation and [Proposed] Order Regarding Briefing Schedule for Defendants' Motion for Partial Judgment on the Pleadings and Request for Judicial Notice.

3.      On September 14, 2012, Defendants filed a Motion for Partial Judgment on the Pleadings (the "Motion") (Docket No. 217) pursuant to Fed. R. Civ. P. 12(c) and Request for Judicial Notice in Support of Defendants' Motion (Docket No. 218).

4.      Pursuant to Civil Local Rules 7-3(a) and (c), Plaintiffs' opposition brief is currently due September 28, 2012, and Defendants' reply brief is due October 5, 2012.

5.      Defendants' Motion challenges 32 separate statements alleged in the First Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws (Docket No. 153) and includes numerous exhibits, charts and attachments.

6.      Plaintiffs believe additional time is appropriate to fully address the issues raised in the Motion and Defendants do not oppose.

7.      Plaintiffs believe additional time will allow the parties to meet and confer in good faith to attempt to narrow the statements and issues in dispute and thus conserve both judicial and party resources.

8.      Previously, the Court has entered the following Orders modifying time:

      a.      Stipulation and Order Extending Time to Respond to Complaint (Docket No. 7);

      b.      Related Case Order (Docket No. 53);

      c.      Stipulation and Order Continuing Case Management Conference (Docket No. 65);

      d.      Stipulation and Order Continuing Case Management Conference (Docket No. 66);

1           e.      Order Setting Schedule for Filing of Consolidated Complaint (Docket

2                No. 77);

3           f.      Stipulation and Scheduling Order (Docket No. 109);

4           g.      Stipulation and Order Regarding Response Date and Briefing Schedule

5                (Docket No. 111);

6           h.      Stipulation and Order Continuing Case Management Conference

7                (Docket No. 138);

8           i.      Stipulation and Order Continuing Case Management Conference

9                (Docket No. 145);

10          j.      Clerk's Notice (Docket No. 148);

11          k.      Stipulation and Order Setting Schedule for Filing Amended Complaint

12                and Defendants' Response (Docket No. 151);

13          l.      Clerk's Notice (Docket No. 177); and

14          m.      Stipulation and Order Regarding Scheduling (Docket No. 180).

15      9.      The requested time modification will have no effect on the schedule for this

16 case. *See* Docket No. 190.

17      I declare under penalty of perjury that the foregoing is true and correct.

19 Dated:  September 21, 2012           */s/ Erik D. Peterson*

20                               ERIK D. PETERSON

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on September 21, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

      I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 21, 2012.

                         */s/ Erik D. Peterson*
                         ERIK D. PETERSON

# Mailing Information for a Case 3:09-cv-05473-RS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  rabadou@ktmc.com,knguyen@ktmc.com,arobles@ktmc.com

- **George Carlos Aguilar**
  GAguilar@robbinsumeda.com,Notice@robbinsumeda.com

- **Jaime Allyson Bartlett**
  jbartlett@sidley.com,dgiusti@sidley.com

- **Andrew Stuart Bernick**
  abernick@mofo.com

- **Sara B. Brody**
  sbrody@sidley.com,tnewman@sidley.com,jbartlett@sidley.com

- **Mario Man-Lung Choi**
  mchoi@kaplanfox.com,kweiland@kaplanfox.com

- **Aviah Cohen Pierson**
  acohenpierson@kaplanfox.com

- **Jordan Eth**
  jeth@mofo.com,nurbina@mofo.com

- **Christine M. Fox**
  cfox@kaplanfox.com

- **Frederic S. Fox**
  ffox@kaplanfox.com

- **Benjamin Galdston**
  beng@blbglaw.com,denab@blbglaw.com,kelly.mcdaniel@blbglaw.com,ranaew@blbglaw.com

- **Michael M. Goldberg**
  mmgoldberg@glancylaw.com,csadler@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Eli Greenstein**
  egreenstein@ktmc.com

- **Donald R Hall**
  dhall@kaplanfox.com

- **Dennis J. Herman**
  dennish@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,triciam@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Stephen D. Hibbard**
  shibbard@shearman.com,rcheatham@shearman.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com

- **Stacey Marie Kaplan**
  skaplan@ktmc.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,peterb@hbsslaw.com,pashad@hbsslaw.com,sf_filings@hbsslaw.com

- **Mark P. Kindall**
  firm@izardnobel.com,mkindall@izardnobel.com

- **Laurence D. King**
  lking@kaplanfox.com,kweiland@kaplanfox.com

- **Angela Elaine Kleine**
  akleine@mofo.com

- **Joy Ann Kruse**
  jakruse@lchb.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Judson Earle Lobdell**
  jlobdell@mofo.com,mblackmer@mofo.com

- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Kim Elaine Miller**
  kimmiller225@yahoo.com,kim.miller@ksfcounsel.com

- **Erik David Peterson**
  epeterson@ktmc.com,dcheck@ktmc.com,arobles@ktmc.com

- **Aviah Cohen Pierson**
  acohenpierson@kaplanfox.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **David Ronald Stickney**
  davids@blbglaw.com

- **Joel B. Strauss**
  jstrauss@kaplanfox.com

- **Sean Travis Strauss**
  invalidaddress@invalidaddress.com,sstrauss@steinlubin.com

- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Laurence Reza Wrathall**

laurence.wrathall@blbglaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Catherine          J. Kowalewski
Robbins Geller Rudman & Dowd LLP
655 W Broadway
Suite 1900
San Diego, CA 92101
```