JORDAN ETH (CA SBN 121617)
JEth@mofo.com
JUDSON E. LOBDELL (CA SBN 146041)
JLobdell@mofo.com
CRAIG D. MARTIN (CA SBN 168195)
CMartin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Defendants
SUNPOWER CORPORATION, THOMAS H. WERNER,
DENNIS V. ARRIOLA, and EMMANUEL T. HERNANDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER SECURITIES LITIGATION | Case No. CV 09-5473-RS (JSC) (Consolidated) |
| | **CLASS ACTION** |
| | **NOTICE REGARDING EXHIBITS 3 AND 6 FILED WITH DECLARATION SUPPORTING MOTION FOR JUDGMENT ON THE PLEADINGS (DKT. NOS. 219-3 AND 219-6)** |
| | Judge:  Hon. Richard Seeborg<br>Courtroom:  3, 17th Floor<br>Hearing Date:  October 25, 2012<br>Hearing Time:  1:30 p.m. |

1     NOTICE TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

2     On September 19, 2012, counsel for Defendants were informed of technical issues relating to accessing Exhibits 3 and 6 to the Declaration of Andrew S. Bernick in Support of Defendants' Motion for Partial Judgment on the Pleadings Regarding Forward-Looking Statements and Vague Statements of Corporate Optimism ("Bernick Declaration"), which were electronically filed on September 14, 2012 (Dkt. Nos. 219-3 and 219-6).

    Pursuant to guidance received from the ECF Helpdesk, Defendants are filing those two Exhibits as Exhibits 3 and 6 to this Notice and "linking" them to the Bernick Declaration. Defendants will then notify the Helpdesk that the Exhibits have been re-filed so the Helpdesk can allow the Exhibits to be accessed through the electronic docket entries for the originally-filed Exhibits 3 and 6.

    Respectfully submitted,

Dated: September 21, 2012      MORRISON & FOERSTER LLP

By:   */s/ Craig D. Martin*
        Craig D. Martin

Attorneys for Defendants
SUNPOWER CORPORATION, THOMAS H. WERNER, DENNIS V. ARRIOLA, and EMMANUEL T. HERNANDEZ

NOTICE RE: EXHIBITS 3 AND 6 FILED WITH DECL. SUPPORTING MOT. FOR JUDGMENT ON THE PLEADINGS
CASE NO. CV 09-5473-RS (JSC)
sf-3197585

1

**ECF ATTESTATION**

I, Andrew S. Bernick, am the ECF User whose ID and Password are being used to file the foregoing document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Craig D. Martin has concurred in this filing.

Dated: September 21, 2012                    MORRISON & FOERSTER LLP

                                                            By:    /s/ *Andrew S. Bernick*

NOTICE RE: EXHIBITS 3 AND 6 FILED WITH DECL. SUPPORTING MOT. FOR JUDGMENT ON THE PLEADINGS
CASE NO. CV 09-5473-RS (JSC)
sf-3197585

2