1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUNPOWER SECURITIES LITIGATION | ) Case No. CV 09-5473-RS (JSC)<br>) (Consolidated)<br>)<br>)<br>)<br>) **[PROPOSED] ORDER GRANTING LEAD**<br>) **PLAINTIFFS' MOTION FOR CLASS**<br>) **CERTIFICATION**<br>)<br>)<br>)<br>)<br>)<br>) |

Lead Plaintiffs Arkansas Teacher Retirement System ("ATRS"), Första-AP Fonden ("Första"), and Danske Invest Management A/S ("Danske") (collectively, "Lead Plaintiffs"), having come before this Court and having moved pursuant to Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure for an Order certifying a plaintiff class and appointing class representatives and class counsel, and the Court having duly considered the submissions and arguments of counsel, the Court hereby ORDERS AS FOLLOWS:

1. The Motion for Class Certification is GRANTED. The Court finds that the Class is so numerous that joinder of all members is impracticable. The Court further finds that there are questions of law and fact common to the Class. The Court further finds that the claims by Lead Plaintiffs are typical of the claims of the Class. The Court further finds that Lead Plaintiffs are adequate representatives of the Class and will fairly represent the Class. The Court also finds that common questions of law or fact predominate over any questions affecting only individual Class members. The Court finds that a class action is superior to other methods for the fair and efficient adjudication of the controversy.

2. The Court certifies the following Class: All persons who purchased or otherwise acquired SunPower Corporation ("SunPower") publicly-traded securities between April 17, 2008, and November 16, 2009, inclusive, who were damaged thereby. Excluded from the Class are Defendants, the officers and directors of SunPower, members of their immediate families and their legal representatives, heirs, successors or assigns, and any entity in which Defendants have or had a controlling interest.

3. The Court also hereby appoints ATRS, Första, and Danske as Class Representatives, and the law firms of Kaplan Fox & Kilsheimer LLP, Bernstein Litowitz Berger & Grossmann LLP, and Kessler Topaz Meltzer & Check, LLP as Class Counsel.

IT IS SO ORDERED.

DATED:

                                  HON. RICHARD SEEBORG
                          UNITED STATES DISTRICT JUDGE

Submitted by,

DATED: September 28, 2012

KAPLAN FOX & KILSHEIMER LLP

    */s/ Laurence D. King*
LAURENCE D. KING

LAURENCE D. KING
MARIO M. CHOI
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel:    (415) 772-4700
Fax:   (415) 772-4707

    -and-

FREDERIC S. FOX (*pro hac vice*)
JOEL B. STRAUSS (*pro hac vice*)
CHRISTINE M. FOX (*pro hac vice*)
850 Third Avenue, 14th Floor
New York, NY 10022
Tel:    (212) 687-1980
Fax:   (212) 687-7714
ffox@kaplanfox.com
jstrauss@kaplanfox.com
cfox@kaplanfox.com

KESSLER TOPAZ MELTZER & CHECK LLP
RAMZI ABADOU
ELI R. GREENSTEIN
STACEY KAPLAN
ERIK D. PETERSON
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:    (415) 400-3000
Fax:   (415) 400-3001

-AND-

1  BERNSTEIN LITOWITZ BERGER
       & GROSSMANN LLP
2  DAVID R. STICKNEY
   BENJAMIN GALDSTON
3  DAVID R. KAPLAN
   LAURENCE REZA WRATHALL
4  12481 High Bluff Drive, Suite 300
   San Diego, CA 92130
5  Tel:    (858) 793-0070
   Fax:    (858) 793-0323
6
   *Attorneys for Lead Plaintiffs Arkansas Teacher*
7  *Retirement System, Första-AP Fonden, and*
   *Danske Invest Management A/S*
8