KESSLER TOPAZ MELTZER
  & CHECK, LLP
RAMZI ABADOU  (Bar No. 222567)
ELI R. GREENSTEIN  (Bar No. 217945)
STACEY M. KAPLAN  (Bar No. 241989)
ERIK D. PETERSON  (Bar No. 257098)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:    (415) 400-3000
Fax:    (415) 400-3001
rabadou@ktmc.com
egreenstein@ktmc.com
skaplan@ktmc.com
epeterson@ktmc.com

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
DAVID R. STICKNEY (Bar No. 188574)
BENJAMIN GALDSTON (Bar No. 211114)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323
davids@blbglaw.com
beng@blbglaw.com

KAPLAN FOX & KILSHEIMER LLP
LAURENCE D. KING (Bar No. 206423)
MARIO M. CHOI (Bar No. 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel:    (415) 772-4700
Fax:    (415) 772-4707
lking@kaplanfox.com
mchoi@kaplanfox.com

*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden and Danske Invest Management A/S*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER SECURITIES LITIGATION | Case No. CV 09-5473-RS (JSC) (Consolidated)<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE DEADLINE FOR THE PARTIES' JOINT DISCOVERY LETTER** |

1  WHEREAS, on August 30, 2012, Plaintiffs filed a Motion to Compel Production of Documents Responsive to First Set of Document Requests (the "Motion") (Docket No. 207);

3  WHEREAS, on September 20, 2012, the Court issued an Order denying the Motion without prejudice and ordering the parties to meet and confer in person by September 27, 2012 regarding the disputed issues in the Motion (the "Disputed Issues") and, if unable to resolve these matters through the meet and confer process, to file a joint discovery letter on or before October 9, 2012 (Docket No. 221 at 10-11);

8  WHEREAS, the parties met and conferred in person on September 25, 2012 to meaningfully discuss the Disputed Issues and the Court's guidance (*see* Declaration of Erik D. Peterson in Support of the Stipulation and [Proposed] Order Continuing the Date for a Joint Discovery Letter);

12  WHEREAS, the parties continued the meet and confer process in person on October 2, 2012 for approximately two hours;

14  WHEREAS, the parties have scheduled another in-person meeting to discuss the Disputed Issues on October 5, 2012;

16  WHEREAS, through the ongoing meet and confer process and using the Court's guidance, the parties have made progress on certain of the Disputed Issues and are continuing to exchange additional proposals and information to resolve the outstanding issues;

19  WHEREAS, the parties believe that additional time will allow them to continue to resolve and/or narrow the Disputed Issues and thus conserve both judicial and party resources;

21  IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local Rule 7-12, among the undersigned parties that the October 9, 2012 deadline for filing a joint discovery letter is hereby continued; if the parties are unable to completely resolve the remaining Disputed Issues through the ongoing meet and confer process, the deadline to file a joint discovery letter in accordance with the Court's September 20, 2012 Order and its Standing Order shall be October 23, 2012.

| | | |
|---|---|---|
| 1 | Dated: October 3, 2012 | Respectfully submitted, |
| 2 | | KESSLER TOPAZ MELTZER |
| 3 | | & CHECK, LLP |
| 4 | | */s/ Eli R. Greenstein* |
| | | ELI R. GREENSTEIN |
| 5 | | |
| 6 | | RAMZI ABADOU |
| | | ELI R. GREENSTEIN |
| | | STACEY M. KAPLAN |
| 7 | | ERIK D. PETERSON |
| | | One Sansome Street, Suite 1850 |
| 8 | | San Francisco, CA 94104 |
| | | Tel:  (415) 400-3000 |
| 9 | | Fax:  (415) 400-3001 |
| 10 | Dated: October 3, 2012 | BERNSTEIN LITOWITZ BERGER |
| 11 | | & GROSSMANN LLP |
| 12 | | */s/ Benjamin Galdston* |
| | | BENJAMIN GALDSTON |
| 13 | | |
| | | DAVID R. STICKNEY |
| 14 | | BENJAMIN GALDSTON |
| | | DAVID R. KAPLAN |
| 15 | | 12481 High Bluff Drive, Suite 300 |
| | | San Diego, CA 92130 |
| 16 | | Tel:    (858) 793-0070 |
| | | Fax:    (858) 793-0323 |
| 17 | | |
| 18 | Dated: October 3, 2012 | KAPLAN FOX & KILSHEIMER LLP |
| 19 | | */s/ Laurence D. King* |
| | | LAURENCE D. KING |
| 20 | | |
| | | LAURENCE D. KING |
| 21 | | MARIO M. CHOI |
| | | 350 Sansome Street, Suite 400 |
| 22 | | San Francisco, CA 94104 |
| | | Tel:    (415) 772-4700 |
| 23 | | Fax:    (415) 772-4707 |
| 24 | | -and- |
| 25 | | FREDERIC S. FOX |
| | | JOEL B. STRAUSS |
| 26 | | DONALD R. HALL |
| | | CHRISTINE M. FOX |
| 27 | | 850 Third Avenue, 14th Floor |
| | | New York, NY 10022 |
| 28 | | Tel:    (212) 687-1980 |

STIPULATION AND [PROPOSED] ORDER                                                                                             -2-
Case No. CV 09-5473-RS (JSC)

|   |                             |                                                                                                      |
|---|-----------------------------|------------------------------------------------------------------------------------------------------|
| 1 |                             | Fax:   (212) 687-7714                                                                                |
| 2 |                             | *Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden and Danske Invest Management A/S* |
| 5 | Dated:  October 3, 2012     | MORRISON & FOERSTER LLP                                                                              |
| 6 |                             | */s/ Craig Martin*                                                                                   |
|   |                             | CRAIG MARTIN                                                                                         |
|   |                             | JORDAN ETH                                                                                           |
|   |                             | JUDSON LOBDELL                                                                                       |
|   |                             | CRAIG MARTIN                                                                                         |
|   |                             | 425 Market Street                                                                                    |
|   |                             | San Francisco, CA 94105                                                                              |
|   |                             | Tel:   (415) 268-7000                                                                                |
|   |                             | Fax:   (415) 268-7522                                                                                |
|   |                             | *Attorneys for Defendants SunPower Corporation, Thomas H. Werner, Dennis V. Arriola and Emmanuel T. Hernandez* |

STIPULATION AND [PROPOSED] ORDER                                                                                      -3-
Case No. CV 09-5473-RS (JSC)

**ATTESTATION UNDER CIVIL LOCAL RULE 5-1(i)**

I, Erik D. Peterson, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing the Deadline for the Parties' Joint Discovery Letter. In compliance with Civil Local Rule 5-1(i), I attest that Eli R. Greenstein, Benjamin Galdston, Laurence King and Craig Martin have concurred in this filing.

Dated: October 3, 2012  /s/ *Erik D. Peterson*
ERIK D. PETERSON

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2012  _____
HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 3, 2012.

*/s/ Erik D. Peterson*
ERIK D. PETERSON

# Mailing Information for a Case 3:09-cv-05473-RS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  rabadou@ktmc.com,knguyen@ktmc.com,arobles@ktmc.com

- **George Carlos Aguilar**
  GAguilar@robbinsumeda.com,Notice@robbinsumeda.com

- **Jaime Allyson Bartlett**
  jbartlett@sidley.com,dgiusti@sidley.com

- **Andrew Stuart Bernick**
  abernick@mofo.com

- **Sara B. Brody**
  sbrody@sidley.com,tnewman@sidley.com,jbartlett@sidley.com

- **Mario Man-Lung Choi**
  mchoi@kaplanfox.com,kweiland@kaplanfox.com

- **Aviah Cohen Pierson**
  acohenpierson@kaplanfox.com

- **Jordan Eth**
  jeth@mofo.com,nurbina@mofo.com

- **Christine M. Fox**
  cfox@kaplanfox.com

- **Frederic S. Fox**
  ffox@kaplanfox.com

- **Benjamin Galdston**
  beng@blbglaw.com,denab@blbglaw.com,kelly.mcdaniel@blbglaw.com,ranaew@blbglaw.com

- **Michael M. Goldberg**
  mmgoldberg@glancylaw.com,csadler@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Eli Greenstein**
  egreenstein@ktmc.com

- **Donald R Hall**
  dhall@kaplanfox.com

- **Dennis J. Herman**
  dennish@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,triciam@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Stephen D. Hibbard**
  shibbard@shearman.com,rcheatham@shearman.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com

- **Stacey Marie Kaplan**
  skaplan@ktmc.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,peterb@hbsslaw.com,pashad@hbsslaw.com,sf_filings@hbsslaw.com

- **Mark P. Kindall**
  firm@izardnobel.com,mkindall@izardnobel.com

- **Laurence D. King**
  lking@kaplanfox.com,kweiland@kaplanfox.com

- **Angela Elaine Kleine**
  akleine@mofo.com

- **Joy Ann Kruse**
  jakruse@lchb.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Judson Earle Lobdell**
  jlobdell@mofo.com,mblackmer@mofo.com

- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Kim Elaine Miller**
  kimmiller225@yahoo.com,kim.miller@ksfcounsel.com

- **Erik David Peterson**
  epeterson@ktmc.com,dcheck@ktmc.com,arobles@ktmc.com

- **Aviah Cohen Pierson**
  acohenpierson@kaplanfox.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **David Ronald Stickney**
  davids@blbglaw.com

- **Joel B. Strauss**
  jstrauss@kaplanfox.com

- **Sean Travis Strauss**
  invalidaddress@invalidaddress.com,sstrauss@steinlubin.com

- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Laurence Reza Wrathall**

laurence.wrathall@blbglaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Catherine           J. Kowalewski**
Robbins Geller Rudman & Dowd LLP
655 W Broadway
Suite 1900
San Diego, CA 92101