# APPENDIX B

# APPENDIX B

| No. | FAC | Date | Where Made | Portion of Challenged Statement |
|---|---|---|---|---|
| 6 | ¶138 | 4/17/08 | 1Q08 earnings press release | "We are on track to achieve our planned improvements in our cost structure." |
| 8 | ¶138 | 4/17/08 | 1Q08 earnings press release | "We are also *on track* to realize our mission of reducing installed systems cost by 50% by 2012." |
| 14 | ¶146 | 7/17/08 | 2Q08 earnings press release | "Our cost reduction plans are *on target* for silicon procurement as well." |
| 19 | ¶156 | 10/16/08 | 3Q08 earnings press release | "We…remain *on track* to realize our mission of reducing installed systems cost by 50% from 2006 to 2012." |
| 29 | ¶185 | 7/23/09 | 2Q09 earnings press release | "we are *ahead of plan* to achieve our cost reduction goals" |