# APPENDIX E

# APPENDIX E

| No. | Date | Where Made | Surrounding Language |
|---|---|---|---|
| 11 | 7/17/08 | 2Q08 earnings press release | - SunPower's "23.4 percent efficiency, prototype Generation 3 solar cell…is a key element in our roadmap to reduce total systems costs"<br>- "[p]er plan, SunPower also benefitted from reductions in cell manufacturing and module costs, improved materials sourcing and more efficient project management including the deployment of our next-generation SunPower(R) T20 Tracker at our power plant projects in Spain."<br>- "[T]o reach our cost reduction goals, SunPower announced plans to build its third solar cell manufacturing facility in Malaysia which, when completed, will have a nameplate capacity in excess of 1 gigawatt."<br>- "Our cost reduction plans are on target for silicon procurement as well. We saw our silicon unit costs materially decline in the second quarter as we started to realize the benefit of our portfolio approach to silicon supply."<br>- "With the decline in our silicon costs, further improvements in our manufacturing efficiency and continued progress in reducing downstream installation costs, we remain on track to achieve our target financial model of 30% gross margin, 10% operating expenses and 20% operating margin, on a non-GAAP basis, no later than the first quarter of 2009. We are also on track to realize our mission of reducing installed systems cost by 50% from 2006 to 2012." |