IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUNPOWER SECURITIES LITIGATION | No. C 09-05473 RS (JSC)<br><br>**CLERK'S NOTICE SETTING DISCOVERY HEARING** |

_____/

YOU ARE NOTIFIED THAT a *Hearing on the Joint Discovery Letter Brief* (docket 232) has been set for **NOVEMBER 15, 2012** at **9:00 a.m.**, before Magistrate Judge Jacqueline Scott Corley. Please report to Courtroom F, on the 15th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:  November 9, 2012              FOR THE COURT,

                                      Richard W. Wieking, Clerk

                                      By: _____
                                          William Noble
                                          Deputy Clerk