1    JORDAN ETH (CA SBN 121617)
     JEth@mofo.com
2    JUDSON E. LOBDELL (CA SBN 146041)
     JLobdell@mofo.com
3    CRAIG D. MARTIN (CA SBN 168195)
     CMartin@mofo.com
4    MORRISON & FOERSTER LLP
     425 Market Street
5    San Francisco, California 94105-2482
     Telephone: (415) 268-7000
6    Facsimile: (415) 268-7522

7    Attorneys for Defendants
     SUNPOWER CORPORATION, THOMAS H. WERNER,
8    DENNIS V. ARRIOLA, AND EMMANUEL T.
     HERNANDEZ
9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14   IN RE SUNPOWER SECURITIES          Case No. CV 09-5473-RS (JSC)
     LITIGATION                         (Consolidated)
15
                                        **CLASS ACTION**
16
                                        **STIPULATION AND [PROPOSED]**
17                                      **ORDER REGARDING CLASS**
                                        **CERTIFICATION BRIEFING**
18                                      **SCHEDULE (Civ. L.R. 6-2)** AS MODIFIED
                                                                 BY THE COURT
19                                      Judge: Hon. Richard Seeborg
                                        Courtroom: 3, 17th Floor
20

21

22

23

24

25

26

27

28

1   WHEREAS, on March 5, 2012, this Court entered a Scheduling Order (ECF No. 190)

2   providing a deadline of September 28, 2012 for Plaintiffs' Motion for Class Certification

3   ("Motion"), a deadline of December 14, 2012 for Defendants' response, a deadline of February

4   8, 2013 for Plaintiffs' reply, and setting a hearing date of March 14, 2013;

5   WHEREAS, on September 28, 2012, Plaintiffs filed their Motion, seeking (1) the

6   certification of this matter as a class action, (2) the appointment of Lead Plaintiffs Arkansas

7   Teacher Retirement System, Första-AP Fonden, and Danske Investment Management A/S as

8   Class Representatives, and (3) approving co-Lead Counsel as Class Counsel (ECF No. 226);

9   WHEREAS, Defendants believe they need additional time to conduct discovery related

10  to class certification issues and respond to the Motion;

11  WHEREAS, Defendants have agreed they will use the additional time to pursue issues

12  pertaining to Class Certification and the related Federal Rule of Civil Procedure 23 factors;

13  WHEREAS, in light of the [proposed] scheduling changes and the upcoming holidays,

14  Defendants have agreed to work with Plaintiffs to reasonably accommodate the proposed Class

15  Representatives in scheduling convenient dates and locations for their respective depositions;

16  WHEREAS, Plaintiffs have agreed that Defendants shall have up to and including

17  January 25, 2013 to respond to the Motion; and

18  WHEREAS, nothing in this Stipulation is intended to waive either party's rights under the

19  Federal Rules of Civil Procedure and the Civil Local Rules of this District.

20  IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as

21  follows:

22  (1)  Defendants shall have up to and including January 25, 2013, to oppose or otherwise

23  respond to the Motion;

24  (2)  Plaintiffs shall have up to and including March 22, 2013, to file any reply;

25  (3) The Motion shall be heard on April 4, 2013, at 1:30 p.m., or at such time thereafter

26  that is convenient to the Court, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden

27  Gate Avenue, San Francisco, California.   Further Case Management Conference continued to

28  April 4, 2013 at 1:30 p.m.

STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE
CASE NO. CV 09-5473-RS (JSC)
sf-3215160

1

1      Respectfully submitted,

2   Dated:  November 6, 2012          MORRISON & FOERSTER LLP

3                                      JORDAN ETH
                                       JUDSON E. LOBDELL
4                                      CRAIG D. MARTIN
                                       425 Market Street
5                                      San Francisco, CA  94105-2482
                                       Tel:  (415) 268-7000
6                                      Fax:  (415) 268-7522

7
                                       By:      /s/ Judson Lobdell
8                                                Judson Lobdell

9                                      *Attorneys for Defendants SunPower Corporation,*
                                       *Thomas H. Werner, Dennis V. Arriola, and*
10                                     *Emmanuel T. Hernandez*

11
    Dated:  November 6, 2012          BERNSTEIN LITOWITZ BERGER
12                                        & GROSSMANN LLP

13                                     DAVID R. STICKNEY (CA SBN 188574)
                                       BENJAMIN GALDSTON (CA SBN 211114)
14                                     DAVID R. KAPLAN (CA SBN 230144)
                                       12381 High Bluff Drive, Suite 300
15                                     San Diego, CA 92130
                                       Tel:  (858) 793-0070
16                                     Fax:  (858) 793-0323

17
                                       By:      /s/ Benjamin Galdston
18                                              Benjamin Galdston

19  Dated:  November 6, 2012          KESSLER TOPAZ MELTZER & CHECK, LLP

20                                     RAMZI ABADOU (CA SBN 222567)
                                       ELI R. GREENSTEIN (CA SBN 217945)
21                                     STACEY KAPLAN (CA SBN 241989)
                                       ERIK D. PETERSON (CA SBN 257098)
22                                     One Sansome Street, Suite 1850
                                       San Francisco, CA  94104
23                                     Tel:  (415) 400-3000
                                       Fax:  (415) 400-3001
24

25                                     By:      /s/ Eli R. Greenstein
                                                Eli R. Greenstein
26

27

28

1    Dated:  November 6, 2012          KAPLAN FOX & KILSHEIMER LLP

2                                      LAURENCE D. KING (CA SBN 206423)
                                       MARIO M. CHOI (CA SBN 243409)
3                                      350 Sansome Street, Suite 400
                                       San Francisco, CA  94104
4                                      Tel:  (415) 772-4700
                                       Fax:  (415) 772-4707
5
                                       By:  ____/s/ Laurence D. King_____
6                                             Laurence D. King

7                                      *Attorneys for Lead Plaintiffs Arkansas Teacher Retirement*
                                       *System, Första-AP Fonden, and Danske Invest*
8                                      *Management A/S*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION UNDER CIVIL LOCAL RULE 5-1(i)**

I, Judson E. Lobdell, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Benjamin Galdston, Eli R. Greenstein, and Laurence D. King have concurred in this filing.

Dated:  November 6, 2012

_/s/ Judson E. Lobdell_
Judson E. Lobdell

*** *** ***

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  _11/9_____ , 2012

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE
CASE NO. CV 09-5473-RS (JSC)
sf-3215160

4