JORDAN ETH (CA SBN 121617)
JEth@mofo.com
JUDSON E. LOBDELL (CA SBN 146041)
JLobdell@mofo.com
CRAIG D. MARTIN (CA SBN 168195)
CMartin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Defendants
SUNPOWER CORPORATION, THOMAS H. WERNER,
DENNIS V. ARRIOLA, and EMMANUEL T. HERNANDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER SECURITIES LITIGATION | Case No. CV 09-5473-RS (JSC) (Consolidated) <br><br> **CLASS ACTION** <br><br> **REQUEST FOR JUDICIAL NOTICE FILED IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS REGARDING FORWARD-LOOKING STATEMENTS AND VAGUE STATEMENTS OF CORPORATE OPTIMISM** <br><br> Judge:  Hon. Richard Seeborg <br> Courtroom:  3, 17th Floor <br> Hearing Date:  November 29, 2012 <br> Hearing Time:  1:30 p.m. |

**REQUEST FOR JUDICIAL NOTICE**

Defendants SunPower Corporation ("SunPower"), Thomas H. Werner, Dennis V. Arriola, and Emmanuel T. Hernandez (collectively, "Defendants") have filed a Reply in Support of their Motion for Partial Judgment on the Pleadings Regarding Forward-Looking Statements and Vague Statements of Corporate Optimism ("Reply"). In support of their Reply, Defendants request that the Court take judicial notice, under Federal Rule of Evidence 201, of the document attached as **Exhibit 1** to the Declaration of Andrew S. Bernick in Support of the Reply ("Bernick Declaration"). The document attached to the Bernick Declaration is a document filed with the United States Securities and Exchange Commission (the "SEC").

**ARGUMENT**

Federal Rule of Evidence 201 authorizes a court to take judicial notice of facts that are "not subject to reasonable dispute" and "(1) . . . generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). The contents of the exhibit attached to the Bernick Declaration meet these standards.

**I. THE COURT SHOULD TAKE JUDICIAL NOTICE OF SUNPOWER'S FILINGS WITH THE SEC.**

The Court should take judicial notice of the contents of **Exhibit 1** to the Bernick Declaration. This exhibit consists of a document that SunPower filed with the SEC. Documents filed with the SEC are matters of public record, and their contents may be judicially noticed. *Dreiling v. Am. Express Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006); *In re Silicon Graphics Sec. Litig.*, 970 F. Supp. 746, 758 (N.D. Cal. 1997) (courts may "take judicial notice of the contents of relevant public disclosure documents required to be filed with the SEC as facts capable of accurate and ready determination"); *Brodsky v. Yahoo! Inc.*, 630 F. Supp. 2d 1104, 1111 (N.D. Cal. 2009) ("SEC filings may be judicially noticed"); *In re CNET Networks, Inc.*, 483 F. Supp. 2d 947, 953-54 (N.D. Cal. 2007) (taking judicial notice of contents of public filings).

Further, the Court may consider **Exhibit 1** to the Bernick Declaration regardless of whether it takes judicial notice of the contents of that document because it is incorporated by

REQ. FOR JUDICIAL NOT. I.S.O. DEFENDANTS' REPLY I.S.O. MOT. FOR PARTIAL JUDGMENT ON THE PLEADINGS
CASE NO. CV 09-5473-RS (JSC)
sf-3216430

1

reference into Plaintiffs' First Amended Consolidated Class Action Complaint ("FAC") (Dkt. No. 153), or the FAC necessarily relies on it. *See Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007); *In re Versant Object Tech. Corp. Sec. Litig.*, No. C-98-00299-CW, 2000 U.S. Dist. LEXIS 22333, at *8-9 (N.D. Cal. May 18, 2000). The Bernick Declaration indicates which FAC paragraphs rely on **Exhibit 1.**

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court take judicial notice of the contents of the documents attached as **Exhibit 1** to the Bernick Declaration.

Dated: November 9, 2012          MORRISON & FOERSTER LLP

By:   */s/ Judson E. Lobdell*
         Judson E. Lobdell

Attorneys for Defendants
SUNPOWER CORPORATION, THOMAS H. WERNER, DENNIS V. ARRIOLA, and EMMANUEL T. HERNANDEZ

REQ. FOR JUDICIAL NOT. I.S.O. DEFENDANTS' REPLY I.S.O. MOT. FOR PARTIAL JUDGMENT ON THE PLEADINGS
CASE NO. CV 09-5473-RS (JSC)
sf-3216430

2

**ECF ATTESTATION**

I, Andrew S. Bernick, am the ECF User whose ID and Password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Judson E. Lobdell has concurred in this filing.

Dated: November 9, 2012                MORRISON & FOERSTER LLP


By:   /s/ *Andrew S. Bernick*
          Andrew S. Bernick