# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: November 15, 2012											Judge: Jacqueline Scott Corley

Time: 34 minutes

Case No.: 3:09-cv-05473-RS (JSC)
Case Name: In Re Sunpower Securities Litigation (Harry W. Plichta, et al. v. Sunpower Corporation, et al.)

Attorneys for Plaintiffs:     Benjamin Galdston; Erik D. Peterson; Mario Choi
Attorneys for Defendants:   Judson E. Lobdell; Samuel S. Song

Deputy Clerk: William Noble										Court Reporter: Lydia Zinn

## PROCEEDINGS

1. Discovery hearing (dockets 232 and 241). Held.
2. Motion denied except for defendant shall produce the documents and information to plaintiff as stated on the record.