IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: SUNPOWER SECURITIES LITIGATION, | Case No.: 09-cv-5473 RS (JSC)<br><br>**ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL (Dkt. No. 233)** |
|---|---|

Now pending before the Court is Plaintiffs' Administrative Motion to file Exhibit P to the parties' Joint Discovery Letter Brief (Dkt. No. 232) under seal. Having considered Plaintiffs' Motion (Dkt. No. 233) and the Declaration of Benjamin Galdston (Dkt. No. 233-1) submitted in support of the sealing request, the motion is GRANTED.

Plaintiffs shall electronically file Exhibit P to the Joint Discovery Letter Brief under seal within three business days.

**IT IS SO ORDERED.**

Dated: November 15, 2012

_Jacqueline S. Corley_
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE