IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: SUNPOWER SECURITIES LITIGATION

No. C 09-05473 RS

_____/

**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The motion scheduled for hearing on November 29, 2012 at 1:30 p.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco shall be submitted without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the motion hearing is vacated.

Dated: 11/26/12

For the Court,
RICHARD W. WIEKING, Clerk

By: *Corinne Lew*
Courtroom Deputy Clerk