| | |
|---|---|
| BERNSTEIN LITOWITZ BERGER<br>& GROSSMANN LLP<br>DAVID R. STICKNEY (Bar No. 188574)<br>BENJAMIN GALDSTON (Bar No. 211114)<br>DAVID R. KAPLAN (Bar No. 230144)<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel: (858) 793-0070<br>Fax: (858) 793-0323<br>davids@blbglaw.com<br>beng@blbglaw.com<br>davidk@blbglaw.com | KESSLER TOPAZ MELTZER<br>& CHECK, LLP<br>RAMZI ABADOU (Bar No. 222567)<br>ELI GREENSTEIN (Bar No. 217945)<br>STACEY KAPLAN (Bar No. 241989)<br>ERIK D. PETERSON (Bar No. 257098)<br>580 California Street, Suite 1750<br>San Francisco, CA 94104<br>Tel: (415) 400-3000<br>Fax: (415) 400-3001<br>rabadou@ktmc.com<br>egreenstein@ktmc.com<br>skaplan@ktmc.com<br>epeterson@ktmc.com |
| KAPLAN FOX & KILSHEIMER LLP<br>LAURENCE D. KING (Bar No. 206423)<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104<br>Tel: (415) 772-4700<br>Fax: (415) 772-4707<br>lking@kaplanfox.com | |

*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden and Danske Invest Management A/S*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER SECURITIES<br>LITIGATION | Case No. CV 09-5473-RS<br>**(Consolidated)**<br><br>**CLASS ACTION**<br><br>**DECLARATION OF SERVICE** |

DECLARATION OF SERVICE
Case No. CV 09-5473-RS

## DECLARATION OF SERVICE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 12481 High Bluff Drive, Suite 300, San Diego, California 92130.

2. That on February 1, 2013, declarant caused to be served the following documents:

- **Plaintiffs' Notice of Motion, Unopposed Motion for Preliminary Approval of Settlement, and Memorandum of Points and Authorities in Support Thereof;**

- **[Proposed] Order Preliminarily Approving Settlement, Providing for Notice, and Scheduling Settlement Hearing (and exhibits thereto); and**

- **Stipulation of Settlement (and exhibits thereto)**

as follows:

**SEE ATTACHED SERVICE LIST**

☐ **(BY U.S. MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collecting and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

☐ **(BY FACSIMILE)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

X **(BY ELECTRONIC MAIL)** Pursuant to Civil Local Rule 5-6(a) and F.R.C.P. 5(e) I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted electronically in Portable Document Format (PDF) via email.

☐ **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a

DECLARATION OF SERVICE
CASE NO. CV 09-5473-RS

-1-

facility regularly maintained by Federal Express for overnight delivery (as indicated by *).

X    **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

Executed on February 1, 2013, at San Diego, California.

_____
DENA BIELASZ, CLA

DECLARATION OF SERVICE     -2-
CASE NO. CV 09-5473-RS

## SERVICE LIST

Jordan Eth
Judson E. Lobdell
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Tel: (415) 368-7000
Fax: (415) 268-7522
jeth@mofo.com
jlobdell@mofo.com

*Attorneys for Defendants SunPower Corporation, Thomas H. Werner, and Dennis V. Arriola*

DECLARATION OF SERVICE
CASE NO. CV 09-5473-RS

-3-