IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HARRY W. PLICHTA,　　　　　　　　　　　　No. C 09-05473 RS

　　　　Plaintiff,

　　v.　　　　　　　　　　　　　　　　　　**CLERK'S NOTICE**

SUNPOWER CORPORATION,

　　　　Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

　　　　The motion hearing in the instant case scheduled for April 4, 2013 shall be continued to **April 11, 2013 at 1:30 p.m**. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco.

Dated: 2/6/13　　　　　　　　　　　　　　　For the Court,
　　　　　　　　　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Corinne Lew
　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk