United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HARRY W. PLICHTA,            No. C 09-05473 RS

    Plaintiff,

v.                             **CLERK'S NOTICE**

SUNPOWER CORPORATION,

    Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Further Case Management Conference in the instant case scheduled on April 4, 2013 shall be continued to **April 11, 2013 at 1:30 p.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. The parties shall file a Joint Case Management Statement at least one week prior to the Conference. Parties or counsel may appear personally or file a request to appear by telephone. If any party files such a request, all parties shall appear telephonically at **11:00 a.m.** and must contact Court Conference at 866/582-6878 at least one week prior to the Conference.

Dated: 2/6/13                                    For the Court,
                                                     RICHARD W. WIEKING, Clerk

                                                     By: *Corinne Lew*
                                                     Courtroom Deputy Clerk