KAPLAN FOX & KILSHEIMER LLP
LAURENCE D. KING (Bar No. 206423)
MARIO M. CHOI (Bar No. 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel: (415) 772-4700
Fax: (415) 772-4707
lking@kaplanfox.com
mchoi@kaplanfox.com

BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
DAVID R. STICKNEY (Bar No. 188574)
NIKI L. MENDOZA (Bar No. 214646)
BENJAMIN GALDSTON (Bar No. 211114)
DAVID R. KAPLAN (Bar No. 230144)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
davids@blbglaw.com
nikim@blbglaw.com
beng@blbglaw.com
davidk@blbglaw.com

KESSLER TOPAZ MELTZER
   & CHECK, LLP
RAMZI ABADOU (Bar No. 222567)
ELI R. GREENSTEIN (Bar No. 217945)
STACEY KAPLAN (Bar No. 241989)
ERIK D. PETERSON (Bar No. 257098)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001
rabadou@ktmc.com
egreenstein@ktmc.com
skaplan@ktmc.com
epeterson@ktmc.com

*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första AP-fonden and Danske Invest Management A/S*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER SECURITIES LITIGATION | Case No. CV 09-5473-RS (Consolidated)<br><br>LEAD PLAINTIFFS' REPLY AND NOTICE OF NON-OPPOSITION IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor<br>Date: March 14, 2013<br>Time: 1:30 p.m. |

REPLY AND NOTICE OF NON-OPPOSITION
Case No. CV 09-5473-RS

Lead Plaintiffs Arkansas Teacher Retirement System, Första AP-fonden, and Danske Invest Management A/S ("Lead Plaintiffs"), respectfully submit this Reply and notice of non-opposition in further support of their Motion for Preliminary Approval of Settlement filed on February 1, 2013 (ECF No. 247, the "Preliminary Approval Motion"). Any opposition to the Preliminary Approval Motion was due February 15, 2013. No opposition was filed.

Based on the foregoing and the entire record herein, Lead Plaintiffs respectfully request that the Court grant preliminary approval of the Settlement, such that notice of the proposed Settlement may be provided to the Settlement Class. For the Court's convenience, the parties' agreed-upon form of [Proposed] Order Approving Settlement, Providing for Notice, and Scheduling Settlement Hearing, along with the agreed-upon form of exhibits thereto, was previously submitted with the Preliminary Approval Motion.[1]

Dated: February 22, 2013

Respectfully submitted,

KAPLAN FOX & KILSHEIMER LLP

*/s/ Laurence D. King*
LAURENCE D. KING

LAURENCE D. KING
MARIO M. CHOI
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel:  (415) 772-4700
Fax:  (415) 772-4707

-and-

FREDERIC S. FOX (*pro hac vice*)
JOEL B. STRAUSS (*pro hac vice*)
CHRISTINE M. FOX (*pro hac vice*)
850 Third Avenue, 14th Floor
New York, NY 10022
Tel:  (212) 687-1980
Fax:  (212) 687-7714
ffox@kaplanfox.com
jstrauss@kaplanfox.com
cfox@kaplanfox.com

---

[1] All capitalized terms in this motion shall have the meaning as specified in the Stipulation of Settlement and its attachments dated February 1, 2013 (ECF No. 248).

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
DAVID R. STICKNEY
NIKI L. MENDOZA
BENJAMIN GALDSTON
DAVID R. KAPLAN
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:   (858) 793-0323

KESSLER TOPAZ MELTZER
  & CHECK LLP
RAMZI ABADOU
ELI R. GREENSTEIN
STACEY KAPLAN
ERIK D. PETERSON
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:    (415) 400-3000
Fax:   (415) 400-3001

         -and-

DARREN J. CHECK
280 King of Prussia Road
Radnor, PA 19087
Tel:    (610) 667-7706
Fax:   (610) 667-7056
dcheck@ktmc.com

*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första AP-fonden and Danske Invest Management A/S, and additional Plaintiff Bobby J. Reynolds*