UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## *CIVIL MINUTE ORDER*

**Judge: RICHARD SEEBORG**

**Date:** 3/14/13           Time in Court: **15 min.**

**Case No.:** C 09-05473 RS

**Case Title:** In Re Sunpower Securities Litigation

**Appearances:**

     For Plaintiff(s): Ramzi Abadou, Benjamin Galdston, Mario Choi

     For Defendant(s): Jordan Eth, Judson Lobdell

**Deputy Clerk:** Corinne Lew      **Court Reporter:** Joan Columbini

## **PROCEEDINGS**

Motion for Preliminary Approval of Settlement Hearing Held.

## **SUMMARY**

MOTION/MATTER: **(X) Granted**
                 ( ) Denied
                 ( ) Granted in part/Denied in part
                 ( ) Taken under submission
                 ( ) Withdrawn/Off Calendar
                 ( ) Continued to:

Order to be prepared by:      ( ) Plaintiff    ( ) Defendant    **(X) Court**