BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
DAVID R. STICKNEY   (Bar No. 188574)
NIKI L. MENDOZA   (Bar No. 214646)
BENJAMIN GALDSTON   (Bar No. 211114)
DAVID R. KAPLAN   (Bar No. 230144)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
davids@blbglaw.com
nikim@blbglaw.com
beng@blbglaw.com
davidk@blbglaw.com

KESSLER TOPAZ MELTZER
  & CHECK, LLP
RAMZI ABADOU   (Bar No. 222567)
ELI R. GREENSTEIN (Bar No. 217945)
STACEY KAPLAN   (Bar No. 241989)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:   (415) 400-3000
Fax:   (415) 400-3001
rabadou@ktmc.com
egreenstein@ktmc.com
skaplan@ktmc.com

KAPLAN FOX & KILSHEIMER LLP
LAURENCE D. KING  (Bar No. 206423)
MARIO M. CHOI  (Bar No. 24309)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel:   (415) 772-4700
Fax:   (415) 772-4707
lking@kaplanfox.com
mchoi@kaplanfox.com

*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden and Danske Invest Management A/S*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER SECURITIES LITIGATION | Case No. CV 09-5473-RS **(Consolidated)** <br><br>**CLASS ACTION** <br><br>**NOTICE OF LODGMENT OF PROPOSED PRELIMINARY APPROVAL ORDER** <br><br>Judge:   Hon. Richard Seeborg <br>Courtroom:   3 <br>Date:   March 14, 2013 <br>Time:   1:30 p.m. |

NOTICE OF LODGMENT
Case No. CV 09-5473-RS

Lead Plaintiffs lodge the attached proposed Order Preliminarily Approving Settlement, Providing For Notice, And Scheduling Settlement Hearing (and exhibits thereto) as requested by the Court.

Dated: March 22, 2013  Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP


  */s/ David R. Stickney*
      DAVID R. STICKNEY

DAVID R. STICKNEY
NIKI L. MENDOZA
BENJAMIN GALDSTON
DAVID R. KAPLAN
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första AP-fonden and Danske Invest Management A/S*


KAPLAN FOX & KILSHEIMER LLP
LAURENCE D. KING
MARIO M. CHOI
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel: (415) 772-4700
Fax: (415) 772-4707

   -and-

FREDERIC S. FOX (*pro hac vice*)
JOEL B. STRAUSS (*pro hac vice*)
CHRISTINE M. FOX (*pro hac vice*)
850 Third Avenue, 14th Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714
ffox@kaplanfox.com
jstrauss@kaplanfox.com
cfox@kaplanfox.com

*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första AP-fonden and Danske Invest Management A/S*

KESSLER TOPAZ MELTZER
  & CHECK LLP
RAMZI ABADOU
ELI R. GREENSTEIN
STACEY KAPLAN
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:    (415) 400-3000
Fax:    (415) 400-3001

-and-

DARREN J. CHECK
280 King of Prussia Road
Radnor, PA 19087
Tel:    (610) 667-7706
Fax:    (610) 667-7056
dcheck@ktmc.com

*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första AP-fonden and Danske Invest Management A/S, and additional Plaintiff Bobby J. Reynolds*