BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
DAVID R. STICKNEY (Bar No. 188574)
NIKI L. MENDOZA (Bar No. 2146646)
BENJAMIN GALDSTON (Bar No. 211114)
DAVID R. KAPLAN (Bar No. 230144)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
davids@blbglaw.com
beng@blbglaw.com
davidk@blbglaw.com

KESSLER TOPAZ MELTZER
   & CHECK, LLP
RAMZI ABADOU (Bar No. 222567)
ELI GREENSTEIN (Bar No. 217945)
STACEY KAPLAN (Bar No. 241989)
580 California Street, Suite 1750
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001
rabadou@ktmc.com
egreenstein@ktmc.com
skaplan@ktmc.com

KAPLAN FOX & KILSHEIMER LLP
LAURENCE D. KING (Bar No. 206423)
MARIO M. CHOI (Bar No. 24309)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel: (415) 772-4700
Fax: (415) 772-4707
lking@kaplanfox.com
mchoi@kaplanfox.com

*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första-AP Fonden and Danske Invest Management A/S*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER SECURITIES LITIGATION | Case No. CV 09-5473-RS<br>**(Consolidated)**<br><br>**CLASS ACTION**<br><br>**DECLARATION OF SERVICE** |

DECLARATION OF SERVICE
Case No. CV 09-5473-RS

## DECLARATION OF SERVICE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 12481 High Bluff Drive, Suite 300, San Diego, California 92130.

2. That on March 22, 2013, declarant caused to be served the following documents:

- **Notice Of Lodgment Of Proposed Preliminary Approval Order (and exhibits thereto)**

as follows:

**SEE ATTACHED SERVICE LIST**

☐ **(BY U.S. MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collecting and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

☐ **(BY FACSIMILE)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

X **(BY ELECTRONIC MAIL)** Pursuant to Civil Local Rule 5-6(a) and F.R.C.P. 5(e) I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted electronically in Portable Document Format (PDF) via email.

☐ **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery (as indicated by *).

X **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

DECLARATION OF SERVICE -1-
CASE NO. CV 09-5473-RS

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

Executed on March 22, 2013, at San Diego, California.

_____
KELLY A. MCDANIEL
Paralegal

DECLARATION OF SERVICE   -2-
CASE NO. CV 09-5473-RS

**SERVICE LIST**

Jordan Eth
Judson E. Lobdell
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Tel: (415) 368-7000
Fax: (415) 268-7522
jeth@mofo.com
jlobdell@mofo.com

*Attorneys for Defendants SunPower Corporation, Thomas H. Werner, and Dennis V. Arriola*