1    BERNSTEIN LITOWITZ BERGER
      & GROSSMANN LLP
2    DAVID R. STICKNEY (Bar No. 188574)
      NIKI L. MENDOZA (Bar No. 2146646)
3    BENJAMIN GALDSTON (Bar No. 211114)
      12481 High Bluff Drive, Suite 300
4    San Diego, CA 92130
      Tel:     (858) 793-0070
5    Fax:    (858) 793-0323
      davids@blbglaw.com
6    nikim@blbglaw.com
      beng@blbglaw.com
7

KESSLER TOPAZ MELTZER
   & CHECK, LLP
RAMZI ABADOU (Bar No. 222567)
ELI GREENSTEIN (Bar No. 217945)
STACEY KAPLAN (Bar No. 241989)
580 California Street, Suite 1750
San Francisco, CA 94104
Tel:     (415) 400-3000
Fax:    (415) 400-3001
rabadou@ktmc.com
egreenstein@ktmc.com
skaplan@ktmc.com

8    KAPLAN FOX & KILSHEIMER LLP
      LAURENCE D. KING (Bar No. 206423)
9    MARIO M. CHOI (Bar No. 24309)
      350 Sansome Street, Suite 400
10   San Francisco, CA 94104
      Tel:     (415) 772-4700
11   Fax:    (415) 772-4707
      lking@kaplanfox.com
      mchoi@kaplanfox.com
12

13   *Attorneys for Lead Plaintiffs Arkansas Teacher*
      *Retirement System, Första AP-Fonden and*
      *Danske Invest Management A/S*
14

15                UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
16                    SAN FRANCISCO DIVISION

17   IN RE SUNPOWER SECURITIES
      LITIGATION

      Case No. CV 09-5473-RS (JSC)
      **(Consolidated)**

**CLASS ACTION**

**DECLARATION OF SERVICE**

1

## DECLARATION OF SERVICE

2 I, the undersigned, declare:

3   1. That declarant is and was, at all times herein mentioned, a citizen of the United

4 States and a resident of the County of San Diego, over the age of 18 years, and not a party to or

5 interested in the within action; that declarant's business address is 12481 High Bluff Drive, Suite

6 300, San Diego, California 92130.

7   2. That on May 15, 2013, declarant caused to be served the following

8 documents:

9
10
- **Lead Plaintiffs' Notice Of Motion And Motion For Final Approval Of Class Action Settlement And Plan Of Allocation; Memorandum Of Points And Authorities In Support Thereof;**

11
12
- **Lead Plaintiffs' Notice Of Motion And Motion For An Award Of Attorneys' Fees And Reimbursement Of Litigation Expenses; Memorandum Of Points And Authorities In Support Thereof;**

13
14
15
- **Joint Declaration Of Laurence D. King, David R. Stickney, And Ramzi Amadou In Support Of Motion For Final Approval Of Settlement And Plan Of Allocation, And Motion For Approval Of Attorneys' Fees And Reimbursement Of Litigation Expenses (and exhibits thereto); and**

16
17
- **Declaration Of Service**

as follows:

18
### SEE ATTACHED SERVICE LIST

19
20
21
 ☐ **(BY U.S. MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collecting and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

22
23
24
 ☐ **(BY FACSIMILE)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

25
26
27
 **X** **(BY ELECTRONIC MAIL)** Pursuant to Civil Local Rule 5-6(a) and F.R.C.P. 5(e) I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted electronically in Portable

28

1   Document Format (PDF) via email.

2   ☐   **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the
        business practice of Bernstein Litowitz Berger & Grossmann LLP for
3       collection and processing of correspondence for overnight delivery, and I
        caused such document(s) described herein to be deposited for delivery to a
4       facility regularly maintained by Federal Express for overnight delivery (as
        indicated by *).

5
6   **X**   **(FEDERAL)** I declare that I am employed in the office of a member of the
           bar of this Court at whose direction the service was made.

7

8   3.   That there is a regular communication by mail between the place of mailing and

9   the places so addressed.

10      Executed on May 15, 2013, at San Diego, California.

11

12                                          _____
                                            KELLY A. MCDANIEL
13                                          Paralegal

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

DECLARATION OF SERVICE                                                        -2-
CASE NO. CV 09-5473-RS

1

## SERVICE LIST

2 Jordan Eth
Judson E. Lobdell
3 MORRISON & FOERSTER LLP
425 Market Street
4 San Francisco, CA 94105-2482
Tel: (415) 368-7000
5 Fax: (415) 268-7522
jeth@mofo.com
6 jlobdell@mofo.com

7

8 *Attorneys for Defendants SunPower
Corporation, Thomas H. Werner, and
9 Dennis V. Arriola*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF SERVICE                                                                     -3-
CASE NO. CV 09-5473-RS