Joseph Darrell Palmer (SBN 125147)
darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer PC
603 North Highway 101, Suite A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (866) 583-8115

Attorney for Objector JEFF BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE SUNPOWER SECURITIES LITIGATION** | ) Case No. 09-CV-5473-RS (JSC) |
| | ) |
| | )    NOTICE OF WITHDRAWAL OF |
| | )    OBJECTION OF JEFF M. BROWN TO |
| | )    PROPOSED SETTLEMENT |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Objector JEFF M. BROWN, by and through his undersigned counsel, pursuant to Fed R. Civ. P. 23 (e)(5), moves this Honorable Court to approve the withdrawal of his objections based on the following facts:

1.      BROWN made the objections in good faith based on the information in the notice of settlement.

2.      Counsel for Objector/movant has conferred with Class Counsel regarding the settlement and withdrawal of the objections.

3.      Counsel for movant has communicated by email with Class Counsel regarding the withdrawal of the objections.

1

Therefore, JEFF M. BROWN hereby withdraws his objections to all settlements in this matter and requests court approval for the withdrawal of the objections.

LAW OFFICES OF DARRELL PALMER PC

Dated:  June 17, 2013                    By: /s/ Joseph Darrell Palmer
                                              Joseph Darrell Palmer
                                              Attorney for Objector Jeff M. Brown

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2013, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of California by using the USDC CM/ECF system.

I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.

/s/ Joseph Darrell Palmer_____
Joseph Darrell Palmer
Attorney for Objector

3