BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
DAVID R. STICKNEY   (Bar No. 188574)
NIKI L. MENDOZA   (Bar No. 214646)
BENJAMIN GALDSTON   (Bar No. 211114)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
davids@blbglaw.com
nikim@blbglaw.com
beng@blbglaw.com

KESSLER TOPAZ MELTZER
   & CHECK, LLP
RAMZI ABADOU   (Bar No. 222567)
ELI R. GREENSTEIN (Bar No. 217945)
STACEY KAPLAN   (Bar No. 241989)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:   (415) 400-3000
Fax:   (415) 400-3001
rabadou@ktmc.com
egreenstein@ktmc.com
skaplan@ktmc.com

KAPLAN FOX & KILSHEIMER LLP
LAURENCE D. KING   (Bar No. 206423)
MARIO M. CHOI   (Bar No. 24309)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel:   (415) 772-4700
Fax:   (415) 772-4707
lking@kaplanfox.com
mchoi@kaplanfox.com

*Attorneys for Lead Plaintiffs Arkansas Teacher
Retirement System, Första AP-fonden and
Danske Invest Management A/S*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER SECURITIES LITIGATION | Case No. CV 09-5473-RS<br>**(Consolidated)**<br><br>**CLASS ACTION**<br><br>**LEAD PLAINTIFFS' REPLY AND NOTICE OF NON-OPPOSITION IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT, PLAN OF ALLOCATION, AND REQUEST FOR ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**<br><br>Judge:   Hon. Richard Seeborg<br>Courtroom:   3, 17th Floor<br>Date:   July 3, 2013<br>Time:   3:00 p.m. |

Lead Plaintiffs Arkansas Teacher Retirement System, Första AP-fonden, and Danske Invest Management A/S ("Lead Plaintiffs") respectfully submit this Reply and notice of non-opposition in further support of their motion for final approval of the Settlement and proposed Plan of Allocation (ECF No. 259) and Lead Counsel's request for attorneys' fees and reimbursement of Litigation Expenses (ECF No. 260), both filed on May 15, 2013 (collectively, "Lead Plaintiffs' Motions").

Pursuant to the Court's March 25, 2013 Order Preliminarily Approving Settlement, Providing For Notice And Scheduling Settlement Hearing ("Preliminary Approval Order," ECF No. 257), beginning on April 8, 2013, more than 200,000 copies of the Court-approved Notice Of Pendency Of Class Action And Proposed Settlement, Final Approval Hearing, And Motion For Attorneys' Fees And Reimbursement Of Litigation Expenses ("Notice") were mailed to potential Settlement Class Members and their nominees.[1] The Notice advised Settlement Class Members of the $19.7 million cash Settlement, the proposed Plan of Allocation and Lead Counsel's request for an award of attorneys' fees and reimbursement of litigation expenses. The Notice further advised Settlement Class Members of the deadline for requesting exclusion from the Settlement Class, or submitting objections to the proposed Settlement, the Plan of Allocation, or the request for an award of attorneys' fees and reimbursement of Litigation Expenses.

On May 15, 2013, pursuant to the Court's Preliminary Approval Order, Lead Plaintiffs filed their motion for final approval of the Settlement and Plan of Allocation and Lead Counsel's fee application. Following the filing of Lead Plaintiffs' Motions and the expiration of the June 12, 2013 deadline for filing objections, the Settlement Class's overwhelming support for the Settlement, the Plan of Allocation and the fee application remains beyond question. There is not a single objection to the Settlement, the Plan of Allocation, or the fee application.[2]  "[T]he

---

[1] *See* Supplemental Declaration of Stephanie A. Thurin Re Notice Dissemination ("Supplemental Thurin Declaration") submitted herewith, which provides updated information regarding the notice mailing and requests for exclusion received.

[2] One objection was initially filed (ECF No. 264). However, after Lead Counsel informed counsel for the purported objector that it appeared from the face of the objection that the objector was not a Member of the Settlement Class (and instead had purchased the six shares of

absence of a large number of objections to a proposed class action settlement raises a strong presumption that the terms of a proposed class settlement action are favorable to the class members." *In re Omnivision Techs., Inc.*, 559 F. Supp. 2d 1036, 1043 (N.D. Cal. 2008) (citation omitted); *see also Knight v. Red Door Salons, Inc.,* 2009 WL 248367, at *4 (N.D. Cal. Feb. 2, 2009); *In re Immune Response Sec. Litig.,* 497 F. Supp. 2d 1166, 1177 (S.D. Cal. 2007).

Indeed, the Settlement, Plan of Allocation and fee application are supported by the Court-appointed Lead Plaintiffs, sophisticated institutional investors who supervised the prosecution of this case. Further, as of June 25, 2013, only nine exclusion requests have been received.[3] The dearth of objections and exclusion requests is a testament to the fairness, reasonableness and adequacy of the Settlement, Plan of Allocation and fee application.

Based on the foregoing and the entire record herein, Lead Plaintiffs respectfully request that the Court approve the Settlement and Plan of Allocation as fair, reasonable and adequate and in the best interest of the Settlement Class, and grant the attorneys' fees and expenses, in the amounts requested, as reasonable compensation.

Dated: June 26, 2013 Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP


 */s/ David R. Stickney*
 DAVID R. STICKNEY

DAVID R. STICKNEY
NIKI L. MENDOZA
BENJAMIN GALDSTON
12481 High Bluff Drive, Suite 300
San Diego, CA 92130

---

SunPower stock over five months prior to the Settlement Class Period), the objector's counsel filed a Notice of Withdrawal of Objection of Jeff M. Brown to Proposed Settlement (ECF No. 265). No compensation or consideration of any kind was paid or promised to counsel for the objector or his client in connection with the withdrawal of the objection in this matter.

[3] Those who requested exclusion are listed on Exhibit A to the Thurin Supplemental Declaration, and on Exhibit 1 to the [Proposed] Final Judgment And Order Of Dismissal With Prejudice submitted herewith. For the Court's convenience, Lead Plaintiffs are also submitting herewith proposed orders approving of the Plan of Allocation and fee and expense request.

```
Tel:    (858) 793-0070
Fax:    (858) 793-0323
```

*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första AP-fonden and Danske Invest Management A/S*

KAPLAN FOX & KILSHEIMER LLP
LAURENCE D. KING
MARIO M. CHOI
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel:    (415) 772-4700
Fax:    (415) 772-4707

    -and-

FREDERIC S. FOX (*pro hac vice*)
JOEL B. STRAUSS (*pro hac vice*)
CHRISTINE M. FOX (*pro hac vice*)
850 Third Avenue, 14th Floor
New York, NY 10022
Tel:    (212) 687-1980
Fax:    (212) 687-7714
ffox@kaplanfox.com
jstrauss@kaplanfox.com
cfox@kaplanfox.com

*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första AP-fonden and Danske Invest Management A/S*

KESSLER TOPAZ MELTZER
   & CHECK LLP
RAMZI ABADOU
ELI R. GREENSTEIN
STACEY KAPLAN
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:    (415) 400-3000
Fax:    (415) 400-3001

    -and-

DARREN J. CHECK
280 King of Prussia Road
Radnor, PA 19087
Tel:    (610) 667-7706
Fax:    (610) 667-7056
dcheck@ktmc.com

*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första AP-fonden and Danske Invest Management A/S, and additional Plaintiff Bobby J. Reynolds*

---

REPLY AND NOTICE OF NON-OPPOSITION    -3-
Case No. CV 09-5473-RS