BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
DAVID R. STICKNEY (Bar No. 188574)
NIKI L. MENDOZA (Bar No. 2146646)
BENJAMIN GALDSTON (Bar No. 211114)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
davids@blbglaw.com
nikim@blbglaw.com
beng@blbglaw.com

KESSLER TOPAZ MELTZER
& CHECK, LLP
RAMZI ABADOU (Bar No. 222567)
ELI GREENSTEIN (Bar No. 217945)
STACEY KAPLAN (Bar No. 241989)
580 California Street, Suite 1750
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001
rabadou@ktmc.com
egreenstein@ktmc.com
skaplan@ktmc.com

KAPLAN FOX & KILSHEIMER LLP
LAURENCE D. KING (Bar No. 206423)
MARIO M. CHOI (Bar No. 24309)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel: (415) 772-4700
Fax: (415) 772-4707
lking@kaplanfox.com
mchoi@kaplanfox.com

*Attorneys for Lead Plaintiffs Arkansas Teacher Retirement System, Första AP-Fonden and Danske Invest Management A/S*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER SECURITIES LITIGATION | Case No. CV 09-5473-RS (JSC) **(Consolidated)**<br><br>**<u>CLASS ACTION</u>**<br><br>**DECLARATION OF SERVICE** |

## DECLARATION OF SERVICE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 12481 High Bluff Drive, Suite 300, San Diego, California 92130.

2. That on June 26, 2013, declarant caused to be served the following documents:

- **Lead Plaintiffs' Reply and Notice of Non-Opposition in Support of Motion for Final Approval of Settlement, Plan of Allocation, and Request for Attorneys' Fees and Reimbursement of Litigation Expenses;**

- **Supplemental Declaration of Stephanie A. Thurin Re Notice Dissemination;**

- **[Proposed] Final Judgment and Order of Dismissal with Prejudice;**

- **[Proposed] Order Approving Plan of Allocation;**

- **[Proposed] Order Granting Motion for Attorneys' Fees and Reimbursement of Litigation Expenses; and**

- **Declaration Of Service**

as follows:

**SEE ATTACHED SERVICE LIST**

☐ **(BY U.S. MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collecting and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

☐ **(BY FACSIMILE)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

X **(BY ELECTRONIC MAIL)** Pursuant to Civil Local Rule 5-6(a) and F.R.C.P. 5(e) I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and

DECLARATION OF SERVICE
CASE NO. CV 09-5473-RS   -1-

processing of document(s) to be transmitted electronically in Portable Document Format (PDF) via email.

☐ **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery (as indicated by *).

X **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

Executed on June 26, 2013, at San Diego, California.

*Kelly A. McDaniel*
KELLY A. MCDANIEL
Paralegal

DECLARATION OF SERVICE -2-
CASE NO. CV 09-5473-RS

**SERVICE LIST**

Jordan Eth
Judson E. Lobdell
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Tel:  (415) 368-7000
Fax: (415) 268-7522
jeth@mofo.com
jlobdell@mofo.com

*Attorneys for Defendants SunPower Corporation, Thomas H. Werner, and Dennis V. Arriola*